Ronald A. Marron, Esq., State Bar No. 175650
LAW OFFICES OF RONALD A. MARRON, APLC
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
Ron.marron@gmail.com

Attorneys for Plaintiff,
Athena Hohenberg

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATHENA HOHENBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FERRERO U.S.A., INC., a foreign corporation,<br><br>Defendant. | CASE NO. 11-CV-00205-H-CAB<br><br>**PLAINTIFF HOHENBERG'S NOTICE OF RELATED CASE**<br><br>Complaint Filed: February 1, 2011 |

Pursuant to Local Rule 40.1, Plaintiff Athena Hohenberg hereby submits her Notice of Related Case. Hohenberg is aware of the following pending putative class actions that relate or potentially relate to Ferrero U.S.A.'s Nutella® spread.

| Case Name and No. | Court | Date Filed |
|---|---|---|
| *Rude-Barbato v. Ferrero U.S.A, Inc.,* 11-CV-00249-DMS-BLM | Southern District of California | 02/04/11 |

Plaintiff Hohenberg submits that assignment of this action to a single judge is likely to effect a saving of judicial efforts and other economies because the foregoing actions involve similar allegation related to Ferrero U.S.A.'s Nutella® spread.

DATED: February 9, 2011              Respectfully submitted,


                                     By: _/s/ Ronald A. Marron_____
                                         Ronald A. Marron
                                         Law Offices of Ronald A. Marron, APLC
                                         Attorneys for Plaintiffs
                                         Ron.marron@gmail.com