KEITH E. EGGLETON, State Bar No. 159842
COLLEEN BAL, State Bar No. 167637
DALE R. BISH, State Bar No. 235390
AMIR STEINHART, State Bar No. 275037
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: keggleton@wsgr.com

Attorneys for Defendant
FERRERO U.S.A, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA HOHENBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FERRERO U.S.A., INC., a foreign corporation,<br><br>Defendant.<br><br>_____<br><br>LAURA RUDE-BARBATO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FERRERO U.S.A., INC.,<br><br>Defendant.<br><br>_____ | CASE NO.: 11 CV 0205 (H CAB)<br><br>**DEFENDANT FERRERO U.S.A., INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEW JERSEY**<br><br>Date: May 2, 2011<br>Time: 10:30 a.m.<br>Before: Hon. Marilyn L. Huff |

**NOTICE OF MOTION AND MOTION TO TRANSFER VENUE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 2, 2011 at 10:30 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Marilyn L. Huff, United States District Court, 940 Front Street, San Diego, California, Defendant Ferrero U.S.A., Inc. ("Ferrero") will and hereby does move the Court to transfer this matter to the United States District of New Jersey pursuant to 28 U.S.C. § 1404(a). Ferrero's motion is based upon this Motion and Notice of Motion; the supporting Memorandum of Points and Authorities which follows; and the Declaration of Bernard F. Kreilmann, all filed herewith, and such other matters from the records and files in this action and any argument that may come before the Court at the hearing hereof.

Dated: March 24, 2011                     WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation


                                          By: /s/ Dale R. Bish
                                                  Dale R. Bish

                                          Attorneys for Defendant Ferrero U.S.A., Inc.
                                          WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
                                          650 Page Mill Road
                                          Palo Alto, CA 94304-1050
                                          Telephone: (650) 493-9300
                                          Facsimile: (650) 565-5100