# EXHIBIT 2

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:                        )
                                   )  Case No.
 5   FERRERO LITIGATION,           )  3:11-CV-00205-H-CAB
                                   )
 6   _____)

 7

 8

 9

10        VIDEOTAPED DEPOSITION OF LAURA RUDE-BARBATO

11                  San Diego, California

12               Friday, September 30, 2011

13

14

15

16

17

18

19

20

21

22

23   Job Number:   42117

24   Reported by:  NIKKI ROY

25               CSR No. 3052
```

1      Deposition of LAURA RUDE-BARBATO, taken on behalf of

2   the Defendant, at 12235 El Camino Real, Suite 200,

3   San Diego, California, on Friday, September 30, 2011 at

4   9:57 a.m., before NIKKI ROY, CSR No. 3052.

5

6

7   APPEARANCES OF COUNSEL:

8

9   FOR THE PLAINTIFFS:

10          LAW OFFICE OF RONALD A. MARRON
            BY:  RONALD A. MARRON, Attorney at Law
11          3636 Fourth Avenue
            San Diego, California 92103
12

13

14

15   FOR THE DEFENDANT:

16          WILSON SONSINI GOODRICH & ROSATI
            BY:  DALE BISH, Attorney at Law
17          --and-- KEITH EGGLETON, Attorney at Law
            650 Page Mill Road
18          Palo Alto, California 94304

19

20

21   ALSO PRESENT:

22          TOM CAVANAUGH, Videographer

23

24

25

Page 3

1                         I N D E X

2

3   WITNESS                EXAMINATION              PAGE

4   LAURA RUDE-BARBATO

5                   MR. BISH                    6, 120

6

7                     E X H I B I T S

8

9     NUMBER       DESCRIPTION                    PAGE

10   Exhibit 7     Menu from West Coast Cafe        22

11   Exhibit 8     Documents from Costco            78

12   Exhibit 9     Plaintiff Laura Rude-Barbato's   126
                   Responses and Objections to
13                 Defendant Ferrero U.S.A., Inc.'s
                   First Set of Interrogatories In
14                 Re: Ferrero Litigation

15   Exhibit 10    Nutella color ad                 133

16   Exhibit 11    Nutella color ad                 134

17   Exhibit 12    Declaration of Laura             175
                   Rude-Barbado
18
     Exhibit 13    Nutrition Facts panel for        196
19                 Milton's bread

20

21

22

23

24

25

```
 1          I N D E X (CONTINUED):

 2

 3    QUESTIONS INSTRUCTED NOT TO ANSWER

 4              Page     Line

 5               97        7
                159       14
 6              169        7
                171        5
 7

 8          INFORMATION REQUESTED

 9               (None)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1       SAN DIEGO, CALIFORNIA, FRIDAY, SEPTEMBER 30, 2011

2                           9:57 A.M.

3

4            THE VIDEOGRAPHER:  Good morning.  This is the

5    start of tape labeled number 1, Volume I, in the

6    videotaped deposition of Laura Rude-Barbato in the matter

7    In Re Ferrero Litigation held in the United States

8    District Court, Southern District of California, case

9    number 3:11-CV-00205-H-CAB.

10           This deposition is being held at Wilson,

11   Sonsini, Goodrich & Rosati, 12235 El Camino Real,

12   San Diego, California, on September 30th, 2011, at

13   approximately 9:57 a.m.

14           My name is Tom Cavanaugh from TSG Reporting,

15   Incorporated.  I'm the legal video specialist.  The court

16   reporter is Nikki Roy in association with TSG Reporting.

17           Would counsel please introduce yourselves.

18           MR. BISH:  Good morning.  Dale Bish from

19   Wilson, Sonsini for defendant Ferrero U.S.A., Inc.

20           MR. EGGLETON:  Keith Eggleton for defendant.

21           MR. MARRON:  Ronald Marron for the plaintiffs.

22           THE VIDEOGRAPHER:  Thank you.

23           Would the court reporter please swear in the

24   witness.

25

```
 1                    LAURA RUDE-BARBATO

 2              called as a deponent and sworn in by

 3              the deposition officer, was examined

 4                 and testified as follows:

 5

 6                      EXAMINATION

 7    BY MR. BISH:

 8       Q.    Good morning, Ms. Rude-Barbato.

 9       A.    Yes.

10       Q.    Do you prefer Rude-Barbato or Ms. Barbato?

11       A.    Either.

12       Q.    Okay.  Great.

13             Have you ever had your deposition taken before?

14       A.    No.

15       Q.    So before we begin I'll just go over a few

16    ground rules.  Okay?

17             In general, I'm going to be asking questions

18    and you're going to be providing answers.  For the

19    benefit of the reporter, it's most helpful if we each

20    talk in turn.  Meaning that I finish my question before

21    you begin your answer?

22             Does that make sense?

23       A.    Yes.

24       Q.    And similarly, if you could -- your answer

25    could be yes or nos as opposed to "uh-huh" or "huh-uhs."
```

1    I forget sometimes as well but -- so I will try to remind

2    you if I start hearing those answers.  And also, no

3    shaking of the heads or nodding because she can't take

4    down that down.

5              Do you understand?

6    A.    Yes.

7    Q.    Okay.  And today --

8    A.    Sorry.

9    Q.    -- I'm looking for your best recollection of

10   events.

11             Do you understand?

12   A.    Yes.

13   Q.    I'm not asking you to guess unless I

14   specifically ask you to guess.  I'm trying to figure out

15   what you remember.

16             You understand?

17   A.    Yes.

18   Q.    And is there any reason you can't offer your

19   best recollection today?

20   A.    No.

21   Q.    For example, are -- you're not on any

22   medications that could impair your memory?

23   A.    No.

24   Q.    Okay.  Any questions before we begin?

25   A.    No.

Page 8

1    Q.    Who is your lawyer in this litigation?

2    A.    Ron Marron.

3    Q.    Anybody else?

4    A.    The Weston Group, I believe.

5    Q.    Who did you hire first?

6    A.    Ron Marron.

7    Q.    When did you hire Ron?

8    A.    It'd be January.

9    Q.    January?

10   A.    2010.

11   Q.    2010?

12   A.    Or '11, I'm sorry.

13   Q.    Before hiring Mr. Marron, did you spend any

14   time researching potential counsel?

15   A.    No.

16   Q.    How did you find Mr. Marron?

17   A.    He's an acquaintance.

18   Q.    Would you characterize Mr. Marron as a friend?

19   A.    An acquaintance.

20   Q.    Okay.  When did you first meet Mr. Marron?

21   A.    November of 2010.

22   Q.    Where did you meet Mr. Marron?

23   A.    At the West Coast Cafe.

24   Q.    Do you recall when in January you hired

25   Mr. Marron for this lawsuit?

1    A.    No.

2    Q.    Was it close to the -- the new year?

3    A.    I don't remember.

4    Q.    Martin Luther King weekend?

5    A.    I don't remember.

6    Q.    Don't remember.

7    A.    It was a busy month for me.

8    Q.    Okay.  How so?

9    A.    It was our grand opening.

10   Q.    Grand opening at the West Coast Cafe?

11   A.    Right.

12   Q.    Okay.  And what about the Weston firm, when did

13   you -- who do you -- who are your lawyers at the Weston

14   firm?

15   A.    I don't know them.

16   Q.    You don't know them?

17   A.    Huh-uh.

18   Q.    Have you ever met Greg Weston?

19   A.    No.

20   Q.    Have you ever met Jack Fitzgerald?

21   A.    No.

22   Q.    You ever talked to either of those individuals?

23   A.    No.

24   Q.    Ever communicated in e-mail with those

25   individuals?

 1      A.     No.

 2      Q.     Okay.  Did you hire the Weston firm?

 3      A.     No.

 4      Q.     So do you --

 5      A.     I hired Ron Marron.

 6      Q.     So do you have any written agreement with the

 7   Weston firm?

 8      A.     I don't believe so.

 9      Q.     Do you have any written agreement with

10   Mr. Marron?

11      A.     Yes.

12      Q.     Do you recall when you signed that written

13   agreement?

14      A.     No.

15      Q.     Would it have been in January?

16      A.     Possibly.

17      Q.     Okay.  So what factors, if any, did you

18   consider in choosing Mr. Marron to be your attorney for

19   this litigation?

20             MR. MARRON:  Objection; attorney-client

21   privilege.

22             Other than any communications that we've had

23   between -- if you can answer that question without

24   revealing any communications that we had between us, then

25   you may do so.  But attorney-client privileges --

1    attorney-client communications are privileged and I don't

2    want you to answer anything that we -- or talk about

3    anything that we discussed, okay?

4              THE WITNESS:  Okay.  I trusted Mr. Marron.  He

5    was known to one of my business partners for several

6    years.

7    BY MR. BISH:

8        Q.    Anything else?

9        A.    That's it.

10       Q.    For example, you didn't look to see if

11   Mr. Marron had experience in this type of litigation?

12             MR. MARRON:  Objection; attorney-client

13   privilege.

14             Other than what you've learned from your

15   counsel, if you have any independent knowledge concerning

16   my experience.

17             THE WITNESS:  I don't.

18   BY MR. BISH:

19       Q.    Okay.  Did you negotiate a fee arrangement with

20   Mr. Marron?

21       A.    No.

22       Q.    No.  Do you have a fee arrangement with

23   Mr. Marron?

24       A.    No.

25             MR. MARRON:  Objection; attorney-client

1    privilege.

2            Other than what you've learned from your

3    counsel, you can answer.

4    BY MR. BISH:

5        Q.    The answer was no?

6        A.    Not that I know of.

7        Q.    Do you know how Mr. Marron is going to get paid

8    for his services in this case?

9        A.    No.

10            MR. MARRON:  Same objection.

11            Just, can you pause for a second before you

12   answer after he asks the question so I can lodge an

13   objection.

14   BY MR. BISH:

15       Q.    After hiring Mr. Marron in January 2011, did

16   his firm draft a complaint on your behalf?

17       A.    Yes.

18       Q.    It was his firm?

19       A.    Yes.

20       Q.    It wasn't the Weston firm?

21       A.    I believe it was his firm.

22       Q.    Did Mr. Marron provide you with a copy of the

23   complaint before it was filed?

24       A.    Yes.

25       Q.    Mr. Marron did?

1       A.      I believe so, yes.

2       Q.      Do you recall approximately when you received

3   the copy of the complaint that was filed?

4       A.      No.

5       Q.      Just for clarity, right now I'm talking about

6   the first complaint that was filed solely on your behalf.

7               Do you recall that complaint?

8       A.      No.

9       Q.      No?  Did you review the complaint before it was

10  filed?

11      A.      I believe so.

12              MR. MARRON:  Objection; form.

13  BY MR. BISH:

14      Q.      Did you provide any comments to the complaint

15  before it was filed on your behalf?

16              MR. MARRON:  Objection; form.

17              THE WITNESS:  I don't remember.

18  BY MR. BISH:

19      Q.      Do you recall providing any input one way or

20  the other on the original complaint that was filed on

21  your behalf in this action?

22      A.      There was so many phone conversations, I don't

23  know if it was used for like this deposition or the

24  original complaint.  I'm not sure what it was used for.

25  There were conversations with Maggie at Mr. Marron's

1   office.

2        Q.     Is that Maggie Salazar?

3        A.     I'm not sure of her last name.

4        Q.     Oh, I'm sorry.  What about Margarita Salazar?

5        A.     I only know her as Maggie.

6        Q.     Okay.

7        A.     I'm sorry.

8        Q.     Do you recall when your -- when your original

9   complaint was filed in this action?

10       A.     I don't.

11       Q.     You don't.

12              February 2000 -- February 4th sound about

13   right?

14       A.     Yes.

15       Q.     Do you recall in your complaint you allege

16   that, quote:

17              You did not discover that Ferrero's

18              labeling of Nutella spread was false, deceptive

19              or misleading until January 2011, end quote.

20       A.     Yes.

21       Q.     Is that correct?

22       A.     Yes.

23       Q.     Okay.  But you don't -- do you recall when in

24   January 2011 you discovered that?

25       A.     No.

1    Q.    Close to the new year?  You don't recall?

2    A.    I don't.

3    Q.    You have three children, correct?

4    A.    I have seven.

5    Q.    Seven, okay.  This might take a while, then.

6          How old is your oldest --

7    A.    I have two stepsons that are 25.

8    Q.    Two stepsons, okay.

9    A.    I have a stepdaughter who's 24.  I have a

10   daughter who is 20.  I have a son who is 16.  I have a

11   son who is 14.  And I have a son who is 8.

12   Q.    Okay.  Now, do your four oldest children still

13   live with you?

14   A.    No, they do not.

15   Q.    Your 16-year-old son, he lives with you,

16   correct?

17   A.    Yes.

18   Q.    And I saw that he's a wrestler?

19   A.    He -- water polo, wrestling and baseball and

20   football.

21   Q.    And he competes in triathlons?

22   A.    No.  The tri-athlete is my 24-year-old

23   daughter.

24   Q.    So your 16-year-old son does not compete in

25   triathlons?

1     A.     No.

2     Q.     Okay.  He plays water polo, he wrestles, he

3   plays baseball and football?

4     A.     Occasionally football.

5     Q.     That's a pretty active lifestyle he leads, huh.

6            Does -- about how many hours a day does he

7   exercise?

8     A.     Six.

9     Q.     Six hours a day?

10    A.     Depending on where they're at in the season.

11    Q.     Right.

12           But a lot, right?

13    A.     Two minimum, six maximum.

14    Q.     And does your 16-year-old son, like every

15   wrestler that I've known, count his calories pretty

16   carefully?

17    A.     Yes.

18    Q.     Pays very close attention to what he eats?

19    A.     Yes.

20    Q.     And do you pay attention to what he eats?

21    A.     Yes.

22    Q.     Do you count his calories?

23    A.     No.

24    Q.     But you watch carefully what he's -- what he's

25   eating?

1    A.    Yes.

2    Q.    Making sure he's getting enough energy in the

3  day?

4    A.    Yes.

5    Q.    That's important, right?

6    A.    Very.

7    Q.    Okay.  Do you have any idea how many calories

8  on average he consumes in a day?

9    A.    We try to keep it around 3,000 during water

10  polo, less during wrestling.

11    Q.    Now, do you have any idea what percentage of

12  those calories come from fat?

13    A.    No.

14    Q.    Now what about your 14-year-old son?

15    A.    He plays water polo, he wrestles and plays

16  baseball and football.

17    Q.    So same sports as --

18    A.    Yes.

19    Q.    -- older brother?

20    A.    Yes.

21    Q.    Following in his footsteps.

22    A.    Oh, and volleyball.

23    Q.    And volleyball, great.

24          Any idea how many hours a day your 14-year-old

25  son exercises?

1      A.      Two minimum, six maximum.

2      Q.      Same?

3      A.      Uh-huh.

4      Q.      Any idea how many calories per day your

5  14-year-old son eats?

6      A.      I would say 3,000 during water polo.  I'm not

7  for sure on that.  I'm guessing.  They eat more during

8  water polo.

9      Q.      Uh-huh.

10      A.      And less during wrestling.

11      Q.      What about your eight-year-old son?

12      A.      He is a California state champion wrestler.  He

13  also plays football and baseball.

14      Q.      And how many hours a day does your

15  eight-year-old son exercise?

16      A.      Two.

17      Q.      And do you watch the number of calories that

18  your eight-year-old son eats?

19      A.      Only during wrestling.  And I wouldn't say

20  calories.  It's just the amount.

21      Q.      What does that mean?

22      A.      During wrestling season, the amount of food

23  that he intakes on a Friday night is more relevant to his

24  weight on Saturday morning.

25      Q.      The rest of the week do you watch what your

1    eight-year-old son is eating?

2         A.    No.

3         Q.    Now, do each of your kids eat the same

4    identical portion of meals?

5         A.    No.

6         Q.    Okay.  How do they differ?

7         A.    ██████ eats the most.

8         Q.    ██████ being the?

9         A.    The 14-year-old.  He's our garbage gut, we call

10   him.  He also weighs the most.

11        Q.    So you give ██████ larger portions?

12        A.    I don't -- I don't portion out their meals.

13   They dish up their own meals.

14        Q.    But you watch what they're eating?

15        A.    During wrestling season, I make sure that they

16   eat because they tend not to want to eat because they

17   want to make weight.  So I make them eat.  So if that's

18   watching them, then yeah.

19        Q.    What's your current address?

20        A.    1401 9th Street.

21        Q.    1401 9th?

22        A.    9th, Imperial Beach.

23        Q.    How long have you lived there?

24        A.    Five years.

25        Q.    And before that?

Page 20

1       A.      I lived on D Street in Chula Vista.

2       Q.      For how long?

3       A.      Two years.

4       Q.      And before that?

5       A.      Walnut Drive in Chula Vista.

6       Q.      For how long?

7       A.      Nine years.

8       Q.      Okay.  If you could briefly describe your

9   education for me.

10      A.      I took my GED at 16.  I went to junior college

11  for two years.

12      Q.      Did you obtain a degree from the junior

13  college?

14      A.      No, I did not.

15      Q.      What'd you do after the junior college?

16      A.      Worked.  I worked during the time I was going

17  to college too.

18      Q.      Okay.

19      A.      I worked at -- I got a job at Carl's Jr. when I

20  was 16.  I worked there for two years.  During that time,

21  I also worked at Star Building Supply in Spring Valley.

22  When I was 18 I started working at Ace Uniforms in

23  downtown San Diego, and I worked there till I was 21.

24              When I was 21, after my daughter was born, I

25  got a job at Men's Fashion Depot.  I worked there for

1    maybe a year then I went back to Ace Uniforms.  Then I

2    got a job at Everything's a Dollar for merchant services

3    in El Cajon where I was an associate manager.

4            I worked at City Events as a scheduler one to

5    two years.  I'm not sure exactly how long.  And then I

6    was an account manager for Excel Staffing & Security.

7    And I worked there three to four years, I believe.  I was

8    a stay-at-home mom for several years.  I don't know

9    exactly how many.  I did in-home day care and I had a

10   little -- I would clean houses for people.

11           Then I opened a business with a friend in March

12   of 2010.  And then we subsequently bought West Coast Cafe

13   in Imperial Beach in November of 2010.

14       Q.    What was the business that you opened in March

15   2010?

16       A.    It was a deli catering services.

17       Q.    And who is the friend that you --

18       A.    Shawna Chalmers.

19       Q.    Shawna, could you spell that for me?

20       A.    S-h-a-w-n-a, C h-a-l-m-e-r-s.

21       Q.    So now you own West Coast Cafe with

22   Ms. Chalmers?

23       A.    Ms. Chalmers and Ms. Barros.

24       Q.    Ms. Barros?

25       A.    Yes, Joann.  J-o-a-n-n, B-a-r-r-o-s.

1      Q.     Okay.  Do your kids ever eat there, at the West

2  Coast Cafe?

3      A.     Yes.

4      Q.     How often?

5      A.     Twice a week.

6      Q.     They ever eat there for breakfast?

7      A.     Yes.

8      Q.     How often?

9      A.     Maybe twice a month.

10      Q.     And what do they have?

11      A.     ████████s favorite is the stuffed croissant.

12      Q.     Okay.

13      A.     ██████ just likes bagels.

14      Q.     Anything on it?

15      A.     Peanut butter, sometimes cream cheese depending

16  on his mood.

17      Q.     What about ████████

18      A.     He likes the biscuits and gravy.

19             MR. BISH:  Okay.  I'm going to mark Defendant's

20  Exhibit 7.

21             (The document referred to was marked by

22             the CSR as Deposition Exhibit 7 for

23             identification and attached to the

24             deposition transcript hereto.)

25  ///

Page 23

1   BY MR. BISH:

2       Q.     Do you recognize Defendant's Exhibit 7?

3       A.     Yes.

4       Q.     Can you describe it for the record?

5       A.     It's our menu from the cafe.

6       Q.     Okay.  And is this the current menu?

7       A.     No.

8       Q.     Has it been updated since then?

9       A.     Yeah.  I change it almost monthly.

10      Q.     Okay.  What's different about it now?

11      A.     The Remedy is no longer on our menu.  I no

12  longer have capricola.  I no longer serve roast beef.  I

13  no longer have Swiss cheese.  I no longer offer a

14  ciabatta.  The -- the caesar salad is now done with a

15  feta crumble instead of the grated parmesan.  The blue

16  cheese is also substituted for the feta crumble now.

17             Oh, we no longer carry gelato.  We no longer do

18  a root beer float.  I don't -- I don't see -- oh,

19  biscuits and gravy is on there, okay.  On the weekend

20  special, we do a Belgian waffle as well.

21      Q.     What's on that?

22      A.     It's just a Belgian waffle, whatever they want.

23      Q.     Syrup, jelly, whatever?

24      A.     Yeah.  Fresh fruit, nuts, walnuts.  I have

25  slivered almonds we can put on it.  We can put

Page 24

1   blueberries in the waffles.

2       Q.    And it comes with syrup?

3       A.    If they ask for syrup.  Some people put peanut

4   butter on them.

5       Q.    Individual preferences?

6       A.    Uh-huh, yeah.  Whatever they want.

7       Q.    Yeah.  Now, was this menu accurate -- it says

8   updated March 18, 2011, was this -- to the best of your

9   recollection, was this the menu as of March 2011?

10      A.    Yes.

11      Q.    Okay.  Now, when did you decide to sue Ferrero?

12      A.    Well, I didn't know it was called that.  I just

13  thought it was Nutella.  But it was sometime in January.

14      Q.    Whose decision was it to sue Ferrero?

15      A.    Mine.

16      Q.    What are your goals in this lawsuit, what are

17  you hoping to accomplish?

18      A.    Well, I'd like my money back for those jars.

19  And advertising that is more accurate, more like a

20  Cheetos commercial than a nutritious breakfast item.

21      Q.    Anything else?

22      A.    No.

23      Q.    So you said you would like advertising that is

24  more accurate.  You're not seeking to prevent Ferrero

25  from advertising Nutella at all, are you?

Page 25

```
 1      A.    No.

 2      Q.    Are you trying to prevent Ferrero from using

 3   certain words in its advertisements for Nutella?

 4      A.    Yes.

 5      Q.    Which words?

 6      A.    Balanced, breakfast.

 7      Q.    Anything else?

 8      A.    Not that I can remember personally from the

 9   advertisement, no.  Oh, can it be more than one word?

10      Q.    Sure.

11      A.    Where it says "you can feel good about giving

12   this to your kids," I don't think it should say that.

13      Q.    Anything else?

14      A.    That's it.

15            MR. BISH:  Do you have the exhibits from

16   yesterday?

17            THE WITNESS:  Do I need this out still?

18   BY MR. BISH:

19      Q.    No.

20            I'm going to be handing you what was previously

21   marked as Defendant's Exhibit 3.

22            MR. BISH:  Ron, you didn't bring yours today?

23            MR. MARRON:  No.  I thought they would be

24   provided again.

25            MR. BISH:  So they are.
```

1          MR. MARRON:  So they are.

2          Thank you.

3  BY MR. BISH:

4     Q.   Now, if you could turn to paragraph 29, which

5  is on page 6.  Actually, first of all, do you recognize

6  this document?

7     A.   Yes.

8     Q.   Can you describe it for the record?

9     A.   Can I describe it in what way?

10     Q.   What you understand this document to be,

11  Defendant's Exhibit 3?

12     A.   The complaint -- what was initially the

13  complaint about Nutella and advertising?

14     Q.   Right.  So actually, let me help you.

15     A.   Uh-huh.

16     Q.   This is the first amended consolidated

17  complaint, right, that's the title?

18     A.   Uh-huh.

19     Q.   And do you know what that means?

20     A.   It was the first document given as part of this

21  complaint.

22     Q.   Okay.  All right.  It's okay.

23          So looking at paragraph 29, do you see in the

24  second sentence at the end where it says:

25               Advertisements and representations by

```
 1             defendant that Nutella is a "healthy breakfast"

 2             and is "nutritious."

 3             Do you see that?

 4             MR. MARRON:  Yeah, can you give her a chance to

 5   read it, please.

 6             MR. BISH:  Sure.

 7             MR. MARRON:  Can you just read the paragraph

 8   first, then he's going to ask you questions about it.

 9             (Document reviewed by witness.)

10             THE WITNESS:  Okay.

11   BY MR. BISH:

12     Q.    My question is:  Is that -- is that the essence

13   of your claim that -- that Ferrero is advertising Nutella

14   as a "healthy breakfast," and is "nutritious"?

15     A.    Yes.

16     Q.    Okay.  The Nutella itself, you believe, is

17   being advertised as being a healthy breakfast?

18     A.    That's the impression I got, yes.

19     Q.    And that the Nutella itself, standing alone, is

20   a balanced breakfast?

21     A.    What I saw was a commercial for Nutella.

22     Q.    Right.

23     A.    So yes.

24     Q.    That your impression, then, your claims in this

25   case are that you want Ferrero to stop advertising
```

Page 28

1    Nutella itself as a balanced breakfast?

2         A.    Right.

3         Q.    Meaning that you think that if you eat Nutella

4    with a spoon, that's not a balanced breakfast, right?

5         A.    It's not.

6         Q.    Okay.  Is that -- is that what you're trying to

7    prevent by virtue of this litigation?

8         A.    Well, even being part of a balanced breakfast.

9         Q.    And what does that mean?

10        A.    Like even in addition to a piece of toast, I

11   don't think it's part of a balanced breakfast.

12        Q.    And why is that?

13        A.    Well, because it says it's a hazelnut spread

14   but it has very little hazelnuts in it.  It's mostly

15   sugar.

16        Q.    Anything else?

17        A.    That's it.

18        Q.    Okay.  Now, under -- under your definition of a

19   balanced breakfast, you don't have to have hazelnuts in a

20   breakfast to make it balanced, correct?

21        A.    Correct.

22        Q.    Okay.  And the second -- the second reason was

23   that it's mostly sugar; is that right?

24        A.    Right.

25        Q.    Okay.  How much sugar is too much for a

Page 29

1   balanced breakfast, in your opinion?

2        A.    Can I say that when I saw it being put on a

3   piece of bread, my assumption was that would be protein.

4   That that would be like that part of the -- the breakfast

5   that would be giving the breakfast protein, not sugar.

6   Like I can give them juice with sugar in it, I wouldn't

7   want juice and sugar on the bread.

8        Q.    Okay.  So because -- do you associate hazelnuts

9   with protein?

10        A.    Right, I do.  I -- well, yeah, peanut butter,

11   the hazelnuts.

12        Q.    So you see that as --

13        A.    Nuts, I think, are a protein, yes.

14        Q.    So you see hazelnuts and you think protein?

15        A.    Yes.

16        Q.    Okay.  And do you know if there is, in fact,

17   protein in Nutella?

18        A.    I believe there is.

19        Q.    Any idea how much?

20        A.    No.

21        Q.    Would that matter to you?

22        A.    A little bit, yeah.

23        Q.    And did you -- did you look to see if there was

24   protein in Nutella?

25        A.    I think since I was questioning the

Page  30

1    ingredients, yes.

2         Q.    So you did look at the ingredients of Nutella?

3         A.    I have, yes.

4         Q.    When was the first time you looked at the

5    ingredients of Nutella?

6         A.    January.

7         Q.    Again, any idea when in January?

8         A.    No.

9         Q.    No.

10                And what did you learn when you looked at the

11    ingredients in Nutella?

12        A.    That the first ingredient was sugar.

13        Q.    That's on the label, right?

14        A.    Yes.

15        Q.    And what else?

16        A.    It's on the label.  I went home and looked at

17    the jar, yes.

18        Q.    And what else did you learn when you looked at

19    the ingredients of Nutella?

20        A.    That hazelnuts is the third -- was the third

21    instead of the -- I would have thought hazelnut spread,

22    hazelnut would have been the first ingredient.  I mean, I

23    don't know, I don't manufacture food.  But I just -- that

24    would have been my impression.

25        Q.    Learn anything else from the ingredients of

1    Nutella?

2        A.    No.

3        Q.    Now, did you also look at the nutrition facts

4    panel of Nutella at any point?

5        A.    I believe I did, yes.

6        Q.    When is the first time you looked at the

7    nutrition facts panel of Nutella?

8        A.    In January.

9        Q.    And what did you learn from that?

10        A.    What did I learn from it?

11        Q.    Yes.

12        A.    I don't remember.

13        Q.    Do you typically look at nutrition facts panels

14    for the products you buy?

15        A.    No.

16        Q.    Never?

17        A.    Sometimes, but not -- it's not a typical

18    shopping routine of mine, no.

19        Q.    Why not?

20        A.    Most of the foods that I buy I've been buying

21    for years.  When I'm dieting maybe I look a little bit

22    closer at the calorie content.  Or when I was on a no

23    carb diet I looked more closely at it.  When my son's

24    trying to make weight for wrestling, I might look.  But

25    it's not a general -- I don't do it on a regular basis.

1      Q.    So sometimes in your life certain

2   characteristics have been important to you, like

3   carbohydrates, right?

4      A.    Uh-huh.

5      Q.    "Yes"?

6      A.    Yes.

7      Q.    And other times those characteristics were less

8   important to you?

9      A.    Yes.

10     Q.    Right.

11           So even just you, as an individual, that

12   changes over time, correct?

13     A.    Yes.

14     Q.    And it's different person by person, right?

15     A.    I would imagine.

16     Q.    So, for example, what's important to you might

17   not be important to somebody else, right?

18           MR. MARRON:  Yeah, objection.  This calls for

19   an expert opinion and conjecture.  She doesn't know what

20   other people are thinking.

21           THE WITNESS:  I don't.

22   BY MR. BISH:

23     Q.    But you would imagine that, right?

24           MR. MARRON:  Objection; form.

25           THE WITNESS:  I mean, I wouldn't know.  I

1   haven't taken a poll.  I could.

2   BY MR. BISH:

3       Q.    But things have been -- even for you, things

4   have been different throughout your life.  Things have

5   been important and --

6       A.    For me -- for me, honestly, nutrition is based

7   on -- this, I've never tasted Nutella.  I bought this for

8   my kids.  And my goals for their diet change depending on

9   what sport they're playing.  So yeah, it changes.

10      Q.    Time of year even, right?

11      A.    Yeah, depending on the season.  Wrestling is

12  way different than water polo.

13      Q.    And you need different things for the different

14  sports, right?

15      A.    Right.

16      Q.    Okay.  But -- and I had asked how much sugar is

17  too much sugar, in your opinion, for a balanced

18  breakfast.

19          Do you remember that question?

20      A.    Yes.

21      Q.    Do you have an amount of sugar that's too much

22  for breakfast?  Do you have any way to quantify that?

23      A.    I wouldn't let my kids have a candy bar for

24  breakfast.  I wouldn't let them have a piece of cake for

25  breakfast.  I wouldn't give them cookies for breakfast.

Page 34

1    I would want something more nutritious than that.

2              If I made them oatmeal, I would put maybe one

3    teaspoon of sugar on it.  I don't think it would need

4    more than that.

5        Q.    Is that just your personal preference?

6        A.    Right.

7        Q.    "Yes"?

8        A.    Yes.

9        Q.    But now, do you have a -- like I said, do you

10   have a way to objectively quantify how much sugar is too

11   much for a balanced breakfast?

12       A.    No.

13       Q.    No.

14             So you said no candy bar, no cake, no cookies

15   for breakfast, right?

16       A.    Right.

17       Q.    And that's not -- is that not dependent on the

18   nutritional value of those foods.  That's -- you just

19   think those are not the right foods for breakfast?

20       A.    I don't think they're nutritious foods for

21   breakfast.

22       Q.    Well, are some -- some cookies can be healthy,

23   though, right?

24       A.    Sure.  Yeah.

25       Q.    You can make them from different ingredients to

1    have whole grains?

2         A.    Yeah.  We --

3         Q.    No sugar?

4         A.    We have a vegan cookie at the shop that's

5    really good.  It has flax seed in it.  It's made with

6    whole oats.  It's a pretty good cookie.  It does have a

7    lot of sugar in it.  I never brought it home to give my

8    kids for breakfast.

9         Q.    But you could -- that cookie could be made

10   without sugar, right?

11        A.    Probably.

12        Q.    Just don't add it, correct?

13        A.    Right.

14        Q.    And then, so for that cookie that had no sugar,

15   would that be acceptable at breakfast?

16        A.    Yeah, but they wouldn't eat it.

17        Q.    Why not?

18        A.    Because it wouldn't taste good.

19        Q.    The taste is important, right?

20        A.    It is very important.

21        Q.    The taste is -- so it's important to put things

22   on products to get the kids to eat it, right -- on or in?

23               MR. MARRON:  Objection; form.

24               THE WITNESS:  I don't understand what you're

25   asking.

1   BY MR. BISH:

2       Q.    Well, you just said the reason they wouldn't

3   eat the cookie is because it wouldn't taste very good,

4   right?

5       A.    Right.

6       Q.    So you put the sugar in there and then the kids

7   would want to eat it, correct?

8       A.    Yes.

9       Q.    Okay.  And it's important to get kids to eat

10  things that have, for example, whole grains in there,

11  right?

12      A.    I don't think it's -- I don't think you should

13  do that.  I don't think you should sprinkle sugar on the

14  broccoli to get them to eat broccoli.

15      Q.    But you put the sugar in the cookie to get the

16  kids to eat the cookie?

17      A.    To get the kids to eat it?  I mean --

18      Q.    Because they wouldn't eat it otherwise?

19      A.    Well, I wouldn't serve a cookie as like

20  nutritious.  I wouldn't consider that like a nutritious,

21  like I need you to eat this because it's part of your,

22  you know, balanced meal.  It's a snack, it's extra.  It's

23  because they want it not because they need it.

24      Q.    So --

25      A.    I guess is --

1      Q.    Okay.  So if we took the vegan cookie, and say

2   there was no sugar in there, would that be, in your

3   opinion, a healthy snack?

4      A.    Yes.

5      Q.    Okay.  And say that same cookie had five grams

6   of sugar in it, would it still be a healthy snack?

7      A.    I think it would be a reasonably healthy snack,

8   yeah.

9      Q.    Five grams?

10     A.    I don't know what five grams is.  Can you put

11  that in tablespoons or teaspoons for me, or cups or?

12     Q.    Well, I think it would depend on a lot of

13  things.  I think, I don't know.

14     A.    Well, if you're making a batch of three dozen,

15  I think more than one cup of sugar is a lot.

16     Q.    Okay.  Based on?

17     A.    Based on making cookies.

18     Q.    Your personal experience?

19     A.    Yeah.

20     Q.    Okay.  What about the word "tasty," is it okay,

21  in your opinion, for Ferrero to describe Nutella as being

22  tasty?

23     A.    Yes.

24     Q.    Now, I heard you say that you never tasted

25  Nutella, correct?

Page 38

1      A.     Never.

2      Q.     Were you ever curious to know what it tasted

3   like?

4      A.     Not really.

5      Q.     Is there a reason you never tasted it?

6      A.     I just never did.

7      Q.     No particular reason?

8      A.     No particular reason.

9      Q.     Did your kids tell you that it was -- tasted

10   good?

11      A.     Yes, they liked it very much.

12      Q.     They enjoyed eating it?

13      A.     They loved it.

14      Q.     Loved it.

15      A.     They were upset when I took it away.

16      Q.     So now would you be more comfortable with a

17   statement like "Nutella can turn a balanced breakfast

18   into a tasty one"?

19          MR. MARRON:  Objection; form, incomplete

20   hypothetical.

21          You can answer.

22          THE WITNESS:  I think that would be a better

23   way to advertise it.

24   BY MR. BISH:

25      Q.     What about "Nutella can add taste to a balanced

 1   breakfast," would you be okay with that?

 2       A.    Yes.

 3       Q.    Okay.  Do you believe that multi grain toast is

 4   healthy?

 5       A.    I do.

 6       Q.    Is it okay for Ferrero to describe multi grain

 7   toast as being healthy?

 8       A.    The multi grain toast I'm familiar with is

 9   Milton's.  And if it was Milton's, I'd be comfortable

10   with that, yes.

11       Q.    Okay.  Are there other kinds of multi grain

12   toast that aren't healthy?

13       A.    I don't know of any others.

14       Q.    You're loyal to Milton's?

15       A.    Yes.

16       Q.    Local company?

17       A.    No.

18       Q.    No?  Oh, I thought it was.

19             Why are you loyal to Milton's?

20       A.    Because it's very tasty and it's good.

21       Q.    Any idea how much sugar is in Milton's?

22       A.    No.

23       Q.    Does it matter to you?

24       A.    Yeah.

25       Q.    It does?

Page 40

1    A.    Yes.

2    Q.    Would you be surprised to know there's sugar in

3  Milton's?

4    A.    No.

5    Q.    You just don't how much?

6    A.    I just don't know how much.

7    Q.    Never cared to look?

8    A.    I -- I'm sure I've looked, yes.

9    Q.    But nothing -- nothing stands out?

10   A.    Not that I can recall.  It wasn't shocking to

11 me.

12   Q.    So if it was, say, five grams, five grams

13 wouldn't be shocking to you?

14   A.    I don't -- tablespoons, teaspoons, cups I'm

15 more familiar with than grams and --

16   Q.    So if you saw --

17         MR. MARRON:  Metric.

18 BY MR. BISH:

19   Q.    If you saw Milton's, if you looked at the

20 nutrition facts label of Milton's and it said five grams

21 per serving, that wouldn't stand out to you?

22   A.    I don't think so.

23   Q.    Because that's not very much?

24   A.    I don't know.

25   Q.    Okay.

1          MR. MARRON:  Dale, when it's convenient, can we

2     take a break.

3          MR. BISH:  Yeah, let's just finish a couple

4     things.

5          MR. MARRON:  Sure.

6     BY MR. BISH:

7     Q.    Now, in general, do you want companies to tell

8     consumers what is in their product?

9     A.    Yes.

10    Q.    Okay.  So is it okay, for example, for Ferrero

11    to tell consumers that Nutella contains cocoa?

12         MR. MARRON:  Objection; calls for a legal

13    conclusion, expert opinion, incomplete hypothetical,

14    form.

15         THE WITNESS:  Can you repeat it?

16    BY MR. BISH:

17    Q.    In your opinion, is it okay for Ferrero to tell

18    consumers that Nutella contains cocoa?

19    A.    Yes.

20    Q.    Okay.  And what about hazelnuts, is it okay for

21    Ferrero to tell consumers that Nutella has hazelnuts?

22         MR. MARRON:  Same objection.

23         THE WITNESS:  My personal opinion?

24    BY MR. BISH:

25    Q.    Yes.

Page 42

1       A.      I think it would be okay to put it in the

2  ingredients.  But to advertise it as a hazelnut spread, I

3  don't believe is accurate.

4       Q.      Now, if you look at the side of the Nutella jar

5  that you brought, you see where it says "made from" --

6  "with over 100 hazelnuts per jar."

7              Do you see that?

8       A.      Uh-huh.

9       Q.      Is that an okay statement to you?

10      A.      There, yes.

11      Q.      Okay.  Now, I think we've covered this but I

12 just want to be clear.  What is it about Nutella that you

13 feel is unhealthy?  Let's be as specific as possible.

14 You've talked about the sugar, right?

15      A.      The most prominent ingredient is sugar.

16      Q.      Okay.  Anything else?

17      A.      It doesn't have -- the hazelnuts is not one of

18 the main ingredients.  It's not one of the first two

19 ingredients, therefore, I don't think it's one of the

20 main ingredients.

21      Q.      What is your definition of a main ingredient?

22      A.      It would be half or more than half of the

23 product.

24      Q.      Anything else?  So we have sugar and hazelnuts.

25 Anything else?

```
 1     A.    No.

 2     Q.    Okay.

 3           MR. BISH:  This is -- we can -- this is as good

 4     a time as any.

 5           MR. MARRON:  Okay.

 6           THE VIDEOGRAPHER:  All agreed to go off the

 7     record, we're off the record at 10:43 a.m.

 8           (Recess from 10:43 a.m. to 11:00 a.m.)

 9           THE VIDEOGRAPHER:  We're back on record at

10     11:00 a.m.

11     BY MR. BISH:

12     Q.    Ms. Barbato, am I correct in understanding that

13     you purchased Nutella on two occasions?

14     A.    At least.

15     Q.    Maybe more?

16     A.    Possibly more.

17     Q.    Sitting here today, what's your -- what's your

18     best recollection of how many times you bought Nutella?

19     A.    I think I might have made three purchases of

20     Nutella.

21     Q.    That's your best recollection, three?

22     A.    Yes.

23     Q.    Okay.  So let's discuss each.

24           To the best of your recollection, when is the

25     first time you bought Nutella?
```

1      A.    The first time I bought Nutella was either at

2   the Albertsons or the Vons, and it was a smaller jar.

3      Q.    And what's your best recollection as to when

4   that was?

5      A.    Last year's school year was '10-'11, right.

6   '10-'11.  So it would have been August of 2010 -- or

7   nine.  Nine.  No, it was '10-'11, so it would have been

8   '10.  I'm sorry.  I'm just thinking, my son, when he

9   first started second grade is when I first bought

10  Nutella.  We moved to a new school.

11     Q.    So August 2010 is, sitting here today, is your

12  best --

13     A.    Right.

14     Q.    -- recollection?

15     A.    Right.

16     Q.    And you're pretty confident about that?

17     A.    Yes.

18     Q.    It wouldn't have been 2009?

19     A.    It might have been 2009 because he played

20  baseball also in 2009.  But I believe it was 2010.

21     Q.    And just, what's the connection between the

22  baseball and Nutella?

23     A.    It was where -- where he -- he tried Nutella

24  was with ███ who he played baseball with and then went

25  to second grade with at Oneonta Elementary.

Page 45

1    Q.    So he tried it with a --

2    A.    At a friend's house.

3    Q.    At a friend's house, and he liked it?

4    A.    Yes.

5    Q.    And ████ plays baseball?

6    A.    Plays baseball and they go to the same school.

7    Q.    So he came home, said mom, I love Nutella?

8    A.    Uh-huh.

9    Q.    "Yes"?

10   A.    Yes.  Sorry.

11   Q.    And so you're not positive if it was an

12   Albertsons or Vons.  There's some confusion about that?

13   A.    I believe it was one of the stores closer to my

14   house.  It was a smaller jar.  It was just to see if they

15   all liked it.  I didn't buy a large quantity of it.  I

16   wasn't sure that the older boys would like it.  So my

17   first purchase was a smaller purchase.

18   Q.    So you bought the smaller jar, they tried it,

19   they all liked it?

20   A.    Yes.

21   Q.    Do you know if it was Vons or Albertsons?

22   A.    Most likely was Albertsons but it could have

23   been Vons.

24   Q.    Are the -- are those the two places that you

25   typically shop at?

1    A.    No.

2    Q.    Where do you typically shop at?

3    A.    For my home, Food 4 Less on Palomar.

4    Q.    Anywhere else?

5    A.    Costco occasionally, Save-a-Lot occasionally.

6    Q.    Anywhere else?

7    A.    Just for quick like little things to go get not

8  the bulk grocery shopping, I go to Albertsons, Vons,

9  because they're closer to my house.  I just don't like

10 their prices.

11   Q.    When you shop at Albertsons, do you use a

12 preferred savings card?

13   A.    No.

14   Q.    You don't have a preferred savings card at

15 Albertsons?

16   A.    I used to use my friend's ex-husband's number

17 who was an employee, and I've forgotten the number.  And

18 I don't believe I have one.

19   Q.    Do you still use that number?

20   A.    I've forgotten the number, so I don't use it.

21   Q.    Maybe that's why you don't like their prices?

22   A.    It is why I don't like the prices.

23   Q.    And is there a reason why you haven't signed up

24 for your own account?

25   A.    I don't go there very often.  Maybe like an

1    emergency quick loaf of bread, milk, something small.  I

2    don't bulk shop there at all.

3         Q.    Now, what about Vons, do you have a Vons Club

4    Card?

5         A.    I might.  I probably do.  It might be under my

6    old phone number, which would be (619) 385 -- oh, see, I

7    wouldn't have used it.  0336, maybe.  It would have been

8    my old phone number from D Street if I had a Vons card.

9         Q.    Okay.  Now, in shopping for your family, are

10   there any health issues that affect your decisions?

11        A.    Health issues as far as my kids having health

12   issues?

13        Q.    Or you?

14        A.    No.

15        Q.    No?

16        A.    No.

17        Q.    So nobody's diabetic, for example?

18        A.    My father was diabetic and he died of

19   complications of diabetes in '08.

20        Q.    Sorry to hear it.

21              But your kids, though, not?

22        A.    No.

23        Q.    And you?

24        A.    No.

25        Q.    Are you generally a healthy person?

```
 1      A.      Yes.

 2      Q.      And I assume your kids are very healthy?

 3      A.      Way more healthy than I am.

 4      Q.      Blood pressure, cholesterol all fine in the

 5   family?

 6      A.      Yes.  Yes.

 7      Q.      Any allergies in the household?

 8      A.      My husband has allergies.  You know, like mold

 9   allergies and your general like pollen and stuff like

10   that.

11      Q.      But no food allergies in the household?

12      A.      ███████ has broken out before from a cornmeal --

13   or the breading on corn dogs.  And then ███████ and I are

14   both allergic to penicillin.

15      Q.      Okay.  Not like medical allergies, how about

16   just food?

17      A.      (No audible response.)

18      Q.      Okay.  No?  So nobody's allergic to peanuts,

19   for example?

20      A.      No.

21      Q.      Does your household eat a lot of peanut butter?

22      A.      Yes.

23      Q.      A lot?

24      A.      I buy it every week.

25      Q.      For your household?
```

Page 49

1      A.     Yes.

2      Q.     Okay.  So take me back to the -- that first day

3  at Vons or Albertsons the first time you bought the small

4  jar.  Who was with you?

5      A.     I was alone.  I don't like to take them

6  shopping with me.  I spend too much money.

7      Q.     Why is that?

8      A.     Because they want everything.

9      Q.     And if they're with you, you give in to what

10  they want?

11      A.     Probably ████████ more so than the older boys,

12  but I don't take ████████ with me.

13      Q.     So if you could just tell me what happened.

14  You're walking down the aisle, you saw Nutella?

15      A.     I believe I went specifically to buy Nutella.

16      Q.     Oh, okay.  And what happened?  So what

17  happened, you see -- you went in there, went straight for

18  the Nutella?

19      A.     Uh-huh.

20      Q.     "Yes"?

21      A.     Yes.

22      Q.     Picked it up, did you turn it around to look at

23  the nutrition facts label or the ingredients?

24      A.     No.

25      Q.     You didn't turn it around?

Page 50

1      A.    No.

2      Q.    So you just picked it up, put it in your cart,

3  went and checked out?

4      A.    I probably didn't even have a cart, but yes.

5      Q.    How much did you pay for it?

6      A.    I don't remember.  More than I pay for my

7  peanut butter, I know that.

8      Q.    Don't recall?

9      A.    I don't recall.

10      Q.    Do you have any way to determine?

11      A.    I would say between four and $5.

12      Q.    Okay.  Do you have any way to determine to be

13  sure?

14      A.    Well, I know it was more than I pay for my

15  peanut butter.  And my peanut butter is only like 3.69,

16  usually.

17      Q.    Okay.

18      A.    So I think I paid maybe 4.59, 4.69.

19      Q.    Are you guessing?

20      A.    I'm guessing.

21      Q.    Okay.  No way to be sure?

22      A.    No.

23      Q.    So now, when you bought Nutella, were you

24  curious to know if it contained sugar?

25      A.    I didn't look to see what the ingredients were.

1   I had seen the commercial on TV several times, it gave me

2   the impression it was a healthy food.  Which is -- when

3   my son said that he liked it, I felt better about getting

4   it because I thought he would eat it.

5           I didn't buy it prior to that because I didn't

6   think that they would like it.  They generally don't like

7   foods that are labeled healthy or advertised as healthy.

8   So I had seen the commercial a long time before I bought

9   it.  But it wasn't until I knew that the little one

10  actually liked the taste of it that I decided okay, I can

11  get it, he'll eat it.

12      Q.    So let me try this again.  When you bought

13  Nutella, were you curious to know if it contained sugar?

14      A.    I wasn't curious.

15      Q.    Why not?

16      A.    Because I believed that it was healthy, I

17  didn't think that the sugar content would be high.  Blind

18  faith, I guess.

19      Q.    Did you ever see any advertisements saying that

20  Nutella is low in sugar?

21      A.    No.

22      Q.    So now, when you buy products for your family,

23  is it important to you if it contains sugar or not?

24              MR. MARRON:  Objection; form, incomplete

25  hypothetical.

1          You can answer.

2          THE WITNESS:  There are certain foods that I

3   buy that I know contain sugar, and I buy them to be used

4   in that content, as a snack.  I wouldn't give them

5   Twinkies as part of their breakfast.  I know Twinkies

6   contains sugar.  That would be a dessert after dinner.

7          I wouldn't -- it is important to me how much

8   sugar they eat but I'm not -- I don't generally object to

9   them having sugar.  But it would be after they've had a

10  nice meal with vegetables, meat, that they've got their

11  nutrients, their vitamins.  That after that, that they've

12  had a balanced meal, I don't feel that bad about them

13  having something like for a snack with sugar in it.

14  BY MR. BISH:

15     Q.    So it's an issue of timing?

16     A.    It's an issue of them eating right first.  You

17  know, like they get everything that they need to be

18  healthy.  I like my sons to have vegetables.  They don't

19  generally get anything after dinner if they don't finish

20  their vegetables.  They finish their meat.  I'm not big

21  on the rice really.  You can throw that away.  But the

22  vegetables, I want them to finish.  The meat, I want them

23  to finish.

24     Q.    That's important to you?

25     A.    It is.

Page 53

1      Q.     Okay.   That's your personal preference?

2      A.     Yes.

3      Q.     Okay.   And so again, it's -- the consumption of

4    sugar is one of timing?

5             MR. MARRON:   Objection; misstates her

6    testimony, argumentative.   She already answered that

7    question.   It's been asked and answered.

8             THE WITNESS:   I don't know what you mean by

9    timing.   Like time of day or like after they've had a

10   balanced meal, yes.

11   BY MR. BISH:

12     Q.     It's a sequential thing?

13     A.     It is.

14     Q.     To you?

15     A.     Yes.

16     Q.     Right.

17            It's not an overall diet issue.   It's a

18   sequential issue to you, right?

19            MR. MARRON:   Objection; misstates her

20   testimony, mischaracterizes her testimony, form,

21   incomplete hypothetical.

22            THE WITNESS:   I'm not understanding.   Can you

23   rephrase it?   Like --

24   BY MR. BISH:

25     Q.     Yeah.   If -- I'm just trying to understand what

Page 54

1   you're telling me, okay.  I just want to make sure we're

2   on the same page with this.

3       A.    Okay.

4       Q.    You're okay with your kids eating Twinkies, for

5   example, after they've had vegetables?

6       A.    I am okay with them having a sugary snack after

7   they've eaten a full balanced meal.

8       Q.    So it's not that you're concerned about the

9   overall amount of sugar in their day.  It's that you want

10  them to eat a balanced meal first and then have the

11  sugar?

12      A.    I believe if they eat a balanced meal first and

13  they weight 20 minutes, they're not going to be as hungry

14  so they won't consume as much of that product.  It's a

15  common phrase at my house, "if you don't finish your

16  dinner, you're not getting anything else."

17      Q.    So it's -- it can be used as an encouragement?

18      A.    Sometimes.

19      Q.    That if you eat your vegetables, you can have

20  dessert?

21      A.    Ice cream or something after dinner.  And then

22  I find a lot of times they forget about what they're

23  going to have after dinner once they've eaten their whole

24  meal.

25  ///

1          MR. MARRON:  Mom psychology 101.

2    BY MR. BISH:

3      Q.    So let's talk about what your kids have for

4    breakfast.  What'd they have this morning?

5      A.    They were still sleeping when I left.  They're

6    on fall break right now.  Two weeks out of school.

7      Q.    Nice kind of school.

8            What'd they eat yesterday?

9      A.    I don't remember.  I think ███████ had

10   cornflakes.

11     Q.    Anything else?

12     A.    And I went to the shop in the morning so I

13   don't know what the big boys ate when they woke up.

14     Q.    Did ███████ have anything else with the

15   cornflakes?

16     A.    No.  Not that I seen.

17     Q.    Any fruit?

18     A.    Not that I've seen.  But I left while he was

19   still eating, so...  Apple juice.

20     Q.    What kind of apple juice?

21     A.    A generic brand of apple juice.

22     Q.    From?

23     A.    Food 4 Less.  White label, two for $3.

24     Q.    Okay.  So let's talk about ███████   What else

25   does ███████ like to eat for breakfast?

1     A.    His favorite breakfast is hard boiled eggs and

2    toast.  He likes --

3     Q.    Milton's?

4     A.    Yeah.

5     Q.    Anything else with the hard boiled eggs and

6    toast?

7     A.    We have a drawer in the fridge.  He likes fruit

8    a lot; so orange, plum, nectarine.  He doesn't like

9    apples so much.  I usually have plums, nectarines,

10   oranges, pears and apples in there.  He doesn't like

11   apples that much.

12    Q.    Okay.  So we have hard boiled eggs and toast.

13    A.    Usually he has orange juice.

14    Q.    Okay.

15    A.    He won't drink milk unless it's like hot

16   chocolate kind of thing, you know.  He'll have milk and

17   cereal if he has cereal.  But he doesn't like milk very

18   much.

19    Q.    So you put the chocolate in there to get him to

20   drink the milk?

21    A.    I don't push it, it's not a big deal to me.  He

22   eats a lot of cheese and yogurt and other things, so...

23   I don't like milk either.

24    Q.    But from time-to-time he has chocolate milk or

25   cocoa?

1      A.     He'll have hot cocoa maybe once every two

2   weeks.

3      Q.     All right.  So breakfast, number one, hard

4   boiled eggs and toast with fruit and orange juice.

5      A.     Apple juice.

6      Q.     Apple juice.

7      A.     He doesn't like orange juice.

8      Q.     Sorry.

9             Any other breakfast that █████ likes?

10     A.     He likes -- we call them dippy eggs.

11     Q.     Dippy eggs?

12     A.     Dippy eggs, eggs over medium that he can dip

13  his toast in.

14     Q.     Anything else with that?

15     A.     Whatever fruit he pulls out of the drawer.

16  Sometimes it's two or three.  He likes fruit.

17     Q.     Okay.  So that's breakfast number two.

18            Anything else?

19     A.     Cereal.

20     Q.     What kinds of cereal does he eat?

21     A.     He likes cornflakes.  He likes that Cinnamon

22  Toast Crunch.

23     Q.     Okay.  Any others?

24     A.     He likes anything like Cocoa Krispies.  Those

25  flavored Pebbles.  Those flavored Rice Krispie things.

1    Q.    Captain Crunch or whatever?

2    A.    No, no.  Like Fruity Pebbles.

3    Q.    Fruity Pebbles?

4    A.    Or Cocoa Pebbles or -- you know, they're like

5  Rice Krispies but they have flavor in it.

6    Q.    Yeah.  My brother had Fruity Pebbles every day.

7          Okay.  Now, when he eats those kinds of

8  cereals, anything else that he eats along with it?

9    A.    Yeah.  He usually makes toast.  He'll put

10 peanut butter on it.  Sometimes just butter, sometimes

11 just dry.  Then his -- and juice.  And we either have

12 apple juice in the house or we have like the Capri Suns

13 or like the Hi-C juice box kinds of things.  Or we

14 have -- they like that cran-raspberry juice.  They like

15 those V-8 Fusion.  You know those ones?

16   Q.    With --

17   A.    Those are pretty good.

18   Q.    With the -- yeah, it's not the V-8 tomato

19 juice.  It's the V-8 --

20   A.    It's a fruit fusion thing.

21   Q.    Right.

22   A.    Yeah, they really like those.  But they're

23 expensive, I don't have those that often.

24   Q.    Yeah.

25   A.    We always have a lot of juice in the house; so

1    they like juice.

2         Q.    That V-8, whatever you call it, it has a fair

3    amount of vitamins in it, right, but it's sweet?

4         A.    And it does have some vegetables.

5         Q.    Yeah.

6         A.    But it's hidden with the fruit on it.

7         Q.    So it's sweet and tastes good.

8         A.    So it has like carrot juice in it.

9         Q.    I got a little excited.  So we talked over each

10   other.

11        A.    Yeah.

12        Q.    Yeah.

13              So that's a pretty good way to get your --

14   that's a good example of a good way to get your kids to

15   eat nutrients, right?

16        A.    Yeah.

17        Q.    In a sweet juice, right?  Right?

18        A.    Well, I -- they have fresh fruit a lot.  They

19   eat a lot of fruit.  They just like the taste of it.  So

20   I would prefer that they drink water, really, but that's

21   okay with me.

22        Q.    But you take what you can get, right?

23        A.    Yeah.

24        Q.    Okay.

25        A.    Water's cheaper.

Page 60

```
 1      Q.     So that was ███████   And it sounds like you --
 2  ████████
 3      A.        ████████ ████████
 4      Q.     Sounds like you trust ████████ or ██████ to make
 5  his own breakfast; is that right?
 6      A.     No.  When I'm home I -- he can't do dippy eggs
 7  himself or hard boiled eggs himself, so I do those.
 8  Cereal he can get himself, it's fine.  The fruit is
 9  ready, it's right there.  They can get that any time they
10  want.
11      Q.     And he'll put the peanut butter on the toast
12  himself and --
13      A.     Yes.
14      Q.     Yeah.
15      A.     Put the toast in the toaster, yes.  He thinks
16  he's very independent that way.
17      Q.     And you trust his decision-making in all that
18  regard to eat enough, eat the right things?
19      A.     Yeah.  I'm not -- in the morning before school,
20  he does sometimes eat breakfast at school.  So it's not
21  every day that he eats breakfast at home.  I would say
22  two to three days a week he eats breakfast at school.
23      Q.     Any idea what he eats there?
24      A.     They have French toast sticks, they have like a
25  breakfast burrito.  They do some kind of breakfast pizza
```

1    with sausage on it.  They have cereal.  They have fresh

2    fruit.  They have milk.  They have juice.  They have --

3    oh, muffins.  They do like a little muffin sometimes.

4    They do a sausage and a pancake on a stick sometimes.

5        Q.    And he likes all that?

6        A.    No.

7        Q.    No?

8        A.    Huh-uh.

9        Q.    So out of all -- sorry.

10            Out of all the things you just mentioned, what

11   does he -- what does he typically eat?

12       A.    What will he eat?

13       Q.    Yeah.

14       A.    He'll eat the breakfast pizza, maybe half of

15   it.  He'll eat the fruit.  He'll eat the French toast

16   sticks.  Well, they do sometimes have bagels.  He'll eat

17   a bagel.  The juice.  And they offer chocolate milk, so

18   he'll have chocolate milk there.

19       Q.    Do the French toast sticks, do they come with

20   syrup?

21       A.    I don't know.  You know what, I know they come

22   in like a little baggy.  But I don't know if they come

23   with syrup or not.  I imagine they probably -- there's no

24   butter or anything else.  So I don't know.

25       Q.    Okay.  So that was 

```
 1              How about ████
 2    A.    ████  ████
 3    Q.    Oh, I'm sorry.  I thought you said ████
 4    A.    ████ is the neighbor friend.
 5    Q.    That's right.  I'm sorry.
 6    A.    Okay.  I know, all the Js.
 7    Q.    I should write this down somewhere.
 8    A.    We'll go to the 14-year-old, ████
 9    Q.    ████ is how old, just for the record?
10    A.    Eight now.
11    Q.    Okay.  So that was the youngest?
12    A.    Yeah.
13    Q.    So now we're going up to ████
14    A.    Do you want to go to ████  he's the older
15  one.  Or ████ is in the middle.
16    Q.    Let's do ████ is in the middle.
17    A.    Okay, let's do ████ is in the middle.
18    Q.    Okay.  What does ████ like to eat?
19    A.    Everything.
20    Q.    The --
21    A.    He's really not a picky kid.
22    Q.    Garbage --
23    A.    Garbage gut.
24    Q.    Garbage gut.
25          And what does he -- what does he typically eat
```

Page 63

1   for breakfast?

2       A.    Fruit.  He's usually like the last one out of

3   the shower, rushing out the door and grabs some fruit,

4   granola bar.

5       Q.    Hard to get him to sit down and eat a

6   breakfast?

7       A.    No.  It's just hard to get him up in the

8   morning.

9       Q.    Rushing?

10      A.    Uh-huh.

11      Q.    Okay.  So fruit and a granola bar?

12      A.    Uh-huh.

13      Q.    Anything else?  So let's call that breakfast

14  number one.

15      A.    If it's water polo season, during hell week

16  it's a banana milk shake, two turkey sandwiches and a

17  peanut butter and jelly sandwich or a peanut butter and

18  banana sandwich.

19      Q.    And what's in the milk shake?

20      A.    Bananas, milk and ice.

21      Q.    And what kind of milk, 2 percent?

22      A.    No, I get whole milk.

23      Q.    Now, that's so -- do you get whole milk

24  year-round or just --

25      A.    Uh-huh.

1    Q.    -- or just for hell week?

2    A.    No, I always get whole milk.

3    Q.    And why is that?

4    A.    I don't know.  I don't even drink milk.  I have

5    no idea.

6    Q.    Just what you've always done?

7    A.    Yes.

8    Q.    Okay.  Okay.  So now we have two breakfasts.

9    We have the hell week breakfast and we have the fruit and

10   granola bar breakfast.

11         Anything else he typically eats?

12   A.    He eats Hot Pockets.

13   Q.    Hot Pockets?  What are those?  I don't know

14   those.

15   A.    You know, like pizza pockets; ham and cheese,

16   chicken and broccoli.  They're like a roll you heat in

17   the microwave.

18   Q.    And that's for breakfast?

19   A.    He'll grab one on his way out the door.  And

20   fruit, always fruit.  Banana or oranges.  He likes

21   oranges the best.  Those are his favorite.

22   Q.    So the pizza pockets, are those like in the

23   frozen aisle?

24   A.    Uh-huh.

25   Q.    "Yes"?

1    A.    Yes.

2    Q.    Any brand that you buy of the pizza pocket?

3    A.    It's called Hot Pocket.

4    Q.    Okay.  I'm missing something.  Okay.  All

5    right.  So that's the third breakfast.

6          Anything else?

7    A.    When I'm making ████ eggs, he'll eat eggs.  He

8    likes hard boiled eggs too, and the dippy eggs.  If he

9    doesn't have school, he might make himself pancakes or an

10   omelet.  He likes to cook a little bit.

11   Q.    Okay.  And when he eats pancakes, is it whole

12   wheat pancakes or Bisquick or?

13   A.    It's -- it's not Bisquick.  It's Krusteaz

14   buttermilk pancake mix.

15   Q.    So he follows the ingredients on the box?

16   A.    He probably doesn't.  He just throws it in a

17   bowl and mixes some water till it's how he likes it.

18   Q.    And does he put syrup on his pancakes?

19   A.    Sometimes.

20   Q.    His call?

21   A.    Yeah.  Sometimes he'll do peanut butter and

22   bananas.

23   Q.    You have syrup in your house?

24   A.    Yes, sometimes.  We run out sometimes and I

25   don't get it.

Page 66

1     Q.    Sometimes syrup, sometimes peanut butter and

2  bananas?

3     A.    And honey, yeah.

4     Q.    Personal preference?

5     A.    Yeah.

6     Q.    His personal preference, right?

7     A.    Yeah.

8     Q.    What kinds of honey do you buy?

9     A.    That little bear one with the yellow squeeze

10 lid.

11    Q.    Where do you buy that from?

12    A.    Food 4 Less.  Sometimes I bring it home from

13 the shop, which is the wildflower honey from Restaurant

14 Depot.

15    Q.    Okay.  So I think we've covered ████ now,

16 right.

17          Anything else stands out for ████ for

18 breakfast?

19    A.    During wrestling he doesn't eat breakfast.

20    Q.    He does not eat breakfast?

21    A.    Just a piece of fruit.

22    Q.    And is that okay with you?

23    A.    Prior to weigh-ins, yeah.

24    Q.    Just the day of weigh in?

25    A.    Uh-huh.

1     Q.     "Yes"?

2     A.     And the day before a meet, a match.

3     Q.     Does that concern you at all that he --

4     A.     Yea, it does.  I don't like it.  But they're a

5  lot better now, they do the hydration tests.  When my

6  older sons wrestled, they didn't do that.  So I feel a

7  little bit better about the way they conduct the

8  weigh-ins.  They do the hydration tests, they do the body

9  weight content.  And I have gone personally to weigh-ins,

10  taken the boys.

11     Q.     Uh-huh.

12     A.     So I do know what they do.  And I'm -- I'm more

13  secure with it now than what it used to be for my older

14  sons.

15     Q.     So they're trying to minimize their intake for

16  wrestling?

17     A.     For weight, yes.

18     Q.     And you're trying to encourage them to eat

19  more; is that right?

20     A.     I'm not trying -- I think in the beginning when

21  they first started wrestling I did try to encourage them

22  to eat more.  But now that I have a better understanding

23  of the hydration tests and the body fat content, I know

24  they're not going to let them wrestle if they don't pass

25  it.  So they have to -- they have to eat, they have to

Page 68

1    drink, they can't starve themselves.  Where my older

2    sons, the 25-year-old, he would starve himself for days.

3    He would have never passed hydration test had they done

4    them then.

5         Q.    Okay.  All right.  So now, that's █████

6               How about -- now we're onto █████

7         A.    (No audible response.)

8         Q.    Okay.  What does █████ like to eat for

9    breakfast?

10        A.    He'll have fruit.  He'll have cereal.  If I'm

11   making eggs, he'll have eggs, toast.  He'll make himself

12   a sandwich sometimes.

13        Q.    Okay.

14        A.    If it's a day off of school, he likes

15   quesadillas.

16        Q.    For breakfast?

17        A.    Uh-huh.

18        Q.    Okay.  So let's talk first about the cereal.

19   What kind -- same cereals we discussed earlier?

20        A.    Yeah.  And then he does the same breakfast

21   during hell week and water polo as █████ with the banana

22   shakes and the two turkey sandwiches and a peanut butter

23   and jelly sandwich.

24        Q.    So the cereal is, what, the Cinnamon Toast

25   Crunch?

1      A.      The cornflakes, Cinnamon Toast Crunch.

2      Q.      Fruity Pebbles?

3      A.      He doesn't really like Fruity Pebbles.

4      Q.      Cocoa Krispies?

5      A.      He likes the Cinnamon Toast Crunch.  Mostly he

6   likes the cornflakes and he'll put bananas in it or...

7      Q.      What about the sandwich, when he makes a

8   breakfast sandwich, what's -- what's inside?

9      A.      It's usually two pieces of Milton's bread and

10  turkey, no mayonnaise, no mustard.

11     Q.      Anything else inside?

12     A.      No.

13     Q.      Okay.  What about the quesadilla, what kind,

14  cheese quesadillas or?

15     A.      Yeah.  He'll use -- we get the shredded Colby

16  Jack cheese.  He might do a scrambled egg in it.

17     Q.      When he makes himself a quesadilla, anything

18  else along with that?

19     A.      Yeah.  Well, juice, fruit.  And it's, you know,

20  usually three or four quesadillas.

21     Q.      Three or four, like how big?

22     A.      Well, you fold them in half, you know.

23     Q.      So with the --

24     A.      Yeah.

25     Q.      The 12-inch tortilla, fold it in half?

1    A.    Maybe it's 10-inch tortillas instead of 12.

2    Q.    Ten, okay.

3    A.    They're not those big burrito ones.

4    Q.    Okay.

5    A.    And then during wrestling, he won't eat

6 breakfast either.  He usually just has a piece of fruit

7 and water.

8    Q.    In your opinion, is that a good enough

9 breakfast?

10   A.    No.

11   Q.    I should have asked:  When you bought the

12 Nutella at Albertsons or Vons the first time, did you use

13 an ATM card or a credit card?

14   A.    I might have.  I don't know.  I don't remember.

15   Q.    Do you have your credit card statements going

16 back that far?

17   A.    I'm sure I could get them, yeah.

18   Q.    Online or something?

19   A.    Yeah.  Well, I've closed -- the Wells Fargo

20 account is closed, and the Union Bank account, but I'm

21 sure I could still get them.

22   Q.    You haven't looked in connection with this

23 lawsuit?

24   A.    No.

25   Q.    Did anybody ask you to?

```
 1      A.    No.  I was asked to look for receipts but not

 2   through my bank statement.

 3      Q.    And you looked for receipts?

 4      A.    I did.

 5      Q.    Don't have any?

 6      A.    No.

 7      Q.    Do you typically keep receipts?

 8      A.    No.  For my business only.

 9      Q.    Right.

10            And why is that?

11      A.    For my business?

12      Q.    Right.

13      A.    Profit and loss statements.

14      Q.    Okay.

15      A.    Cost of goods.

16      Q.    Tax purposes?

17      A.    I -- we don't generally have to take them for

18   taxes.  But we keep them in case we need them, yeah.

19      Q.    Okay.  So do you keep your business records

20   separate from your personal records?

21      A.    Of course, yes.

22      Q.    Okay.  And you mentioned Costco earlier, right?

23      A.    Right.

24      Q.    And I believe you have an account for --

25      A.    My business.
```

1      Q.      -- West Coast Kitchen?

2      A.      Right.

3      Q.      And an account for yourself, right?

4      A.      I had one for myself personally and then I did

5   not continue that one after we opened the business.  I

6   don't need two.  So I had one for me personally, a Costco

7   card that my husband's employer had got for us as, you

8   know, a benefit of his working there or something.  And

9   then I didn't continue the personal Costco membership

10  because we bought one for the business.

11     Q.      Okay.  When did you stop using the personal

12  membership?

13     A.      Probably 2010 sometime.

14     Q.      So now, when you go to Costco, do you -- are

15  you buying things for West Coast Kitchen and your house

16  at the same time?

17     A.      At the same time but rang up on different

18  receipts.

19     Q.      I see.

20             And you keep -- so you keep the receipts for

21  the kitchen?

22     A.      For the business.

23     Q.      Don't keep the receipts for your personal?

24     A.      Not unless I've used the American Express to

25  pay for my personal because then I have to pay for that

Page 73

1  personally.

2       Q.    I see.

3            Okay.  So now, your counsel has brought two

4  jars of Nutella.

5            Do you understand that these were from your

6  house?

7       A.    Yes.

8       Q.    Okay.  It appears to me that the first jar is

9  nearly empty, right?

10      A.    Correct.

11      Q.    Second jar is unopened, right?

12      A.    Correct.

13      Q.    And you bought these jars at Costco; is that

14  correct?

15      A.    Yes, I got them together in one.

16      Q.    Right.

17            It came wrapped together?

18      A.    Dual pack, yeah.

19      Q.    And can you describe how your family ate the

20  Nutella, both the 13-ounce smaller jar and this larger

21  jar?

22      A.    On toast in the morning.

23      Q.    On Milton's?

24      A.    Uh-huh.  And also in a sandwich with bananas.

25  My kids prefer like bananas over jelly, bananas and honey

Page 74

1   over jelly.  But they eat jelly too.  But if we have

2   bananas, they'll use bananas.  So they made it like a

3   peanut butter and jelly or peanut butter and banana

4   sandwich.  And then they all spooned it right out of the

5   jar, I'm sure.

6        Q.    Quickly, before I forget, what kind of jelly do

7   you buy?

8        A.    Just the generic brand jelly at Food 4 Less.

9   White label grape jelly.  And then my girlfriend makes

10  home made strawberry jam.  Everybody likes that a lot.

11       Q.    Who doesn't like homemade jam.

12             So let's talk about when they put Nutella on

13  toast in the morning.  So the kids do it themselves?

14       A.    Uh-huh.

15       Q.    "Yes"?

16       A.    Yes.

17       Q.    You didn't do it?

18       A.    I probably did it a couple times for them.

19       Q.    Any idea how much you were putting on the

20  toast?

21       A.    Probably three tablespoons, two to three

22  tablespoons.

23       Q.    Okay.  And what about when your kids did it,

24  any idea how much they were putting on?

25       A.    Probably about the same.

1      Q.     Two to three tablespoons?

2      A.     Yeah.

3      Q.     Okay.  And how did you decide how much to put

4   on there?

5      A.     By the look of it.

6      Q.     Just kind of --

7      A.     Just, yeah, like I would do a peanut butter

8   sandwich.

9      Q.     And you didn't taste it after?

10     A.     I never tasted it.  I should have tasted it.  I

11  never tasted it.

12     Q.     It's not too late.

13            Did anybody ever put it on ice cream?

14     A.     No.

15     Q.     But you do have ice cream in your house, right?

16     A.     Sometimes.

17     Q.     What kind of ice cream do you buy?

18     A.     ███████s favorite is sherbert, rainbow sherbet.

19     Q.     Anything else?

20     A.     I don't buy ice cream.  My husband will buy ice

21  cream.  I don't really.

22     Q.     What kinds does he buy?

23     A.     I don't know what -- like --

24     Q.     Dryer's, Breyers?

25     A.     Oh, I don't know.  Moose Tracks is like one.

1    Q.    Moose Tracks.  Is that like a specialty brand

2  or -- I don't know.  I don't know what it is?

3    A.    I don't know.  It has like candy bars in it or

4  something.  I don't eat ice cream very -- I don't like

5  ice cream.

6    Q.    But do your kids?

7    A.    They do, but I don't buy ice cream.

8    Q.    Right.

9    A.    My husband will buy ice cream.  I don't really

10 buy ice cream very often.

11   Q.    But your kids will eat the ice cream your

12 husband buys?

13   A.    They will eat, yes.

14   Q.    Moose Tracks?

15   A.    Moose Tracks, I've seen that one in there.  I

16 don't know.  He like -- cheesecake, cherry cheesecake

17 maybe or strawberry cheesecake kind of thing.

18   Q.    And your kids eat that too?

19   A.    Yeah.  ███████doesn't eat the others, he just

20 likes the rainbow sherbet.

21   Q.    But ███████and ███████

22   A.    They'll eat whatever's in there, yeah.  Unless

23 they're trying to make weight and then they won't eat

24 nothing.

25   Q.    Do you recall when you went to Costco to buy

1    the two packet of Nutella?

2        A.    I don't remember when it was.

3        Q.    Do you have any idea?  This year, for example?

4        A.    Yeah, I don't know.  I really don't know.

5    Honestly, I would look at the dates on here maybe.  I

6    don't know.

7        Q.    I don't think that would help you much.

8        A.    It says "sell by October 2011."  See, I can't

9    even use that one no more.

10       Q.    Well, it's evidence now so nobody can use it.

11             MR. MARRON:  Yeah, I was going to ask you about

12   that.  How do we want to work out --

13             MR. BISH:  Control?

14             MR. MARRON:  Yeah.

15             MR. BISH:  I'll ask you to hold onto it.

16             MR. MARRON:  Okay.

17   BY MR. BISH:

18       Q.    So you don't recall when you were at Costco

19   buying the jars in front of us?

20       A.    (No audible response.)

21       Q.    Do you recall what else you bought at Costco

22   that day?

23       A.    No.

24       Q.    Okay.

25             MR. MARRON:  Can we take a break whenever you

1   get a chance?

2            MR. BISH:  Yeah.  Let's do it.

3            THE VIDEOGRAPHER:  All agreed to go off the

4   record, we're off the record at 11:44 a.m.

5            (Recess from 11:44 a.m. to 11:54 a.m.)

6            (The document referred to was marked by

7            the CSR as Deposition Exhibit 8 for

8            identification and attached to the

9            deposition transcript hereto.)

10           THE VIDEOGRAPHER:  We're back on the record at

11   11:54 a.m.

12   BY MR. BISH:

13      Q.   Ms. Barbato, during the break I had the

14   reporter mark as Defendant's Exhibit 8 the document that

15   she's just handed to you.

16           My first question is:  Have you seen

17   Defendant's Exhibit 8 before?

18      A.   No.

19      Q.   Never?

20      A.   No.

21      Q.   So I will -- I'm going to describe what it is.

22           Are you aware that our firm subpoenaed

23   Costco --

24      A.   Yes.

25      Q.   -- for your records?

1           This is what we received from Costco with

2    respect to you, okay?

3       A.    Uh-huh.

4       Q.    And so at the top of this -- or about a third

5    of the way down the first page of Defendant's Exhibit 8,

6    you'll see that it says "Redacted."  And I will represent

7    that the cover letter that we received from Costco said

8    that was -- they redacted the West Coast Kitchen account.

9           Do you understand?

10      A.    Uh-huh.

11      Q.    Okay.  Because we hadn't asked for it, okay.

12          You see the second -- below that it says --

13          MR. MARRON:  So they redacted and then they

14   told you what they redacted?

15          MR. BISH:  Yeah, although I didn't give the

16   card number.

17          MR. MARRON:  Okay.

18          MR. BISH:  Or, I believe, the records.  But

19   we're going to try to figure that out.

20          MR. MARRON:  Okay.

21   BY MR. BISH:

22      Q.    Below that you see it says "Laura Barbato"?

23      A.    Yes.

24      Q.    And it has the current card number, you see

25   that?

Page 80

```
 1      A.      Yes.

 2      Q.      And it says the sign-up date is March 2010.

 3              You see that?

 4      A.      Yes.

 5      Q.      So before when we were talking about personal

 6  versus West Coast Kitchen account, do you know which

 7  account that that's referring to, the March 3rd, 2010?

 8  Is that your personal --

 9      A.      The opening of --

10      Q.      Yeah.

11      A.      That's the West Coast Kitchen.

12      Q.      So all the purchases on that account were made

13  for West Coast Kitchen?

14      A.      No.  Some of -- I've made personal --

15      Q.      Right.

16      A.      I've made personal purchases as well.

17      Q.      Okay.  And you kept the receipts for the West

18  Coast Kitchen purchases.  So if we need to figure out

19  what was for what, we can do that with the receipts,

20  correct?

21      A.      Right, but I might have separated the items.

22  In --- in other words, I will put all of the items for

23  West Coast Kitchen --

24      Q.      Uh-huh.

25      A.      -- in one order and put a divider.  And then
```

1  put my personal items as a separate receipt, as a

2  separate transaction.

3      Q.    Okay.  So just to be -- err on the side of

4  caution, I'm going to ask that you make sure you save all

5  those receipts, okay, for purposes of this litigation.

6  All right?  You understand?  Don't throw them away.

7      A.    Right, but I don't know that I have the Nutella

8  receipt.

9      Q.    I know.  I understand.  But --

10     A.    Oh, okay.

11     Q.    -- I'm saying for the receipts showing what you

12  bought for West Coast Kitchen.  Whatever you have --

13     A.    Oh, I have those.

14     Q.    -- I'm asking you to retain those.

15     A.    I do have those, yes.  Okay.

16     Q.    You understand me?

17     A.    Yes, uh-huh.

18     Q.    Have you thrown away any receipts for West

19  Coast Kitchen since this lawsuit was filed?

20     A.    No.

21     Q.    Okay, excellent.

22     A.    I may have lost one or two, but I haven't

23  thrown any away.

24     Q.    Inadvertently?

25     A.    Correct.

1    Q.    And now, just to make sure I understand, I'm

2  trying to figure out if I need to go back to Costco for

3  the other account.  The West Coast Kitchen account, the

4  one that has been redacted, you have not used that

5  since -- since when?

6    A.    I use that one all the time.

7    Q.    The one that was redacted?

8    A.    What do you mean redacted?

9    Q.    Sorry.  There's the -- there is another

10  account, and I don't know when it was opened, that

11  Costco's redacted.  And then another -- then a second

12  account was opened on March 2010.  And if I understand

13  you, that's the one you're using today, correct?

14    A.    Correct.

15    Q.    The one -- the other account you're not using

16  today, correct?

17    A.    No.

18    Q.    And when's the last time you used that?

19    A.    I don't remember.

20    Q.    Okay?

21    A.    It was prior to the opening of the West Coast

22  Kitchen account, though.

23    Q.    Possibly in 2009?

24    A.    Possibly.

25    Q.    In 2008?

1        A.     Possibly 2010.

2        Q.     Okay.  Okay.  So if you could turn to page 8 of

3   Defendant's Exhibit 8.

4               Are you with me?

5        A.     Yes.

6        Q.     You see about a third of the way down the page

7   in the sale date column, there's a number of purchases

8   made on January 10th, 2011?

9        A.     (No audible response.)

10       Q.     "Yes"?

11       A.     Yes.

12       Q.     Do you recall if you were shopping at Costco on

13  January 10, 2011?

14       A.     I don't remember.

15       Q.     Okay.  If you could take a moment and review

16  the purchases made on January 10, 2011, I'm just -- my

17  first question is:  Do you think that was you that was

18  making the purchases as opposed to somebody else?

19              (Document reviewed by witness.)

20              THE WITNESS:  Yes.

21  BY MR. BISH:

22       Q.     Yes, it was you that was shopping?

23       A.     I believe it was me that was shopping, yes.

24       Q.     Okay.  And at the top of page 9 of Defendant's

25  Exhibit 8 you see that there's an entry for "Nutella

Page 84

1    Hazelnut 2/26.5 z."

2              You see that?

3       A.    Yes.

4       Q.    Now, is that -- do you believe that was -

5    reflects the purchase of the two Nutella jars sitting in

6    front of us?

7       A.    I believe so.

8       Q.    Okay.  That was made on January 10th of this

9    year, correct?

10      A.    Okay.

11      Q.    That's what these records reflect --

12      A.    Yeah.

13      Q.    -- right?

14      A.    Yeah.

15      Q.    Do you have any reason to believe that these

16   records are inaccurate?

17      A.    No.

18      Q.    So do you -- sitting here today, do you believe

19   you bought Nutella on January 10th, 2011?

20      A.    Yes.

21      Q.    Okay.  Was that before or after you had hired

22   Mr. Marron for this lawsuit?

23      A.    Before.

24      Q.    Approximately how many days before?

25      A.    Maybe two weeks.

1    Q.    Okay.  Is that -- are you guessing or?

2    A.    I'm guessing by how much of the Nutella was

3    eaten.

4    Q.    I see.

5          But do you have any independent recollection

6    of --

7    A.    No.

8    Q.    You don't know if it was one week or two weeks?

9    A.    No.

10   Q.    Okay.  But you did hire Mr. Marron in January

11   2011 for this lawsuit --

12   A.    Yes.

13   Q.    -- correct?

14         So between the date, between January 10th,

15   2011, and the date you hired Mr. Marron, did your family

16   consume nearly a full jar?

17   A.    Yes, they did.

18   Q.    Of Nutella?

19   A.    Yes.

20   Q.    Because they loved it, right?

21   A.    They do like it, yes.

22   Q.    "Loved it" I think you said earlier?

23   A.    They were upset when I took it from them.

24   Q.    And why did you take it from them?

25   A.    Because I had heard that it wasn't as

Page 86

1    nutritious as I thought it was for them.  It wasn't

2    wholesome.  It wasn't good for them.

3        Q.    How --

4        A.    I had heard, too, from somebody else, and I

5    researched it later and found out that was incorrect.

6    But I had heard from somebody else too that it could

7    contain trans fat.  And so I took it immediately from

8    them.  Trans fat is something I'm not allowed to have in

9    my restaurant.  I know that - from that, I would say

10   that's really bad for you.

11           So my impression was that it had the trans fat

12   in it.  It had things that weren't good for my kids in

13   it.  I took it immediately from them.

14       Q.    Who told you it had trans fat?

15       A.    I don't remember.  I really don't remember.

16       Q.    Was it your lawyers?

17       A.    No.

18       Q.    A friend?

19           MR. MARRON:  If you remember.

20           I mean, I don't want my client to engage in any

21   speculation or conjecture.

22           THE WITNESS:  I can't remember who it was.  I

23   know it wasn't Ron.  I don't remember who it was.

24   BY MR. BISH:

25       Q.    What do you recall about that conversation?

Page 87

1      A.    I don't -- I don't even recall the

2   conversation, but I know I had heard that somewhere.

3      Q.    From, during?

4      A.    I don't remember who.

5      Q.    As -- so it was during an in-person

6   conversation as opposed to conducting research, for

7   example --

8      A.    Right.

9      Q.    -- on Google or something?

10      A.    Right, right.

11      Q.    Okay.  So now, I believe you gave two reasons

12   why you took the Nutella away from your kids.  One, that

13   it was not as nutritious as you thought and two, that it

14   might contain trans fat --

15      A.    Right.

16      Q.    -- correct?

17      A.    Correct.

18      Q.    Any other reasons?

19      A.    And -- and that's when I realized how much

20   sugar it had in it, too.  And I spend more on Nutella

21   than I do on a regular peanut butter.  There's no reason.

22   It has no extra nutritional value for my kids.  There's

23   no reason for me to -- to have that.  I bought it because

24   I thought it would be better nutritionally, and it's not.

25      Q.    So again, my question is just was there any

Page 88

1    other reason you took it away from your kids?

2        A.    No.

3        Q.    It wasn't because a lawyer told you to?

4        A.    I don't think Ron told me to at that point.

5              MR. MARRON:  Yeah, just object on

6    attorney-client privilege.  You know that question's

7    improper and I instruct my client not to discuss or to

8    reveal any communications between us; between you as my

9    client, me as the attorney.  It's not the proper subject

10   of questioning here today.

11   BY MR. BISH:

12       Q.    Yeah.  So just to be clear, if I ask you about

13   what Mr. Marron told you, Mr. Marron's going to make an

14   objection on attorney-client privilege, I assume.

15             MR. BISH:  Is that correct?

16             MR. MARRON:  Uh-huh.

17             MR. BISH:  "Yes"?

18             MR. MARRON:  Yes.

19   BY MR. BISH:

20       Q.    Would you follow that instruction not to answer

21   the question?

22       A.    Sure.  Yes.

23       Q.    Yes, okay.

24             So I just want to -- to save us time, I'm not

25   going to ask questions about what Mr. Marron told you

1    because I understand counsel will object.

2              MR. BISH:  Is that correct?

3              MR. MARRON:  Correct.

4    BY MR. BISH:

5      Q.    And you're going to follow that instruction,

6    correct?

7      A.    Correct.

8      Q.    So I'm not going to -- I'm not going to go

9    there based on that understanding.

10     A.    Okay.

11     Q.    So now let's talk about the first reason that

12   you took Nutella away from your kids; that it wasn't as

13   nutritious as you thought it was.

14              Do your kids eat things that are less

15   nutritious than Nutella?

16     A.    Yes.

17     Q.    Have you taken those products away from them?

18     A.    No.

19     Q.    Why not?

20     A.    This they use as part of their breakfast.  This

21   is not like a Twinkie after dinner.  This is something

22   they eat for lunch, and it may be the only thing that

23   they would eat for lunch.  I wouldn't give them a Twinkie

24   to eat for lunch or for breakfast and have that be the

25   only thing that they have besides a piece of fruit and a

1   Twinkie.  This is protein, it is part of a meal, in my

2   opinion.  And I'm not a nutritionist, I don't know, but I

3   think it's important as part of a meal.  So I was giving

4   Nutella as a hazelnut spread to my kids.

5        Q.    And I understand that.

6              Is there any reason your kids can't eat it as a

7   dessert?

8        A.    No, no.  And you know what, if I wasn't so

9   angry with you guys for advertising it the way that you

10  did, they would be eating it as a dessert.

11       Q.    You're not talking to me, are you?

12       A.    Well, to the company, because they really do

13  like it.  And I wouldn't have a problem with them eating

14  it after dinner on a -- one of their favorite desserts

15  for after dinner is peanut butter hot dog bun with a

16  banana in it; it's a hot dog bun with peanut butter and a

17  big banana like a hot dog, and they would love it with

18  Nutella.

19             But I'm upset that they advertise it -- I

20  presented it as part of a balanced meal to my kids

21  because that's what the advertising led me to believe it

22  was.  So probably more upset as feeling duped by them

23  that I took it away from my kids.  I wouldn't mind if

24  they put it over ice cream after they ate their

25  vegetables and meat and their dinner, but I wouldn't want

1  them to have it just for breakfast.

2      Q.    Okay.

3      A.    Maybe along with a -- along with a turkey and

4  cheese sandwich at lunch to dip apples in, that would

5  probably be -- I would be okay with that.  But that's not

6  why I bought it.  And I feel like the reason that I

7  bought it is because it was advertised to me to be

8  wholesome, nutritious, balanced, part of a breakfast, not

9  a snack.  It wasn't advertised like Cheetos are

10 advertised.  I know what I'm buying when I'm buying

11 Cheetos.  I actually feel a little bit guilty when I give

12 them to my kids.

13     Q.    So if you'd never seen an advertisement, and

14 your kids came home from having it at their friend's

15 house and said mom, I really like this product, and you'd

16 bought it because they wanted it, you would have no

17 problem giving it to them for dessert because you

18 wouldn't be angry, for example?

19     A.    Probably, yeah.  I don't think I would -- I

20 bought, like, caramel for my kids to dip apples in.  And

21 I know caramel's not good for you, but I don't give it to

22 them as -- like I would a hard boiled egg.  I was giving

23 them Nutella as part of a balanced meal.  I wasn't giving

24 it to them as a dessert, as an in between meal snacks.  I

25 was giving it to them as part of their meal.  Which, to

1   me, is -- and I don't know if everybody feels the same

2   way, but I know a lot of my friends who are parents do

3   the same thing.  You're not having dessert until after

4   you've finished your vegetables.  I've been in enough

5   households with moms and kids that I know that's not

6   unusual.

7        Q.    But you'd agree that's a personal choice,

8   right?

9        A.    Yes.

10       Q.    Some -- some families do different things,

11  right?

12             MR. MARRON:  Yeah, objection.  I'd caution my

13  client not to engage in speculation.  This calls for

14  expert opinion, maybe somebody take a survey or

15  something, and she's not qualified to say what other

16  people do.

17             MR. BISH:  She brought it up.

18             MR. MARRON:  I understand.  That's my

19  objection.  We're standing by it.

20             You don't have to answer that question.

21             MR. BISH:  Is there an instruction there?

22             MR. MARRON:  I think it's argumentative at this

23  point.

24  BY MR. BISH:

25       Q.    Can you answer that question, sorry?

Page 93

1              MR. MARRON:  Can you rephrase it?

2    BY MR. BISH:

3         Q.    In your experience, do other families do

4    different things?

5              MR. MARRON:  Same objection.

6              THE WITNESS:  Different things as far as what

7    kind of different things?

8    BY MR. BISH:

9         Q.    In terms of --

10        A.    Like celebrate Kwanzaa instead of Christmas,

11   sure.

12        Q.    No.  In terms of like when they give their kids

13   sugary, sweet --

14        A.    In my experience?

15        Q.    Yeah.

16        A.    In my experience, it's as a dessert, it's after

17   a meal.  I haven't met -- I can't recall meeting anybody

18   that would give their kids a Twinkie for dinner.  I might

19   have, but I can't recall anybody that I know that would

20   do that.

21        Q.    Now, do you believe that Nutella on Milton's

22   toast would have the same nutritional characteristics as

23   a Twinkie?

24             MR. MARRON:  Objection; form, calls for an

25   expert opinion.

Page 94

1           THE WITNESS:  Can I answer that?

2           MR. MARRON:  Sure.

3           THE WITNESS:  I believe it's equivalent.  In my

4    opinion, it seems like it has as much sugar, it has as

5    much nutritional value.

6    BY MR. BISH:

7        Q.    As a --

8        A.    I think it would be in the same category as a

9    candy bar or a Twinkie.

10       Q.    Do you think a Twinkie has three grams of

11   protein?

12           MR. MARRON:  Objection; argumentative.

13           You can answer if you know.

14           THE WITNESS:  I don't know.

15   BY MR. BISH:

16       Q.    Do you think a Twinkie has a gram of fiber?

17       A.    I think --

18           THE REPORTER:  "A"?

19           MR. BISH:  A, one.

20           THE WITNESS:  I think it might.

21   BY MR. BISH:

22       Q.    So turning back to Defendant's Exhibit 8.

23           So on that same day that you bought Nutella a

24   second time, it appears that you also bought 2 percent

25   milk, Tropicana Orange Juice, Milton's, right?

Page 95

1       A.    Yes.

2       Q.    Okay.  Sounds an awful lot like the picture on

3   the back of the Nutella, right?

4       A.    It does a little bit, yeah.  There's even some

5   grapes on there, I think.

6       Q.    Now, in your opinion, is that a balanced

7   breakfast?

8       A.    No.

9       Q.    Why not?

10      A.    Because of the Nutella on the bread.  I think

11  there should be a protein there.

12      Q.    How much protein is in Milton's?

13      A.    I don't know.

14      Q.    How much protein is in Nutella?

15      A.    I don't know.

16      Q.    It's on the label, though, right?

17      A.    Yeah.  I've -- I've seen it, I just can't

18  recall.

19      Q.    So you could -- if you wanted to, you could

20  figure out how much protein --

21      A.    Yes, of course.

22      Q.    -- would be in -- if you put Nutella on

23  Milton's, you could figure out how much protein was in

24  it?

25      A.    Had I looked at this prior, yes.  That, to me,

Page 96

1    looks like a balanced breakfast.  But now that I know

2    Nutella is half sugar and palm oil, I don't -- wouldn't

3    consider that a good breakfast.

4              MR. MARRON:  And by that are you referring to

5    the label, just for the --

6              THE WITNESS:  Right.

7              MR. MARRON:  -- benefit of the record?

8              THE WITNESS:  Right.  Like, prior to this,

9    that, to me, would have liked look a balanced breakfast.

10   BY MR. BISH:

11        Q.    So by adding Nutella?

12        A.    Knowing what I know now.

13        Q.    It's because of the sugar, correct?

14        A.    The sugar and the palm oil yes.

15        Q.    And the palm oil.

16        A.    The -- what I see, when I thought that there

17   was trans fat in it, somebody had said that, I did -- I

18   did look.  And it didn't -- it said it didn't have

19   trans fat.  But it has a palm oil, which I don't think is

20   good for you.

21        Q.    Because of trans fat?

22        A.    No.  No, not because of trans fat.  I mean, I

23   was looking for that but it didn't, it didn't indicate

24   that it had that in there, right.  But I seen the palm

25   oil at that time when I took a closer look.  That's when

1   I seen sugar's the first ingredient, too.  I took a

2   closer look.

3       Q.    What's your impression of palm oil?

4       A.    That it's not good for you.

5       Q.    And why is that?

6       A.    Have no idea.

7       Q.    Have you ever done any research to see if there

8   are any positive attributes of palm oil?

9             MR. MARRON:  Yeah, I'd like to -- I'd like to

10  object on attorney-client privilege.

11            If there's anything that you've learned about

12  the product or about the contents or about palm oil from

13  your attorneys, I'll instruct my client not to -- not to

14  answer the question if it reveals any communications with

15  her lawyer.  But if you have an independent knowledge

16  of -- of why palm oil's not good for you, then you can

17  answer.

18            THE WITNESS:  I'm not going to answer.

19  BY MR. BISH:

20      Q.    So everything you know about palm oil came from

21  an attorney?

22      A.    Everything that I know about it, yeah.  Other

23  than the general impression that it's not good for you, I

24  knew that prior.

25      Q.    And where did that general impression come

1    from?

2         A.    Statements in advertising, like sodas versus

3    juice.  Advertising for like Canola oil versus other oil.

4    Advertisings for -- mostly other advertisements for other

5    products.  Like the commercial about fructose corn syrup.

6         Q.    Those discuss palm oil specifically?

7         A.    No.  I'm just giving you an example.  I

8    couldn't specifically tell you the commercial for that

9    either, but it gives me the impression that it's not good

10   for you.

11        Q.    So based on advertisements for other oils you

12   have the impression that palm oil --

13        A.    Yes.

14        Q.    -- is not good for you?

15        A.    Yes.

16        Q.    What other oils aren't good for you in your

17   opinion?

18        A.    I don't think Canola oil is very good for you.

19        Q.    Anything else?

20        A.    Corn oil I don't think is good for you.

21        Q.    Anything else?

22        A.    No.

23        Q.    Peanut oil?

24        A.    I'm not sure.

25        Q.    No impression of peanut oil?

1           MR. MARRON:  Yeah, I'd just like to object

2    along this line of questioning.  It calls for an expert

3    opinion, nutritionist opinion, and my client's not a

4    nutritionist.

5    BY MR. BISH:

6       Q.    I'm asking if you have any personal impression

7    of peanut oil; good, bad or indifferent?

8       A.    The only thing I think of when you say peanut

9    oil is frying a turkey.

10      Q.    Is that a good or a bad thing?

11      A.    I don't know, I've never done it.  I've heard

12   of people doing it, though.

13      Q.    Okay.  Back on Defendant's Exhibit 8.

14            It also looks like you, on that day, bought

15   almonds, Ghiradelli triple chocolate brownies, 32 cans of

16   Dr. Pepper, two jugs of Skippy, pulled pork, demi

17   baguettes --

18            THE REPORTER:  I'm sorry, what?

19            MR. BISH:  Demi baguettes.

20      Q.    -- fresh fryer thighs, scalloped potatoes,

21   manicotti with sauce, and last but not least, the jumbo

22   pack of Twinkies; is that right?

23      A.    Yes.

24      Q.    Which of those were for West Coast Kitchen?

25      A.    Where -- on just this page, um...

1            MR. MARRON:  Do you have an independent

2     recollection?  I mean, do you know, do you recall?

3            THE WITNESS:  I'm looking at the date, and I

4     can't recall exactly, but I know that was our grand

5     opening at the end of that month.  So I was buying a lot

6     of things I normally wouldn't buy.  The brownies would

7     have been for the shop, for sure.  That's what we make

8     there.  The milk was for the shop -- oh, that's down

9     further.  Wait a minute.

10            Manicotti with sauce, that was probably for

11     home.  We don't sell that.  The scalloped potatoes was

12     probably for home.  The grapes were probably for home.

13     The Nutella was for home.  The chicken was for home.  I

14     use breasts at the shop, not thighs.  The Twinkies were

15     for home.

16            I'm going to say the baguettes were for the

17     shop.  I couldn't imagine what I was doing at home with

18     those.  January.  I don't know what I would have been

19     doing with them at the shop either.  I'm going to say

20     those were probably for the shop.

21            How much is the pulled pork?  16.32.  That was

22     probably for home; that wouldn't be enough for the shop.

23     The Skippy peanut butter was for the shop.  The

24     Dr. Pepper was for the shop.  The brownie mix was for the

25     shop.  The pickles were for the shop.  Almonds were for

1    the shop.  Avocados were for the shop.  Milton's bread

2    was probably -- could have been either; I use it at home

3    and at the shop.  Bananas could have been either; I use

4    them at home and at the shop.  Tropicana was for --

5                 THE REPORTER:  I'm sorry, can you slow down.

6    After "bananas"?

7                 THE WITNESS:  I'm sorry.  Bananas could have

8    been either.  Tropicana would have been for the shop.

9    Water could have been either.

10                MR. BISH:  Okay.  We're going to have to change

11   the tapes real quick, so...

12                THE VIDEOGRAPHER:  Okay.  This concludes media

13   number 1, Volume I, in the deposition of Laura

14   Rude-Barbato.  We're off the record at 12:21 p.m.

15                (Recess from 12:21 p.m. to 12:25 p.m.)

16                THE VIDEOGRAPHER:  This is the start of media

17   number 2, Volume I, in the deposition of Laura

18   Rude-Barbato.  We're on the record at 12:25 p.m.

19   BY MR. BISH:

20      Q.    Ms. Barbato, before we changed the tape you

21   were going through the list of --

22      A.    Right.

23      Q.    -- your purchases on January 20th.

24      A.    I notice that I did them in two separate

25   transactions, so that would be pretty easy to tell.

1    Transaction 99 would have been for the shop and then

2    transaction under 100 would have been for home.

3         Q.    I see.  That's very helpful.

4         A.    I do try to separate them in separate

5    transactions.

6              MR. MARRON:  Can you show me where that is?

7              THE WITNESS:  Right here (indicating).

8    Transaction 99 was for the shop.

9              MR. MARRON:  Oh, I got you.

10             THE WITNESS:  And then transaction 100.  They

11   were separate transactions.

12             MR. MARRON:  Ah, thank you.

13   BY MR. BISH:

14        Q.    Let's talk first about the purchases for the

15   shop --

16        A.    Okay.

17        Q.    -- for transaction 99.

18             Do you look at the nutritional facts panel for

19   products you were buying for the shop?

20        A.    No.

21        Q.    Do you look at the ingredient list for the

22   products that you're buying for the shop?

23        A.    Not -- not in general, not as a rule.

24        Q.    Ever?

25        A.    I know I've taken a look at them before.  But I

1   don't generally do that when I'm purchasing, no.

2       Q.     What -- when have you, what do you recall about

3   that?

4       A.     I'm sorry about --

5              MR. MARRON:  Objection as to form.

6   BY MR. BISH:

7       Q.     When you say "I know I've taken a look at them

8   before"?

9       A.     Like if I've been on like a low carbohydrate

10  diet.  My husband and I went on like that no carb diet a

11  few years ago, and so I would look at labels to see

12  carbohydrates in it.  Maybe if I'm trying to watch my

13  weight I might look at the calorie content.  A little

14  worried about my bones, I might look for a calcium in

15  something.

16      Q.     That sounds, to me, like when you were looking

17  for personal food, though, correct?

18      A.     Right.

19      Q.     Now, do you -- have you ever looked at the

20  nutritional facts panel for the products you're buying

21  for the West Coast Kitchen?

22      A.     No.  We pretty much took over that menu.  It

23  was an existing business and we maintained most of the

24  items on the menu.

25      Q.     For example, the Ghiradelli triple chocolate

1   brownies, have you ever looked at the nutrition facts

2   panel for that product?

3       A.    No.

4       Q.    Ever looked at the ingredients?

5       A.    No.

6       Q.    Doesn't matter to you?

7       A.    Those were an item that was carried by the shop

8   prior to purchase that all the customers loved, so we

9   kept them.  Same with the peanut butter cookie, that was

10  not my recipe.  Same with the crumb cake, that was not my

11  recipe.  Those were items that were sellers already in

12  the shop.  We didn't want to change the menu too much and

13  lose customers.  It already had a pretty good customer

14  data and we didn't want to do too much changes to lose

15  those customers.  I had never made Ghiradelli's brownies

16  prior to the purchase of the shop.

17      Q.    Okay.  If you could turn to page 9 of

18  Defendant's Exhibit 8.  You see that it looks like you

19  returned to Costco on the 17th of January, correct?

20      A.    Okay.

21      Q.    You with me?

22      A.    Yeah.

23      Q.    And do you agree that it looks like you

24  returned to Costco on the 17th of January?

25      A.    Yes, it does.

1      Q.    And again, I now see that there are two

2    transaction numbers.  Same thing, one was for the

3    kitchen, one was for home, correct?

4      A.    Yes -- on the 17th?

5      Q.    Yes.

6      A.    Okay.  157 and 158, yes.

7      Q.    Can you tell me, was 157 for the shop?

8      A.    Yes.

9      Q.    158 was for home?

10     A.    I'm finding that hard to believe that that was

11   my purchase because I don't drink Diet Pepsi.  Nobody in

12   my family does.

13     Q.    They drink any sodas?

14     A.    My husband likes Diet Coke.  I would never buy

15   him Diet Pepsi.

16     Q.    Brand preference or taste?

17     A.    Huh?

18     Q.    Is it a brand preference?

19     A.    It's just what he drinks.  He doesn't like Diet

20   Pepsi.  I wouldn't buy Diet Pepsi.  Is it possible that

21   this was Shawna or Joanne?

22     Q.    You're asking me?

23     A.    Yeah, I don't -- I mean, are our card numbers

24   like linked or?

25     Q.    I think I know about as much as you do.

1          MR. MARRON:  I'll instruct my client rather

2     than to speculate or use conjecture, to only talk, you

3     know, state things that you have personal knowledge of.

4          Is there a question pending?

5     BY MR. BISH:

6     Q.    I believe the general question is whether or

7     not we can tell if transaction 157 was for the shop or

8     for home.

9     A.    157 was for the shop.  I notice those are

10    items -- Splenda I would not buy for the home.  But I

11    believe transaction 158 was not myself personally.

12    Q.    Okay.

13    A.    And only -- the only thing that makes me

14    believe that is Diet Pepsi, I would not buy Diet Pepsi.

15    Q.    What about the Hostess Cupcakes?

16    A.    I probably would buy those.  But given that I

17    was just there the week before and bought the Twinkies, I

18    don't think I would do that again, right that soon

19    because those are really big box of Twinkies.  And I

20    wouldn't buy like the roast tri-tip at -- I -- I really

21    don't.  I think I let Joanne use my card or somebody use

22    my card to go for that.  And I wouldn't buy this wheat

23    bread.  I...

24    Q.    All right.  You can go ahead and put that to

25    the side.

1           MR. MARRON:  Are you done with this exhibit?

2           MR. BISH:  Yeah.

3           THE WITNESS:  Do I still need this one

4    (indicating)?

5    BY MR. BISH:

6      Q.    If you want, I can hang on to it for you.

7      A.    Okay.

8           MR. MARRON:  It's 12:33 right now.  What time

9    did they say they had.

10          THE WITNESS:  12:45.

11          MR. MARRON:  Is that when you wanted to break,

12   at 12:45?  Okay.

13   BY MR. BISH:

14     Q.    Ms. Barbato, I'm going to hand you what was

15   previously marked as Defendant's Exhibit 1.

16          MR. MARRON:  Thank you, sir.

17   BY MR. BISH:

18     Q.    First question:  Have you seen Defendant's

19   Exhibit 1 before?

20     A.    Yes.

21     Q.    Can you -- what do you believe it to be?

22     A.    An advertisement for Nutella.

23     Q.    When is the first time you saw this

24   advertisement?

25     A.    I can't be certain.

1    Q.    What's your -- what's your best recollection?

2    A.    I don't know.

3    Q.    Before or after the lawsuit was filed?

4    A.    I don't know.

5          MR. MARRON:  Objection to form.

6    BY MR. BISH:

7    Q.    Did you provide this document to your counsel?

8    A.    No.

9    Q.    Did you provide any documents to your counsel

10   in connection with this lawsuit?

11   A.    No.

12   Q.    Just the Nutella jars?

13   A.    Right.

14   Q.    Nothing else?

15   A.    No.

16   Q.    So I asked when you saw the advertisement, and

17   you don't recall.

18         Do you recall where you saw it?

19   A.    Not specifically.  I seen an advertisement on

20   TV several times, and in a magazine.  I'm not sure

21   exactly which one.  I would say like Parents magazine or

22   Family magazine.  I have magazines that come to my house.

23   I guess we could research like what magazines I got in

24   2009, 2010 to figure it out.

25   Q.    Let's talk about this.  Do you subscribe to

1    Parents magazine?

2         A.    I don't know if it's in my name or my dad's

3    name, but it does come to my house in the mail.

4         Q.    And it has for how long?

5         A.    I would say since 2007.

6         Q.    What about, do you -- and do you read Parents

7    magazine?

8         A.    I thumb through it, read some.  Not always.

9         Q.    And then you mentioned Family magazine?

10        A.    Right.

11        Q.    And do you have a subscription to Family

12   magazine?

13        A.    I don't think so.  I don't think that one comes

14   in the mail.  It might, though.  It might.  It might

15   have.  My dad was one of those kind of like bought

16   magazine subscriptions.  I still get Maxim from before he

17   died.  So I had tons of magazines coming to my house, and

18   I use them for the coffee shop.

19        Q.    Do you read Family magazine?

20        A.    Sometimes.  Occasionally an article here and

21   there.  Not cover to cover, no.

22        Q.    So sitting here today, you don't recall if you

23   saw this advertisement before or after the lawsuit was

24   filed?

25        A.    I can't specifically say when I saw it, and I

1  believe it was before I even purchased Nutella.  But I

2  can't give you a specific date or if it was this even

3  specific advertisement.

4      Q.    Okay.  So let's look at the -- looking at

5  the -- at the picture on the top half of Defendant's

6  Exhibit 1, do you have any objection to the picture

7  itself?

8      A.    I think it's a little misleading.

9      Q.    In what way?

10     A.    In that it looks like she's feeding breakfast

11 to her kids and that would be part of a nutritious

12 breakfast.  A wholesome breakfast.  She's got fruit in

13 the bowl there.  Milk, juice on the table.  They're

14 sitting down, it's on plates.  Looks like it's a

15 breakfast time setting.  And I don't -- and I don't

16 believe it's a nutritious breakfast for a child.

17     Q.    So let's -- specifically, do you have any

18 objection to Ferrero showing Nutella on whole wheat

19 toast?

20     A.    No.  Objection to it in this as part of

21 breakfast and that you'll want to serve.  I think -- I

22 take -- I take offense to that, that you'll want to

23 serve.  I want to give my kids things that are healthy

24 and good for them.  I don't want to give them -- I don't

25 like them to eat Twinkies.  I don't want them to eat

1    fruit snacks.  They want those things.  They ask for

2    those things.  They beg for those things.  I occasionally

3    let them have those things.  But I wouldn't give it to

4    them as breakfast.  That's what I find offensive about

5    it, is that it's presented to me, it gives me the

6    impression that this is a wholesome breakfast for my

7    kids, and I don't believe it is.

8         Q.    Okay.

9         A.    I believe this is something that they could

10   have after dinner or maybe after they've eaten some eggs

11   and whole wheat toast and fruit.

12        Q.    So if it was -- if the ad was -- if it was dark

13   outside, would you have an objection?

14        A.    And they had a bowl of popcorn and they were

15   sitting in front of the TV, perfect.  That would be a

16   good commercial for it, I believe.

17        Q.    So if it was dark outside, would you have an

18   objection to an ad showing --

19        A.    Just that specific thing and just dark outside,

20   no.  If it was like they're sitting around the TV with a

21   bowl of popcorn and a jar of Nutella, and they're dipping

22   their popcorn in it, I think that would be good.  You

23   know, like a chocolate fountain, because I think that's

24   what it's equivalent to.

25        Q.    Okay.  So just let me finish my question.

1          So if it was dark outside, and they were around

2   the TV, would it be okay to have the Nutella on whole

3   wheat bread?

4       A.     Sure.

5       Q.     Okay.  In that same scene, would you have an

6   objection to having fruit in the picture?

7       A.     In that scene around the TV, having fruit in

8   the picture, I would assume it was plastic, so sure.

9       Q.     You wouldn't have an objection?

10      A.     No.

11      Q.     Okay.  And would you have an objection to

12  showing kids drinking orange juice?

13          MR. MARRON:  Objection; form, incomplete

14  hypothetical.

15          You can answer the question.

16          THE WITNESS:  No.  My kids don't like orange

17  juice, but whatever.

18  BY MR. BISH:

19      Q.     Personal preference.

20          Would you have an objection to them showing

21  kids drinking milk?

22      A.     No.

23      Q.     Okay.  Okay.  You can put -- actually, let's --

24  let's talk about you -- you brought up the words, so

25  let's talk about the words.

1          So let's -- looking at the first line:

2                  Nutella for a breakfast they'll want to

3          eat.

4          That's true, correct?

5     A.   Right.

6     Q.   Your kids wants to eat Nutella, right?

7     A.   Yes, they do.

8     Q.   Nothing deceptive about that?

9     A.   Nothing.

10    Q.   Next line:

11                  And you'll want to serve.

12         That's where you have your objection, correct?

13    A.   Right.

14    Q.   And why is that?

15    A.   Well, because saying I want to serve it to them

16   is like saying I'm -- I like what I'm giving them.  I

17   want them to have it.  I don't really want them to eat

18   Cheetos and Twinkies and -- you know, what I'm saying,

19   and especially not for breakfast.

20    Q.   Okay.

21    A.   I let them have these things, but I make sure

22   that they've had balanced meals in between.

23    Q.   Okay.  So let's go to the next line:

24                  Adding Nutella to your family's

25          breakfast can make mornings a whole lot easier.

Page 114

1            You see that?

2     A.    Yes.

3     Q.    You'd agree with that, right?

4     A.    Yes.

5     Q.    There are mornings where it's hard to get some

6  of your kids to eat breakfast because they're running

7  out?

8     A.    Yeah.  The schedules are -- yeah, it's

9  difficult, we're rushing.

10           MR. MARRON:  Objection; form, incomplete

11  hypothetical.

12  BY MR. BISH:

13     Q.    Nothing deceptive about that, right?

14     A.    No -- except -- well, "family's breakfast," I

15  mean, it's saying like it's part of a breakfast, it's not

16  a snack.  So I think that is kind of deceptive.  They're

17  clearly saying it's part of your family's breakfast as

18  part of like -- like if you were to give them an egg and

19  a piece of toast.  It's definitely not -- the same.

20     Q.    So that line's saying "adding Nutella to your

21  family's breakfast can make mornings a lot easier,"

22  right?

23     A.    I find it -- I find that they're saying

24  family's breakfast as part of the family's breakfast

25  because they're saying adding Nutella to a breakfast.

1      Q.     That --

2      A.     It's better, but it can be deceptive.  I mean,

3  you really have to sit there and kind of think about the

4  wording.  And I don't think most people do that when

5  they're looking at an ad, sit there and analyze

6  everything that it's saying.  You get a general

7  impression and that's what you go off of -- I go off of.

8      Q.     Next line:

9             That's because Nutella is a delicious

10            hazelnut spread your kids will love.

11            Agree with that?

12     A.     No.

13     Q.     Okay.

14     A.     It's -- I don't believe you should call it a

15  hazelnut spread.

16     Q.     Okay.  And why is that?

17     A.     Because the hazelnut I don't believe is one of

18  the main ingredients.

19     Q.     And that was ability -- in your --

20     A.     In my opinion, it should be close to half of

21  the entire thing, or the first or second ingredient in it

22  should be -- if you're saying that it's a Nutella (sic)

23  spread, it should be made with mostly hazelnut.  Hazelnut

24  spread should be made with mostly hazelnuts.

25     Q.     What if it tasted like hazelnuts?

1      A.    Well, then say a spread that tastes like

2  hazelnut or hazelnut flavored spread.

3      Q.    Okay.

4      A.    I understand that, hazelnut flavoring.  I

5  understand.  We have hazelnut Torani at our shop.  I know

6  that's not real hazelnuts.  It's flavor.  It says

7  hazelnut flavor.

8      Q.    But if these are, in fact, real hazelnuts and

9  it's not an artificial flavor?

10     A.    But it's not the main ingredient in it.  It's

11 not listed as one or two.  It's not -- I mean, it gives

12 you the impression that it's mostly hazelnuts, and I

13 don't believe it is.

14     Q.    So if it said -- I believe you just said if it

15 said hazelnut flavored spread you --

16     A.    I think that would be less deceptive, yes.

17     Q.    Okay.

18     A.    But I don't think -- I don't know that it

19 tastes like hazelnut.  I never tasted it.

20     Q.    You never tasted it, right.

21            Next line:

22                 Each jar contains hazelnuts, skim milk

23            and a hint of cocoa.

24            I think we talked about that already, right, no

25 option to saying what's in the product?

1      A.    But here you list hazelnut first.  How can you

2   do that?

3      Q.    Well, if there are more -- if there are more

4   hazelnuts than skim milk --

5      A.    But that gives me the impression, yeah, that

6   hazelnut is like more -- there's more hazelnuts than

7   anything else in there.  If you list that first, to me,

8   and I don't -- you know, like I said, I'm not a

9   professional.  But when I say see that, I'm thinking

10   hazelnut is the main ingredient.  That's most of what's

11   in this.  It's mostly just hazelnuts and whatever to make

12   it creamy.

13      Q.    Now, if you wanted --

14      A.    Is my impression.

15      Q.    Now, if you wanted to find out if that was, in

16   fact, true, what would you do?

17      A.    Look at the -- look at the ingredients on it.

18      Q.    So you could have done that, correct?

19      A.    Could have done that.

20      Q.    But you --

21      A.    But I relied on the advertising that I seen.

22      Q.    You chose not to?

23      A.    I chose not to.

24      Q.    Next line:

25                    Spread it on multi grain toast or even

1           whole wheat waffles and add a glass of milk and

2           a serving of fruit and turn a balanced

3           breakfast into a tasty one too.

4           Do you think it's, in general, a good idea for

5    Ferrero to encourage moms to give their kids multi grain

6    toast and --

7       A.    Whole wheat waffles.

8       Q.    Yeah, is that a good idea?

9       A.    Yeah.

10      Q.    Okay.  "Nutella...Breakfast never tasted this

11   good."

12            Any problem with that?

13            MR. MARRON:  Objection; misstates the evidence.

14   You forgot the word "balanced."

15            MR. BISH:  No, I'm looking below that.

16            THE WITNESS:  "A balanced breakfast into a

17   tasty one too."

18   BY MR. BISH:

19      Q.    Sorry.  I'm looking at -- I've moved on to the

20   next line, "Nutella..." --

21            MR. MARRON:  I see.

22   BY MR. BISH:

23      Q.    -- "Breakfast never tasted this good."

24      A.    What -- where -- are we back at balanced

25   breakfast?

Page 119

1    Q.    No.  I'm asking about the "Nutella...Breakfast

2   never tasted this good," do you have a problem with that

3   slogan?

4    A.    I don't like the fact that it says breakfast in

5   it.  I think you could -- I think you could put it

6   better, like spruce up your breakfast with Nutella.  Or,

7   I don't know, like it's -- I think you guys should

8   advertise it more as like a syrup or a snack than -- you

9   know what I mean?  I don't think Aunt Jemima claims to be

10  wholesome or -- you know, I never got that impression

11  that that's really good for my kids.  This gave me the

12  impression it was good for my kids.

13   Q.    Okay.  Okay.  We are at 12:45.  Shall we?

14         MR. MARRON:  Yeah.  Let's go off the record,

15  please.  Thank you.

16         THE VIDEOGRAPHER:  Okay.  All agreed to go off

17  the record, we're off the record at 12:47 p.m.

18  (At 12:47 P.M., the deposition of LAURA RUDE-BARBATO was

19               adjourned for noon recess.)

20  ///                                        ///

21

22

23

24

25

Page 120

1        SAN DIEGO, CALIFORNIA, FRIDAY, SEPTEMBER 30TH, 2011

2                            1:35 P.M.

3

4           THE VIDEOGRAPHER:  We're back on record at

5     1:34 p.m. -- 1:35 p.m.

6

7                           EXAMINATION

8     BY MR. BISH:

9        Q.    Ms. Barbato, have you ever been involved in a

10    lawsuit before?

11       A.    I don't think so.

12       Q.    Have you ever sought to act as a lead plaintiff

13    before?

14           MR. MARRON:  Is that another name for class

15    representative?

16           MR. BISH:  Right.

17           THE WITNESS:  No.

18    BY MR. BISH:

19       Q.    Have you ever participated in a class action

20    before?

21       A.    No.

22       Q.    How many hours have you devoted to overseeing

23    this lawsuit?

24       A.    I would say between 30 and 40.

25       Q.    Have you discussed this lawsuit with anybody

1    other than your lawyer?

2         A.     My partners know that I'm here.

3         Q.     Not just today, I mean the lawsuit generally.

4         A.     No.

5         Q.     Nobody's asked you why?

6         A.     It doesn't really come up in conversation, no.

7         Q.     Okay.  Have you ever met Ms. Hohenberg?

8         A.     I have.

9         Q.     When was that?

10        A.     I think in November of 2010.

11        Q.     Where'd you meet her?

12        A.     At West Coast Cafe.

13        Q.     Does she go there frequently?

14        A.     No.  She was friends with a previous

15   employer -- employee of the previous owner.

16        Q.     And who was that?

17        A.     Her name is BJ.

18        Q.     Is -- does BJ have a last name?

19        A.     I don't know it.

20        Q.     Okay.  How many times have you seen

21   Ms. Hohenberg in person?

22        A.     Maybe three times.

23        Q.     And have you talked to her?

24        A.     I don't recall talking to her, no.  I was

25   introduced to her.  That was probably the only time I've

1    talked to her.

2         Q.    By BJ?

3         A.    No.  By Mike, the former owner.

4         Q.    Oh, by Mike.

5               And what's Mike's last name?

6         A.    I don't know.

7         Q.    Okay.

8         A.    Mike Bishodo (phonetic), or something like

9    that.  I don't know.

10        Q.    Have you ever talked to Ms. Hohenberg about

11   this lawsuit?

12        A.    No.

13        Q.    Have you read -- strike that.

14              We talked earlier about the complaints that

15   have been filed on your behalf, correct?

16        A.    Correct.

17        Q.    And we looked at one of them, right?

18        A.    Right.

19        Q.    Are you aware that Ferrero moved to dismiss one

20   of the complaints that was filed on your behalf?

21        A.    Yes.

22        Q.    And do you recall if you opposed that motion?

23        A.    Yeah, I opposed that motion.

24        Q.    You do recall that you did?

25        A.    Well, I recall thinking that's not what we want

1   to happen.

2        Q.    Okay.  Did you review an opposition brief

3   regarding that motion to dismiss?

4        A.    I don't recall.

5        Q.    So do you recall approving the filing of an

6   opposition brief on your behalf?

7        A.    I don't recall.

8        Q.    Okay.  Are you aware that the parties have

9   scheduled a mediation in this action?

10       A.    No.

11             MR. MARRON:  Objection --

12             THE WITNESS:  I'm not sure.  I might have been

13   told that.  I'm not sure.

14             MR. MARRON:  It's also known as an ENE.

15             MR. BISH:  No, I'm not talking about an ENE.

16   I'm talking about a mediation.

17             MR. MARRON:  Oh.

18   BY MR. BISH:

19       Q.    No?

20       A.    No.  I might have been told that.  I don't

21   remember.

22       Q.    Did you intend to physically attend a

23   mediation?

24       A.    If I'm asked to, I will.

25       Q.    But had you -- had you intended to -- okay.

1    You don't recall you've been told about a mediation, so

2    you don't recall --

3        A.    Huh-uh, no.

4        Q.    Okay.  What did you do to prepare for today's

5    deposition?

6        A.    I read the complaints.

7        Q.    What else?

8        A.    Got this jar down from the top of my cupboard.

9    I looked for old magazines at my house.  I looked for

10   receipts at my house.  I looked for handouts given of the

11   food pyramid in the letter that the water polo coach gave

12   us about new nutritional guidelines for the players.  I

13   looked for some supporting documents that they had asked

14   me to look for.

15       Q.    Were you able to find the food pyramid?

16       A.    I think I found a food pyramid from ███████ from

17   in kindergarten, but it was in his art book and I'm

18   keeping that.

19       Q.    What about the guidelines?

20       A.    Like given out from the water polo as far as

21   like how they should eat, I couldn't find those.  I

22   probably threw them out.

23       Q.    Did you meet with your lawyers to prepare for

24   today's deposition?

25       A.    Prior to today --

1      Q.     Yes.

2      A.     -- no.

3      Q.     What about --

4      A.     We tried to but it didn't work out.

5      Q.     It didn't work out.

6             What about this morning?

7      A.     Yes.  I met him at his office and we drove here

8      together.

9      Q.     What time did you meet -- when you say "him,"

10     you're referring to Mr. Marron?

11     A.     Yes.

12     Q.     What time did you meet Mr. Marron this morning?

13     A.     I probably got there about ten to 9:00 -- or,

14     I'm sorry -- yeah, maybe -- between 8:30 and 9:00.

15     Q.     Okay.  So going back to the advertising, I

16     believe I read somewhere that you saw an ad for Nutella

17     in June 2009; is that correct?

18     A.     I don't remember.

19     Q.     Do you recall --

20     A.     I don't remember like the first time I saw an

21     ad.  I remember seeing them, but I don't know exactly

22     when it was.

23     Q.     Do you recall a little over a month ago that

24     Ferrero asked a series of questions of you called

25     interrogatories?

Page 126

1      A.      No.

2              MR. BISH:  I'm going to hand to the reporter to

3      mark as Defendant's Exhibit No. 9.

4              (The document referred to was marked by

5              the CSR as Deposition Exhibit 9 for

6              identification and attached to the

7              deposition transcript hereto.)

8      BY MR. BISH:

9      Q.      Feel free to take your time and review

10     Defendant's Exhibit 9, and just let me know when you've

11     had a chance to review it.

12             (Document reviewed by witness.)

13             THE WITNESS:  Do you want me to review all ten

14     of them or one at a time?

15     BY MR. BISH:

16     Q.      Why don't you just go ahead, and take your

17     time, and look over all of them.

18     A.      (Witness complies.)

19             Okay.

20     Q.      So if you look at response to interrogatory

21     No. 4, which is on page 7 of Defendant's Exhibit 9, about

22     half way down the page do you see where it says:

23                     To the best of Plaintiff's recollection,

24             Plaintiff saw Nutella TV advertisements in or

25             around June of 2009.

1        You see that?

2    A.    Yes.

3    Q.    Where did that date come from?

4    A.    That date probably came from when I was

5    thinking ██████ would have been playing either baseball

6    with ██████ or -- no, that would have been before that.  So

7    I was thinking he started second grade with ██████ at

8    Oneonta.  So I know I had seen the commercial prior to

9    that for some time on TV.  So it was probably derived

10   from knowing that I bought it when he started second

11   grade at Oneonta, which was sometime in July because they

12   go to year-round school, and knowing that I had seen the

13   commercial sometime before buying it.

14   Q.    And where -- did you see it in San Diego?

15   A.    I've seen it on TV, is my first recollection of

16   Nutella.  I've seen that commercial on TV.

17   Q.    While you were in San Diego?

18   A.    Yeah.

19   Q.    Okay.  Do you recall what you were watching?

20   A.    I don't.  Generally at our house, like Channel

21   6 is the predominant.  So maybe Fox or, you know, like

22   one of the -- I don't know.  It could have been -- I

23   mean, it could have been on -- my kids could have been

24   watching that wrestling show too.  I don't know.

25   Q.    What's that wrestling show?

1      A.      MMA, you know.  Or Bully Beat Down.  Or one of

2   those kind of things, you know.

3      Q.      Do you recall what time of day you saw the

4   advertisement?

5      A.      No.

6      Q.      Evening or morning?

7      A.      I don't remember.

8      Q.      Do you watch daytime TV?

9      A.      No.

10      Q.      Ever?

11      A.      Me personally, probably don't get to watch

12   anything I want to.  I just glance at whatever they're

13   watching.

14      Q.      So what -- what -- so you don't -- is there --

15   are there any TV shows that you watch yourself?

16      A.      I like American Idol.

17      Q.      Okay.  Were you watching American Idol in 2009?

18      A.      I don't remember.

19      Q.      Okay.  Anything else?

20      A.      I can't remember exactly when I saw the

21   commercial or what channel it was on or what time of day

22   it was.  I know I saw it more than once.

23      Q.      And you know you saw it before July 2009?

24      A.      Before -- the commercial before that?

25      Q.      Yeah.

1      A.     Possibly.

2      Q.     I'm sorry.  I thought that's what you -- I

3  thought you said you'd seen?

4      A.     No.  I think I started purchasing -- my first

5  purchase of Nutella, I believe, was in the summer of the

6  school year that started for the 2010-2011.  My son is in

7  third grade now.  So I bought it for him when he started

8  second grade great at Oneonta.  And the reason I'm going

9  with that date is because he started school with Oneonta

10 with ███████ where he first tried it at.

11     Q.     Okay.

12     A.     But he also played baseball with ██████ the year

13 before.  So I could be a little fuzzy on that.  He had

14 been over to ███████ house prior to starting school with

15 him.

16     Q.     Okay.  Now --

17            MR. MARRON:  Just so we're clear, that was the

18 200 -- 2010 time frame?

19            THE WITNESS:  Right, right.

20            MR. MARRON:  Okay.

21            THE WITNESS:  But I seen the commercial prior

22 to the purchase, for a long time.  I didn't purchase it

23 until that year.  So I don't know exactly how long it was

24 before I purchased it that I saw the commercial the first

25 time.  I couldn't tell you.  I couldn't be specific.

1  BY MR. BISH:

2      Q.    Okay.

3      A.    I believe it was around a year.

4      Q.    Now, in the -- have you seen different versions

5  of the television advertisement for Nutella?

6      A.    I might have seen different versions.  The

7  general advertisement that I remember was a mom, three

8  kids.  She's giving them Nutella on toast at a table.

9  They all seem very happy with it.  I remember it saying

10  that the kids will like it and you'll feel good about

11  giving it to them, or something to that effect.

12      Q.    Okay.  Do you remember any other specific words

13  that were used in the television advertisement?

14      A.    Part of a balanced breakfast.

15      Q.    You recall the words "balanced breakfast"?

16      A.    I believe so.  And what specifically stands out

17  is that it said you'll feel good about giving your kids.

18      Q.    Okay.

19      A.    Or you can feel good, something to that effect.

20      Q.    So you recall the words -- you think you recall

21  the words "balanced breakfast"?

22      A.    I think it used the words "balanced breakfast."

23  I know for sure it said that I'm going to feel good about

24  giving it to my kids.

25      Q.    Okay.  So we've got two things so far.

1    Balanced breakfast is number one.   Number two is you'll

2    feel good about giving it to your kids.

3         A.    Right.

4         Q.    Anything else you recall about the commercial?

5         A.    I think the mom had blond hair.

6         Q.    Blond hair.

7         A.    I think there was a boy, maybe two.   At least

8    one.   They were young.

9         Q.    Anything else you recall?

10        A.    The table was in the middle of her kitchen.

11        Q.    Wow.   Okay, the middle of the kitchen.

12        A.    I don't know anything -- I can't remember

13   anything else.

14        Q.    No other words stand out to you?

15        A.    Huh-uh.

16        Q.    Any other images stand out to you?

17        A.    No.

18        Q.    And after the next break I'm going to show you

19   the TV ads.   We can try to figure out --

20        A.    Okay.

21        Q.    Try to jog your memory about what you saw.

22        A.    Okay.

23        Q.    Now, on the side of the Nutella jar here, you

24   see where it says "visit us on the web at

25   NutellaUSA.com"?

```
 1       A.     (No audible response.)

 2       Q.     "Yes"?

 3       A.     Yes.

 4       Q.     Have you ever visited that website?

 5       A.     I don't think so.

 6       Q.     Have you ever heard of somebody named Connie

 7   Evers?

 8       A.     Yes.

 9       Q.     Who is Ms. Evers?

10       A.     I believe she's either a nutritionist or

11   pediatrician, something like that.

12       Q.     And how did you come to learn about Ms. Evers?

13       A.     From my attorney.

14       Q.     So sometime after January 2011?

15       A.     (No audible response.)

16       Q.     "Yes"?

17       A.     Yes.

18       Q.     Ever meet Mrs. Evers?

19       A.     No.

20       Q.     Ever read an article written by Ms. Evers?

21       A.     Possibly.  I saw a picture of her in one of

22   the -- I think -- some of this paperwork that you guys

23   love so much, there might have been an article there.

24       Q.     And when you say "you guys," you're referring

25   to lawyers, right?
```

1      A.    All of you guys.  All of you with your

2  paperwork.

3      Q.    A process that only lawyers can love, right?

4      A.    Yes.

5      Q.    So aside from the documents you've read in

6  connection with the lawsuit, the legal papers, have you

7  ever read a statement by Ms. Evers?

8      A.    No.

9      Q.    Have you heard any statement made by Ms. Evers?

10     A.    No.

11           MR. BISH:  I'm going to mark as Defendant's

12  Exhibit No. 10.

13           (The document referred to was marked by

14            the CSR as Deposition Exhibit 10 for

15            identification and attached to the

16            deposition transcript hereto.)

17  BY MR. BISH:

18     Q.    Ms. Barbato, have you ever seen Defendant's

19  Exhibit 10 before?

20     A.    I believe so.

21     Q.    When do you believe you saw it for the first

22  time?

23     A.    I believe this was also in -- in some of this

24  paperwork, the complaint.

25     Q.    Did you see this before you filed your lawsuit?

Page 134

1      A.    I might have seen this in a magazine.  It looks

2   familiar, but I can't say if it's that or the paperwork

3   that I recently looked through.

4      Q.    Okay.

5            MR. BISH:  I'll mark as Defendant's Exhibit 11.

6            (The document referred to was marked by

7             the CSR as Deposition Exhibit 11 for

8             identification and attached to the

9             deposition transcript hereto.)

10  BY MR. BISH:

11     Q.    Ms. Barbato, the reporter's handed you what

12  I've marked as Defendant's Exhibit 11.  Same question,

13  have you seen this exhibit before today?

14     A.    I don't know.  I might have.  I don't know.

15     Q.    Maybe, maybe not.

16     A.    Maybe, maybe not.

17     Q.    Now, for either Defendant's Exhibit 10 or 11,

18  did you provide either of these documents to your lawyers

19  in this case?

20     A.    No.

21     Q.    No.

22            Let's talk about trans fat.  You can put them

23  to the side if you want.

24            Are you aware that the Nutella sold in the

25  United States today does not contain partially

1    hydrogenated vegetable oil?

2         A.    That it does not contain that?

3         Q.    Correct.

4         A.    No.

5         Q.    You don't know that?

6         A.    Well, it's not listed as one of your

7    ingredients.  But I'm not there when they make it so I

8    can't say for sure.  I mean, you know what I mean.

9         Q.    Right.

10        A.    If I trusted everything you guys said we

11   wouldn't be here.

12        Q.    Now, do you know what partially hydrogenated

13   vegetable oil is?

14        A.    Hydrogenated vegetable oil.

15        Q.    Partially hydrogenated vegetable oil?

16        A.    No.

17        Q.    When you shop for foods, do you look to see if

18   a food has partially hydrogenated vegetable oil in it?

19        A.    No.

20              MR. MARRON:  She might know it better as trans

21   fat.

22              THE WITNESS:  Yeah.

23              MR. BISH:  Okay.  You suggesting that those are

24   interchangeable terms?

25              MR. MARRON:  Yes.

Page 136

1    BY MR. BISH:

2        Q.    Okay.  So I'm going to use -- when I say -- I'm

3    just going to say PHVO for short and you'll understand

4    that I mean partially hydrogenated vegetable oil when I

5    say that?

6        A.    Or trans fat?

7        Q.    Is that how you --

8        A.    I don't know.  I don't know it as PH --

9        Q.    Right.

10       A.    I know what trans fat -- I know trans fat is

11   the margarine that I'm not allowed to have in my shop.

12   So I know what that is.  I know I'm not allowed to have

13   it in the shop.

14       Q.    So apart from your attorney's representation

15   that PHVO is the same thing as trans fat, do you ever

16   look for PHVO on a label?

17       A.    I don't even know what PHVO is.

18       Q.    Okay.  So --

19       A.    Even if I saw it on a label I wouldn't know

20   what that is.

21       Q.    So when you buy products you don't look at the

22   ingredients to see if there's PHVO in there, do you?

23       A.    I don't even know what PHVO -- why would -- how

24   would that affect -- I don't even know what that is.

25       Q.    Okay.  Now, are you aware that you are suing

1   Ferrero, in part, because you allege that Nutella used to

2   contain PHVO?

3        A.    In part, because it used to contain that?

4        Q.    Uh-huh.

5        A.    Okay, yeah.

6        Q.    Did you --

7        A.    I mean --

8        Q.    Did you know that?

9        A.    I think so, yes, I did know that.  I know that

10  the case goes back to prior to me seeing the ad and prior

11  to me buying the Nutella, and I know that Nutella at some

12  point prior to that did contain trans fat.  So I would --

13  that would be a fair assumption that I could make, yes.

14       Q.    And why -- why are you suing Ferrero for the

15  periods before you saw the ads and before you bought it?

16       A.    Because --

17             MR. MARRON:  Objection; calls for a legal

18  conclusion.

19             MR. BISH:  It does not.

20       Q.    You can answer.

21             MR. MARRON:  Okay.  Go ahead.

22             THE WITNESS:  Honestly, because after I

23  purchased it, was giving it to my kids.  And then I found

24  out that it wasn't this great nutritious, wholesome

25  product that I believed it to be.  I felt duped by

 1    Nutella.

 2    BY MR. BISH:

 3        Q.    So you were mad?

 4        A.    I felt -- I felt like they were trying to trick

 5    me.  And I -- and I did honestly -- I honestly bought

 6    Nutella because I thought it was nutritious and good for

 7    my kids.

 8        Q.    Okay.

 9        A.    I didn't buy it in place of a Twinkie.  I

10    didn't buy it in place of a candy bar.  I bought it as a

11    healthy alternative to peanut butter.  And that's not

12    what it is.

13        Q.    Okay.

14        A.    I don't feel that it represented itself to be

15    honestly what it is, to me.  I felt like I was being

16    tricked.  And I really was upset about it.  I honestly

17    was like what?  I just bought that -- I just bought a

18    bunch of that at Costco for my kids, and I spent more

19    than I would for the peanut butter that I usually get

20    them.  And there's been times when I've had ten kids in

21    my house.  I've had two foster children.  I raised my

22    niece.  Every penny that I spend at the grocery store

23    counts.  I don't make a lot of money.  And I spent more

24    on Nutella than I would have spent on peanut butter.  And

25    only reason I bought it is because I thought it was good

1    for my kids.  I wouldn't have bought otherwise.

2         Q.    Is that why you're suing back to the year 2000?

3         A.    I felt tricked by Nutella's advertisement, that

4    is why.

5         Q.    That's why your lawsuit dates back to 2000?

6         A.    I didn't pick the dates.  I didn't pick the

7    dates.  I didn't write the dates in anywhere.

8         Q.    So getting back to PHVO, and I appreciate that

9    you -- you don't -- that you don't know what it is and

10   that you don't look for it when you buy products, right?

11        A.    Right.

12              MR. MARRON:  Using it interchangeably with

13   trans fat.

14              THE WITNESS:  Okay.

15   BY MR. BISH:

16        Q.    Now, are you aware that -- so are you aware

17   that PHVO was taken out of Nutella at some point before

18   you bought the product?

19        A.    Oh.  Before I bought the product, no.  Before I

20   bought the product I didn't even know that it used to

21   contain trans fat.

22        Q.    So you don't know if it was a voluntary

23   decision to remove --

24        A.    My only exposure to Nutella was the TV

25   commercial and maybe an ad I seen in a magazine.

1      Q.     Okay.   Do you have any reason to doubt that the

2   decision to eliminate PHVO from Nutella was made

3   voluntarily?

4      A.     Do I what, I'm sorry?

5      Q.     Do you have any reason to doubt that the

6   decision to eliminate PHVO from Nutella was made

7   voluntarily?

8            MR. MARRON:   Objection; calls for speculation,

9   form of the question, assumes facts not in evidence,

10  calls for an expert opinion.

11  BY MR. BISH:

12     Q.     You can answer.

13           MR. MARRON:   Calls for a legal conclusion.

14           You can answer.

15           THE WITNESS:   I doubt it.   Because it's cheaper

16  for me to put margarine on a bagel than it is butter, and

17  I would make more money if I did that.   I can't do that.

18  So I think in a way that maybe they did it to make

19  themselves look good.   And -- and that was probably the

20  only reason.   Because I think financially they were

21  probably spending less money when it had trans fat in it

22  and making more money on the product.

23           Do you hear what I'm saying?

24  BY MR. BISH:

25     Q.     Are --

1      A.    Maybe it was voluntarily done, but I don't

2  think it was in lieu of like making it better for us.

3      Q.    But are you happy that Nutella --

4      A.    Oh, yeah.  Yeah.

5            MR. MARRON:  Wait till he asks the question,

6  okay.

7  BY MR. BISH:

8      Q.    Now, do you commend the decision to take PHVO

9  out of Nutella?

10           MR. MARRON:  Objection; assumes facts in

11 evidence -- not in evidence.

12           THE WITNESS:  Ask me again.

13 BY MR. BISH:

14     Q.    Do you commend the decision to take PHVO out of

15 Nutella?

16     A.    As trans fat out, yes.

17     Q.    Okay.  It had already been done before you

18 bought the product, right?

19     A.    Right.

20     Q.    And instead of commending the company for doing

21 so, you sued Ferrero U.S.A., right?

22     A.    For -- yes.

23           MR. MARRON:  Objection; argumentative.

24 BY MR. BISH:

25     Q.    Okay.  Do you know if the Nutella you bought

Page 142

1    contains trans fat?

2         A.    No, it does not.

3         Q.    In your mind, is industrial produced trans fat

4    better or worse than naturally occurring trans fat?

5         A.    I don't know.

6               MR. MARRON:  Objection; calls for an expert

7    opinion.

8    BY MR. BISH:

9         Q.    Have you ever thought about it?

10        A.    No.

11        Q.    So you don't have a view one way or the other

12   if it's --

13        A.    Versus naturally.  Okay, you're saying natural

14   trans fat versus man-made trans fat?

15        Q.    Yeah, are you aware there's a difference?

16        A.    No.  I thought they were -- I mean, trans fat

17   is trans fat.  I didn't know there was like a man-made

18   one and a natural one.

19        Q.    So you don't know, for example --

20        A.    I thought just like "trans" in itself meant

21   man-made.

22        Q.    So you don't know, for example, that milk has

23   trans fat in it?

24        A.    No, I didn't know that.

25        Q.    If milk, in fact, does contain some trace

Page 143

1    amount of trans fats, will you stop buying milk?

2        A.    I wouldn't mind switching to almond milk.  I

3    like it and it has less calories and it tastes really --

4    I like it.  I would drink almond milk.  And I think my

5    kids would too.

6        Q.    All right.  So if -- if milk and butter --

7        A.    If I -- yeah.  Now that you've called it to my

8    attention, if I go look at the label of milk and it has

9    trans fat, I really don't want it in my house.

10       Q.    Okay.

11       A.    I mean, I've heard, like, it causes like heart

12   conditions and cancerous and -- you know, I mean, I don't

13   know specifically what the downfalls are to it, but I

14   know that there are some and why would I expose my kids

15   to that?

16       Q.    But you don't know -- so let's back up.  Now,

17   there's -- you don't know that there's a difference

18   between natural trans fat and artificial trans fat.

19       A.    I didn't know.  I just thought, in general,

20   trans fat was not good for you.

21       Q.    And so if there's natural trans fat in some

22   trace amounts of milk --

23       A.    If I could find a milk without any in it, I

24   would go for that one, yeah.

25       Q.    Now, do you recall in the complaint you filed,

1    the first amended consolidated complaint that we looked

2    at earlier, that complaint references a number of studies

3    about trans fat.

4              Do you recall that?

5       A.    Yeah.

6       Q.    Did you review those studies?

7       A.    I glanced at them.  I found it kind of boring.

8       Q.    You didn't read, for example, in there about

9    the difference between artificial and natural trans fat

10   in those articles?

11      A.    No.

12      Q.    Not important to you?

13      A.    Not that it's not important to me, but I was a

14   little stressed getting ready for it.  So I didn't think

15   it would be pertinent that I needed to know those kinds

16   of things for this.

17      Q.    Well, putting this -- when you say "this," you

18   mean this deposition?

19      A.    For -- yeah, with you.  Yeah, I would be asked

20   the difference between natural trans fat.  And I didn't

21   know that -- I mean, if I was a nutritionist, I would

22   expect you to ask me those kinds of questions.  But just

23   being a mom, I didn't really expect you to ask me that.

24      Q.    And I'm not -- and I'm not -- I'm sorry, my

25   question was not about today, it was in general.

1     A.     I didn't know there was two different kinds of

2  trans fat.  I thought there was one bad trans fat.

3     Q.     Okay.  In your opinion, should the FDA prohibit

4  foods containing trans fat?

5     A.     They prohibit me from serving them in my

6  restaurant, so yeah.

7     Q.     So yes, in your opinion, the FDA should

8  prohibit food companies --

9     A.     I believe that they do it for a reason.

10     Q.     Okay.  Let me just finish my question for the

11  benefit of the reporter.

12          In your opinion, should the FDA prohibit food

13  companies from companies selling products that contain

14  trans fat?

15     A.     I believe if the FDA feels that they're not

16  healthy for people, and they want to do that, that

17  they're doing that in the best interests of the people.

18  And yes.

19     Q.     I'm asking in your opinion.

20     A.     In my opinion, I believe that the FDA is there

21  to protect us.  The FDA is there to protect us.  So if

22  they make a decision like that, I believe in them, I

23  trust them.  So yeah, I do.  I do believe that if they're

24  doing it it's for a reason.

25     Q.     And if the FDA decides not to ban that product,

1  do you also trust the FDA?

2      A.    I do.   I think that if they chose not to ban

3  the product, and there wasn't enough evidence or there

4  wasn't enough something to prohibit it from being sold

5  all over.

6      Q.    So if the FDA looks at, say, trans fat and they

7  make their decisions, you're going to defer to those

8  decisions?

9          MR. MARRON:   Yeah, objection; calls for --

10         THE WITNESS:   But with --

11         MR. MARRON:   -- expert opinion.

12         You can go ahead and answer.

13         THE WITNESS:   But with -- like there are things

14 that have trans fat, but I have the choice -- at least

15 they make it put it on the label so that I can look at

16 it.   In the very front it says contains trans fat, but I

17 can make that choice.   For me personally, I don't think I

18 would -- if something said that it contained trans fat on

19 it, I don't think I would buy that for my family.

20         I've seen products contains -- on a margarine

21 that contains, you know, trans fat.   I wouldn't buy that.

22 I wouldn't go out of my way to buy that product.   If I

23 knew that there was a product that I had in my home that

24 had a lot of trans fat in it, I probably wouldn't buy it

25 again.   Had I -- I don't think it's something that's good

1    for my family, I wouldn't buy -- I would try to stay away

2    from it.

3    BY MR. BISH:

4        Q.    You just said "if something has a lot of

5    trans fat," how much is a lot?

6        A.    Well, any, at this point.  I don't think that

7    we're allowed in our restaurant to have any trans fat,

8    margarine with any trans fat in it.

9        Q.    Artificial trans fat?

10       A.    It didn't -- I don't recall it saying

11   artificial or telling us the difference.  It just says

12   trans fat, period.

13       Q.    Okay.  So are you aware of -- of any of the FDA

14   regulations about the labeling of trans fat on products?

15       A.    I think I am, yeah.  I think I heard something

16   about that.

17       Q.    What did you hear?

18       A.    I think that they had to make it clear on the

19   label if it had trans fat in it.  I know that they

20   require you to put like calorie counts and that kind of

21   stuff on foods.

22       Q.    Do you know if there's a threshold amount above

23   which companies are required to disclose the presence of

24   trans fat?

25       A.    I -- I'm not sure.  There probably is.  I would

1    imagine there would be.

2        Q.    Do you trust the FDA's judgment on that amount?

3        A.    In general.

4        Q.    And specifically?

5        A.    Well, I think that they are looking out for the

6    best interests of the people.  So, I mean, I commend them

7    for that and...

8              MR. MARRON:  Objection; assumes facts not in

9    evidence.

10   BY MR. BISH:

11       Q.    So, for example, if the FDA said the threshold

12   amount for disclosure is point five grams, you don't have

13   a different number in your mind?

14       A.    Well, I don't even know what a gram is.  So,

15   you know what I mean.  I know like teaspoons,

16   tablespoons, cup.  If you put it in that, I would have a

17   better -- I can't even picture like what the amount of

18   what a gram would be.

19             MR. MARRON:  Yeah, I'm going to have an ongoing

20   objection on the basis of it calls for an expert opinion

21   and assumes facts not in evidence for this line of

22   questioning.

23   BY MR. BISH:

24       Q.    When did you first become aware of the health

25   risks of trans fat, as you've described them?

1    A.    I would say really aware of it and paying

2  attention a little bit more is when my dad came to live

3  with us in -- I think it was 2006.

4    Q.    So by 2006 you were aware of the risks of

5  trans fat?

6    A.    Right.  I was paying a little bit more

7  attention to what was in food, and he's diabetic and I

8  was caring for him.

9    Q.    And what about saturated fat, are you concerned

10 about the health impacts of saturated fat?

11   A.    Am I concerned about the health issues?

12   Q.    The potential health affects of saturated fat?

13   A.    Yeah.

14   Q.    In what way?

15   A.    In that if it's something that's bad for my

16 kids, and they're -- I wouldn't want to give them a

17 product that's saturated with it.  In what way is it's

18 not good for you.  It's not good for your health, why

19 would you want it?  In general, it's just not good for

20 you.

21   Q.    What about fat generally, just regular fat, are

22 you concerned about the potential health affects of

23 consuming fat?

24   A.    I cut the fat off my steak, but I don't like --

25 I don't like the taste of it.  But I -- just fat

1    naturally occurring in -- in foods that we eat, I'm not

2    super concerned.

3         Q.    So you don't, for example --

4         A.    I buy lean hamburger.

5         Q.    So you don't, for example, have an amount of

6    fat in mind that ought to be consumed by you or your kids

7    in a given day?

8         A.    No.

9         Q.    Would you defer to the FDA's guidelines on

10   that?

11        A.    No.

12        Q.    You have your own?

13        A.    I've never really thought about it.  I don't

14   consume a lot of fat.  I buy lean meat.  I cut it off my

15   steaks.  We don't eat a lot of red meat.  I don't think

16   there's a lot of fat in eggs.  I don't think the foods

17   that we're eating mostly, besides the snack food, I don't

18   have to worry about it.

19        Q.    Pulled pork?

20        A.    Pulled pork.

21        Q.    That you bought at Costco?

22        A.    What about it?

23        Q.    Is there fat in pulled pork?

24        A.    There's fat in pork, yes.

25        Q.    Were you concerned about the amount of fat in

1    the pulled pork that you bought at Costco?

2        A.    No.  We eat it maybe once every three months.

3        Q.    Okay.

4        A.    It's not a daily occurrence.  The meat most

5    served in my house is chicken.  We hardly -- we rarely

6    eat red meat.  And that's just personal preference, I

7    don't like it.  I find it hard to digest.

8        Q.    And I believe you said you -- in your house you

9    eat chicken thighs but in your cafe you serve chicken

10   breasts, correct?

11       A.    Right.

12       Q.    Is there a difference between the two?

13       A.    One's a dark meat and one's a white meat.

14       Q.    Any health difference between the two?

15       A.    There's probably more fat in the thighs, but I

16   like the taste and it's cheaper.  And I take the skin off

17   of it.

18       Q.    And do you know that it's -- that fat is an

19   essential nutrient in the human being's diet?

20       A.    Yes.

21       Q.    Yes.

22             Do you want to ensure that your kids consume

23   enough fat in their diet?

24       A.    I don't really worry about it.  I think there's

25   enough fat out there for it to go around.

1      Q.    Takes care of itself?

2      A.    I do.

3      Q.    Okay.  Do you have any views one way or the

4   other on how much fat is too much fat at breakfast?

5      A.    No.

6            MR. BISH:  Let's take a quick break and I'll go

7   and get the TV ads.

8            THE VIDEOGRAPHER:  All agreed to go off the

9   record, we're off the record at 2:17 p.m.

10           (Recess from 2:17 p.m. to 2:24 p.m.)

11           THE VIDEOGRAPHER:  We're back on record at

12  2:24 p.m.

13  BY MR. BISH:

14     Q.    Ms. Barbato, I'm about to show you the

15  commercial that Ferrero calls mom, okay?

16     A.    Uh-huh.

17     Q.    And for the record, it's going to correspond to

18  paragraph 93 of the complaint, which is Defendant's

19  Exhibit 3, okay?

20     A.    Okay.

21     Q.    Okay.

22           (DVD being played.)

23  BY MR. BISH:

24     Q.    Okay.  My first question is:  Do you know if

25  that's the ad you saw in approximately June 2009?

1       A.     I don't think that's the one.

2              MR. MARRON:  Objection; that misstates her

3   testimony.

4   BY MR. BISH:

5       Q.     You don't think that's the one?

6       A.     I don't know, it could have been.  I don't -- I

7   remember the setting being a little different.

8       Q.     Okay.

9       A.     I think I've seen that one, though, before,

10  but...

11      Q.     That's not the one that you were recalling?

12      A.     I can't be sure.

13      Q.     Okay.  Okay.  Number 2, I believe this is

14  called "Pass," P-a-s-s, which should correspond to

15  paragraph 92, I believe.

16             (DVD being played.)

17             THE WITNESS:  I think that's the one I saw.

18  BY MR. BISH:

19      Q.     You think --

20      A.     I think that's the one I saw.

21      Q.     Based on what?

22      A.     Based on the phrase "and I can feel good about

23  giving it to them."  And that it was three kids and I

24  kind of remember it being three kids.  I thought two of

25  them were boys.  I think that's the one.

1     Q.     Pretty sure?

2     A.     Hmm, I'd say 85 percent.

3     Q.     Great.

4            And you saw that before you --

5     A.     Well before I purchased Nutella.

6     Q.     Okay.  Last one called "Silence," which

7     corresponds to paragraph 91 of the complaint.

8            (DVD being played.)

9            THE WITNESS:  I don't think I've seen that

10    before one.

11    BY MR. BISH:

12    Q.     Okay.  So we have a winner.  No. 2, right, you

13    think, 85 percent?

14    A.     I would say number 2 stands out the most --

15    Q.     Okay.

16    A.     -- as familiar to me.

17    Q.     Okay.  While you have Defendant's Exhibit 3 in

18    front of you --

19            MR. MARRON:  What page?

20            MR. BISH:  Give me a moment.

21            MR. MARRON:  Okay.

22    BY MR. BISH:

23    Q.     Okay.  Page 4, paragraph 15.  See it says:

24            Sales of Nutella in California are

25            greater than in any other single state in the

Page 155

1           nation.

2                Do you see that?

3      A.    Yes.

4      Q.    Do you have any evidence to support this

5  allegation?

6      A.    No.

7      Q.    Now, paragraph 20, further down the page, it

8  says:

9                Plaintiffs have incurred and during the

10               pendency of this action will incur expenses for

11               attorneys' fees and costs herein.

12               Do you see that?

13     A.    Yes.

14     Q.    Have you incurred any attorneys' fees in this

15  action?

16     A.    No.

17     Q.    Okay.  Paragraph 35.  Do you see the phrase in

18  the first sentence "dangerous levels of saturated fat"?

19     A.    Yes.

20     Q.    In your mind, what is a dangerous level of

21  saturated fat?

22               MR. MARRON:  Yeah, objection; attorney-client

23  privilege.

24               Other than what you've learned through your

25  counsel, you can -- you can state.  Just don't state any

1    impressions or knowledge that you learned through

2    conversation with your counsel.

3              THE WITNESS:  I have no idea.

4              MR. MARRON:  Calls for -- and also calls for an

5    expert opinion.

6    BY MR. BISH:

7        Q.    Okay.  So if you look at paragraph 44 on

8    page 8.  If you could just take a moment and read that

9    entire paragraph.

10             (Document reviewed by witness.)

11   BY MR. BISH:

12       Q.    Now, you see that in the second -- third

13   sentence, it says:

14                  Also known as vaccenic acid, natural

15                  trans fat has never been linked to any negative

16                  health effects in human beings and is

17                  chemically different from artificial trans fat.

18                  See that?

19       A.    Yes.

20       Q.    Do you recall reviewing this complaint before

21   it was filed?

22             MR. MARRON:  Objection; attorney-client

23   privilege.

24                  Other than what you've discussed with your --

25   with your attorney, you can answer this line of

1   questioning.

2           THE WITNESS:  There's nothing I have to --

3   BY MR. BISH:

4      Q.    Okay.  Based on the allegations in the

5   complaint, it would -- you'd agree that there's a

6   difference between artificial and natural trans fat,

7   right?

8           MR. MARRON:  Objection; calls for an expert

9   opinion.

10          Other than attorney-client privilege.

11          THE WITNESS:  I have no idea.

12  BY MR. BISH:

13     Q.    Okay.

14     A.    There's PHVO.

15     Q.    Okay.  If you could look at paragraph 70.

16  Again, take your time to read the whole paragraph.

17          (Document reviewed by witness.)

18  BY MR. BISH:

19     Q.    Okay?

20     A.    Uh-huh.

21     Q.    You see the last sentence:

22              Ferrero's addition of artificial

23              trans fat to Nutella during the class period

24              rendered it unfit for human consumption.

25              See that?

1      A.     Yes.

2      Q.     Do you agree with that?

3             MR. MARRON:  Objection; calls for an expert

4      opinion, attorney-client privilege, incomplete

5      hypothetical and form.

6             THE WITNESS:  I wouldn't have -- I wouldn't --

7      how would I deem something not fit for human consumption?

8      I never...

9      BY MR. BISH:

10     Q.     Okay.  It goes on:

11                 And rendered its concurrent

12             advertisements, labels and representations that

13             Nutella was "healthy" nutritious, and part of a

14             balanced breakfast particularly false,

15             misleading and deceptive.

16             Do you see that?

17     A.     Yes.

18     Q.     Can you point me to a single advertisement that

19     used those words before 2008?

20            MR. MARRON:  Yeah; objection; assumes facts not

21     in evidence, misstates the record with respect to what

22     the complaint says.

23            THE WITNESS:  Before 2008?

24     BY MR. BISH:

25     Q.     Yes.

1    A.    No.

2    Q.    If you look at paragraph 74.

3          MR. MARRON:  Same objection.

4          MR. BISH:  No question yet.

5    Q.    (Reading:)

6              Nutella also uses generally modified soy

7              lecithin which has been generally engineered

8              and sprayed with pesticides and is not healthy

9              for children's growth and development.

10           Do you see that?

11   A.    Yeah.

12         MR. MARRON:  Same objection.

13   BY MR. BISH:

14    Q.    Do you have any basis for that allegation?

15         MR. MARRON:  Same objection; calls for an

16   expert opinion, attorney-client privilege.

17         If it's any knowledge that you've garnered

18   through our discussions, then I advise you not to -- not

19   to give an answer.

20         THE WITNESS:  Then I'm not giving an answer.

21   BY MR. BISH:

22    Q.    And you were shaking your head, does that mean

23   no?

24         MR. MARRON:  It means she's not answering.

25         MR. BISH:  You're not answering -- so I've

 1    asked if you have any reason to believe -- or, I'm sorry,

 2    do you have any basis for that allegation, and you're

 3    going to instruct her not to answer?

 4                 MR. MARRON:  Right.

 5                 MR. BISH:  On attorney-client privilege?

 6                 MR. MARRON:  Correct.

 7    BY MR. BISH:

 8         Q.    Okay.  Paragraph 76.

 9               Lawyers, huh?

10               Go ahead and read paragraph 76, and let me know

11    when you're done.

12               (Document reviewed by witness.)

13               THE WITNESS:  Okay.

14    BY MR. BISH:

15         Q.    And do you understand the phrase "class

16    period"?

17         A.    The -- from the beginning of the date set in

18    the -- they're saying from like 2000 -- 2000.

19         Q.    When you say "they," who's they?

20         A.    The case, our -- our -- our complaint.

21         Q.    You mean you?

22         A.    Yes.

23         Q.    Okay.

24         A.    I didn't personally put all this into the

25    paperwork.  I didn't personally draft any of it.

Page 161

1      Q.    You didn't type it?

2      A.    I didn't type it, no.

3      Q.    But you wanted it to go back to the year 2000?

4      A.    That was --

5            MR. MARRON:  Objection; attorney-client

6   privilege.

7            Don't -- don't reveal any discussions you had

8   with your lawyer regarding the class period.

9   BY MR. BISH:

10     Q.    Don't know tell me what you told your lawyer.

11  I'm saying did you want to go back to the year 2000?

12     A.    I didn't have a -- I didn't have a -- I don't

13  have an opinion on it one way or the other.

14     Q.    Okay.

15     A.    I didn't make my purchases till 2010.  I didn't

16  see the commercial till 2009.  But I did hear that it had

17  previously contained trans fat after I purchased it and

18  after I seen the commercials.

19     Q.    So looking at paragraph 76:

20            Throughout the class period, Ferrero

21            engaged in, and Plaintiffs -- that being you,

22            right -- and members of the class were exposed

23            to a long-term advertising campaign in which

24            Ferrero utilized various forms of media

25            including but not limited to print

1          advertisements, print advertising on the

2          Nutella label, and elsewhere, websites,

3          television commercials, physicians and unpaid

4          press coverage.

5          I could go on but I'll stop there.

6          Now, do you have any reason to believe that

7     Ferrero advertised Nutella on television in the United

8     States before 2008?

9      A.    I don't remember seeing it.  So I would have no

10    reason to believe that prior to 2008.

11     Q.    What about in magazines, any reason to believe

12    that Ferrero was advertising Nutella in magazines prior

13    to 2008?

14     A.    I can't remember when I first saw the first

15    advertisement for Nutella.  So I really -- I don't feel

16    comfortable answering that.  Because, I mean, for all I

17    know, it could have been back in 2003.  I can't remember.

18     Q.    But you --

19     A.    I know that when I first saw -- when I first --

20    my first recollection of seeing the advertisement on TV,

21    it wasn't foreign to me.  So I know at some point before

22    seeing that first commercial, I seen it somewhere.  It

23    wasn't like oh, what's this new thing?  I mean, I had

24    seen it previous to that.  That's my first recollection,

25    that one commercial with the three kids.  That's what

1    first came to my mind when asked about the advertisement

2    of Nutella.  But when I -- when recalling that

3    commercial, it wasn't foreign to me.  So had I seen it

4    previously?  I must have.

5        Q.    Okay.  Now, let's talk about the label.

6              You have the jars that you bought in front of

7    you, correct?

8        A.    Yes.

9        Q.    Is this the label that you saw?

10       A.    Yes.

11       Q.    Did you see any other version of the Nutella

12   label?

13       A.    On the day that I purchased that?

14       Q.    Sure.

15       A.    Or any time?

16       Q.    At any time.

17       A.    I don't think so.

18       Q.    Okay.  So, for example, you didn't see a

19   product label in 2008?

20       A.    I don't think so.

21       Q.    At any time before 2008?

22       A.    I don't think so.  I'm not sure.

23       Q.    What were you doing on the 4th of July this

24   year?

25       A.    We had a party at the shop.

1      Q.    And do you recall the 4th of July was on a

2   Monday this year?

3      A.    I do now.

4      Q.    Okay.  That helps.

5            Do you recall what you were doing the weekend

6   before the 4th of July?

7      A.    No.

8      Q.    Did you review a copy of this complaint on --

9   around July 3rd?

10     A.    I don't remember.

11     Q.    Okay.  So you don't recall approving this

12  particular paragraph?

13     A.    I just don't remember.  It was a very busy time

14  at the shop.  I was doing a lot of catering, too.  That

15  weekend was very busy.  And one of my partners was out.

16     Q.    Okay.

17           MR. MARRON:  There's no question pending.  I

18  mean, rather than offer additional information.  You can

19  certainly answer Mr. Bish's question.

20           THE WITNESS:  Well, I feel bad that I don't

21  remember.  But I just don't.

22  BY MR. BISH:

23     Q.    Paragraph 89, if you would.

24           MR. MARRON:  Yeah, don't feel bad.  That's a

25  perfectly acceptable response.

```
 1   BY MR. BISH:

 2       Q.    Go ahead and read paragraph 89, and take a look

 3   at the picture.

 4       A.    Okay.

 5       Q.    Are you familiar with the phrase "glycemic

 6   index"?

 7       A.    No.

 8       Q.    Ever heard of it before?

 9       A.    I've heard of like a hypoglycemic.

10             MR. MARRON:  I'll just object along this line

11   of questioning, calls for expert opinions.

12   BY MR. BISH:

13       Q.    Do you see the second sentence, paragraph 89,

14   it says, "This statement is false."

15             You see that?

16       A.    Yes.

17       Q.    Okay.  Now, this is your complaint, correct?

18       A.    Right.

19       Q.    You approved the filing of this complaint,

20   correct?

21       A.    Yes.

22       Q.    So you understand what that means, correct?

23             MR. MARRON:  Objection; attorney-client

24   privilege.

25             Other than what you've learned from your
```

Page 166

1   counsel explaining, you know, terms to you and the

2   subject matter of this complaint, or this paragraph in

3   particular, if you have an independent knowledge.

4           THE WITNESS:  I did -- yeah, I didn't word it

5   every word specifically, no.  But I agree with the

6   statement.

7   BY MR. BISH:

8       Q.    You agree that -- okay.  So when the phrase,

9   this statement, what is that referring to in your

10  complaint?

11      A.    The previous sentence.

12      Q.    Says:

13                  Ferrero states that it recommends that

14            Nutella is eaten at breakfast because it

15            purportedly has a low glycemic index so that it

16            helps maintain energy and concentration levels

17            longer.

18            You see that?

19      A.    Yes.

20      Q.    What part of that sentence is false?

21      A.    I think it's saying that the low glycemic index

22  and helping you maintain energy and concentration levels

23  longer.

24      Q.    What is the glycemic index of Nutella?

25      A.    I'm not sure.

1    Q.    So how do you know that it's false?

2    A.    What I think this -- this sentence is saying,

3  to me, is that it's -- the advertisement is trying to --

4  to indicate that it doesn't have that much sugar in it or

5  that it's healthier.  When, actually, the -- the highest

6  ingredient in it is sugar.

7    Q.    Okay.

8          MR. MARRON:  Wait for a question.

9  BY MR. BISH:

10   Q.    Now, if you go down to the picture.

11   A.    Right.

12   Q.    I know it's small print, it says:

13              "Nutella has a glycemic index of 33.

14         You see that?

15   A.    Down here (indicating)?

16   Q.    Yeah.

17         MR. MARRON:  Yeah, I don't see it down there.

18         THE WITNESS:  Oh, yeah.  Okay.  I see it, sort

19  of.

20  BY MR. BISH:

21   Q.    Do you want me to read the whole thing?

22   A.    No, you don't have to read the whole thing.

23  You're asking me what I just told you, that sugar is the

24  most -- the highest ingredient in Nutella.  So that's

25  what I'm telling you I feel it makes that a false

1  statement.  I don't think that sugar maintains energy and

2  promotes concentration.

3      Q.    What about fat?

4      A.    I -- I don't know fat -- okay.  No, I don't

5  think that -- I think in girls fat is more productive

6  than in boys.

7      Q.    Do you know if fat is a slow release nutrient?

8      A.    I believe it is.

9      Q.    Which would allow energy levels to be

10 prolonged?

11     A.    Right, fat.  But this is saying sugar.  Isn't

12 it saying sugar?

13     Q.    Where does it say that?

14           MR. MARRON:  Yeah, I'm going to object on this

15 line of questioning.  It misstates the -- the complaint,

16 it misstates the record.  And it also calls for an expert

17 opinion.

18           THE WITNESS:  What I think is that sugar does

19 not help you maintain energy and it doesn't increase your

20 concentration time.

21 BY MR. BISH:

22     Q.    So --

23     A.    Or anything.  I don't think that sugar does

24 that.

25     Q.    Okay.  But you think that fat does?

1     A.     I don't know that fat does.

2     Q.     Okay.

3     A.     I don't know that for sure.

4     Q.     So, again, it's -- the statement says:

5                    Nutella has a glycemic index of 33 which

6            means it is a low GI food.

7            Do you have any reason to believe that is a

8     false statement?

9            MR. MARRON:  Objection; attorney-client

10    privilege.

11           Other than what you've learned from your

12    attorneys.  If you have an independent knowledge of that

13    other than what you've already stated on the record, then

14    you can answer.  But please don't reveal any of the

15    substance or knowledge you've garnered from discussions

16    with your lawyers.

17           THE WITNESS:  I'm not going to answer that.

18    BY MR. BISH:

19    Q.     So I've asked if you have any reason to believe

20    that is a false statement.

21    A.     And I've told you --

22    Q.     Your attorney --

23    A.     -- what I believe.

24    Q.     Your attorney has instructed you not to answer

25    based on privilege, and you're going to follow that

1   instruction?

2       A.    But I answered your first question that you

3   asked me.  I'm not sure about the glycemic index.  I'm

4   not a nutritionist.  I never want to school to be a

5   nutritionist.  I know what sugar is and I know what kids

6   do on sugar, and I do not believe that sugar maintains

7   energy and concentration levels longer.  I don't believe

8   that.

9       Q.    Okay.

10      A.    So as far as 89, the paragraph, do I agree with

11  what that paragraph is saying?  Yeah, I do.

12      Q.    That --

13      A.    I believe that saying that Nutella, being half

14  sugar, that this jar is half sugar, that's your first

15  ingredient on here, mostly sugar, that this is going to

16  help my kids concentrate at school better.  I do not

17  believe that.  I just don't.

18      Q.    Okay.  Okay paragraph 99.

19            (Document reviewed by witness.)

20            THE WITNESS:  Okay.

21  BY MR. BISH:

22      Q.    Okay.  Very simple question.  The third

23  sentence:

24                  These claims are misleading because

25                  Nutella contains high levels of saturated fats,

1           sugar, oil, artificial flavoring and other

2           objectionable ingredients.

3           Do you see that?

4      A.   Yes.

5      Q.   What are the other objectionable ingredients

6  that you are referencing in that paragraph?

7           MR. MARRON:  Objection; attorney-client

8  privilege.

9           Other than what you've learned from your

10  attorneys.  If you have any independent knowledge of what

11  the other ingredients are, then you can state, or if you

12  know.

13           THE WITNESS:  I don't have an answer for that.

14  BY MR. BISH:

15      Q.   Okay.  Paragraph 108, please.

16           (Document reviewed by witness.)

17      Q.   See where it says "Nutella costs more than

18  similar products"?

19      A.   Yes.

20      Q.   Okay.  We've talked about peanut butter, right?

21      A.   Yes.

22      Q.   What are the other similar products you're

23  referring to?

24           MR. MARRON:  Same objection; calls for an

25  expert opinion.

1           You can answer.

2           THE WITNESS:  Chocolate syrup, caramel, candy.

3    BY MR. BISH:

4      Q.    What kind of candy?

5      A.    Sugary candy.

6      Q.    Any brand?

7      A.    Not off the top of my head.

8      Q.    What brand of syrup?

9      A.    Log Cabin.

10     Q.    What brand of caramel?

11     A.    Lyons.

12     Q.    Lyons.

13          Second half of that sentence.  I'm paraphrasing

14   here so let me know if I'm incorrectly paraphrasing:

15               That Nutella would have cost less absent

16          the false and misleading statements and

17          material omissions described herein.

18          See that?

19     A.    Yes.

20     Q.    So my question is:  Do you have any facts that

21   support the allegation that Ferrero would have charged

22   less for Nutella if it hadn't advertised it on TV?

23          MR. MARRON:  Objection; calls for an expert

24   opinion.

25               You can answer.

1          THE WITNESS:  Just want my opinion on that?

2  BY MR. BISH:

3     Q.    No.  I want facts, not opinions.

4     A.    I don't have any facts on that.

5     Q.    Okay.

6     A.    I don't know how much they pay for advertising.

7     Q.    Do you understand it's important to have facts

8  before you make -- no, strike that.  Forget it.

9     A.    I think that it says the first ingredient is

10  sugar is a fact too, a pretty good one.

11     Q.    You can tell from looking at the label, right?

12     A.    You can see that the first ingredient is sugar.

13  That means that's what mostly in it.

14     Q.    For all the world to see, correct?

15     A.    Right.  Should put that right on the

16  commercial, and I wouldn't have a problem with it.

17     Q.    What if it was on the front of the label?

18     A.    That would be nice, too.  But, big letters like

19  it is there (indicating).  Or just like how it is right

20  there (indicating), hazelnut spread.  Just right there in

21  front of hazelnut, sugar hazelnut flavor spread, I think

22  would be a better name for it.

23     Q.    What if there was a big button on the front

24  that just said --

25     A.    Sugar and hazelnut flavor, that would be a

1    better, like, advertising technique for it.  I think it

2    would be more honest.

3        Q.    Okay.

4        A.    I don't put healthy on my brownies at the shop.

5        Q.    Speaking of that, I notice on your menu you had

6    a little lemon or orange swirl as your logo, right?

7        A.    It's a lemon swirl.

8        Q.    Lemon swirl.

9              What is that meant to imply?

10       A.    That was actually from the deli, and we don't

11   use that anymore.

12       Q.    Why did you use it?

13       A.    Because I used to make a lemon cheesecake.

14       Q.    Oh.  From lemons?

15       A.    The sauce was from lemons.  And I put some

16   lemon zest in the cheesecake.

17       Q.    Okay.

18       A.    And it was Shawna that came up with that.  I

19   didn't really like it.

20       Q.    Why not?

21       A.    I think it's kind of boring, like a lemon.  She

22   said well, they grow lemons in California and we're West

23   Coast, so...  I don't know.

24              MR. MARRON:  How much longer, you think, Dale?

25              MR. BISH:  Half-hour.

1            MR. MARRON:  Okay.

2            MR. BISH:  We'll see.

3    BY MR. BISH:

4        Q.    Have you ever visited the FDA's website to get

5    tips on eating healthy?

6        A.    I might have.

7        Q.    Do you recall one way or the other?

8        A.    No.

9        Q.    What sources have you visited or consulted to

10   learn how to eat healthy?

11       A.    I've seen flyers come home from my kids school.

12   I took health class, I believe, in junior high school,

13   went over the food pyramid.  I don't know, just generally

14   those kind of things.

15           MR. BISH:  I'm going to mark as Defendant's

16   Exhibit No. 12.

17               (The document referred to was marked by

18               the CSR as Deposition Exhibit 12 for

19               identification and attached to the

20               deposition transcript hereto.)

21   BY MR. BISH:

22       Q.    Your copy's right over here (indicating).

23       A.    Okay.

24       Q.    So if you could --

25           MR. BISH:  Counsel, stop showing her things.

Page 176

1      Q.    Ms. Barbato, have you seen Defendant's

2  Exhibit 12 before?

3      A.    I believe so.

4      Q.    If you look at the page 3 of Exhibit 12, you

5  see a signature?

6      A.    Yes.

7      Q.    Is that your signature?

8      A.    Yes.

9      Q.    Did you sign this document?

10     A.    Yes.

11     Q.    Did you sign this document after you read it?

12     A.    Yes.

13     Q.    Did you read it carefully?

14     A.    Probably not --

15     Q.    Why not?

16     A.    -- too carefully.

17           MR. MARRON:  Can you give her an opportunity to

18  look at it.

19  BY MR. BISH:

20     Q.    Please, yeah.  Take all the time you want.

21           (Document reviewed by witness.)

22           MR. BISH:  While she's reviewing it, just for

23  the record, Defendant's Exhibit 12 is a declaration of

24  Laura Rude-Barbato filed May 2nd, 2011.

25           (Document reviewed by witness.)

```
 1              THE WITNESS:  Okay.
 2   BY MR. BISH:
 3       Q.    You've had a chance to --
 4       A.    Yeah.
 5       Q.    -- read the declaration carefully?
 6       A.    Right.
 7       Q.    Any mistakes in there?
 8       A.    Just that my son does triathlons, that's my
 9   stepdaughter that does that.  But other than that, I
10   don't see anything.
11       Q.    Is your name spelled correctly?
12       A.    No.
13       Q.    On the first page?
14       A.    Right.
15       Q.    And on the second page?
16       A.    Right.
17       Q.    Okay.  Didn't read it too carefully, then?
18       A.    No.
19       Q.    Okay.
20       A.    But I remember the conversation in which this
21   was derived from.
22       Q.    Who was that conversation with?
23       A.    I believe it was with Ron.
24       Q.    Then I'm not going to ask about it.
25       A.    Don't break my heart, I love that bread.
```

1      Q.    Oh, it's going to hurt.

2      A.    All right, Ron.  They're next.

3      Q.    I'm --

4            MR. MARRON:  No.

5   BY MR. BISH:

6      Q.    I'm going to hand you --

7      A.    Okay.

8      Q.    -- a loaf of Milton's multi grain bread?

9      A.    Healthy right on it.  Do you see it says

10  healthy right on it.

11     Q.    Don't sue them.  Don't do that.

12     A.    It says healthy right on the package.

13     Q.    But Nutella doesn't.

14     A.    I know.  Look it.  And it has the little heart

15  smart thing on it, American Heart Association.

16           MR. MARRON:  Just wait till Mr. Bish asks a

17  question.

18           THE WITNESS:  Trans fat, zero.  It says

19  trans fat zero.

20           MR. MARRON:  Okay.  Do you have a question?

21  BY MR. BISH:

22     Q.    Go ahead and take a look at the nutrition facts

23  panel, if you will.

24     A.    Okay.

25     Q.    Is there anything on there you don't

1  understand?

2      A.      I don't really know what zinc is.

3              Anything at all that I don't understand?  Even

4  though it sounds silly, I don't understand what calories

5  from fat.  Like, is there calories that are not from fat

6  that are different?  I really don't understand that.

7              MR. MARRON:  You can't ask any questions here.

8  Just --

9              THE WITNESS:  So I don't understand that.  And

10  I really don't have any idea like what, how much a gram

11  is.  I know what 1 percent, 6 percent, 7 percent.  But as

12  far as like when they say gram, I really have no idea

13  what that is.

14              Any other questions you have for me?

15  BY MR. BISH:

16      Q.      Are those the only things you don't understand

17  about the nutrition facts panel?

18      A.      I mean, I have a basic understanding of -- of

19  sodium carbohydrates are.  Fiber.  I know what sugar is.

20  Protein.  Just your basic -- a basic understanding of

21  these terms.

22      Q.      Okay.

23      A.      I couldn't expertly answer questions about

24  them.

25      Q.      Then I will try my best to not ask --

1      A.      Okay.

2      Q.      -- any expertly questions.

3      A.      But I don't sugar as the main ingredient.  For

4   that I'm happy.

5      Q.      Okay.  Now, if you look at the bottom of the

6   label, you see how it's kind of a larger label than the

7   one, for example, on Nutella, right?

8              I know it well, you don't have to show me.

9      A.      Oh, okay.

10     Q.      You see at the bottom where it has some ranges

11  for the amount of fat to consume?

12             THE WITNESS:  I don't know what he means.

13  This?

14  BY MR. BISH:

15     Q.      Here (indicating).

16             MR. MARRON:  I'm not sure what he means either.

17  BY MR. BISH:

18     Q.      All right.  So at the bottom of the nutrition

19  facts panel where it says "calories, 2,000" --

20     A.      Right.

21     Q.      -- 2,500.

22     A.      Right.

23     Q.      I'm sorry.

24             MR. MARRON:  Counsel, just for etiquette, can I

25  take a look at it before you start asking her questions?

1              MR. BISH:  Sure.

2              MR. MARRON:  I just want to take a look at it,

3     if I may.

4              MR. BISH:  Take your time.

5              MR. MARRON:  All right.

6     BY MR. BISH:

7        Q.    I'll hand this back to you.

8        A.    Okay.

9        Q.    It says "calories" --

10       A.    Right.

11       Q.    -- "2,000, 2,500."

12       A.    Right.

13       Q.    And we talked this morning, you believe at

14    least two of your sons consume about 3000 calories a day?

15       A.    During water polo season, yes.

16       Q.    Right.

17             Okay.  And then it has, breaks down on this

18    column total fat, saturated fat, cholesterol, sodium,

19    total carbohydrates, dietary fiber.  Okay?

20       A.    Okay.

21       Q.    Now, pretty nifty, right?

22       A.    Yeah.

23       Q.    And it shows across, it has some recommended

24    amounts?

25       A.    Where does it have recommended amounts?

1      Q.    The -- the numbers corresponding to --

2      A.    Oh, how much, oh, should come from fat, should

3    come from saturated -- okay.

4      Q.    Pretty handy, right?

5      A.    Yeah.

6      Q.    Now, you don't have, in your mind, a different

7    amount of fat that your kids ought to consume, do you?

8            MR. MARRON:  Objection; calls for an expert

9    opinion.

10            You can answer if you know.

11            THE WITNESS:  I don't know.

12    BY MR. BISH:

13      Q.    You don't -- you don't know if you have a

14    different amount?

15      A.    That I think that they should be consuming, no,

16    I don't have one.

17      Q.    No view one way or the other?

18      A.    No.  And -- we kind of -- kind of went over

19    this already, didn't we?

20      Q.    Yeah.  I'm just saying --

21            MR. MARRON:  As I say, you can answer his

22    question but don't ask him a question.

23            THE WITNESS:  Okay.

24    BY MR. BISH:

25      Q.    I'm just trying to see if this would help

1   inform your mental thinking about how much fat to consume

2   in a day?

3       A.    It would help, yeah.

4       Q.    Okay.

5       A.    I like that.

6       Q.    You buy this bread all the time, right?

7       A.    I do.

8       Q.    A lot, right?

9       A.    A lot.

10      Q.    And you love it?

11      A.    I love it.

12      Q.    Okay.  And how much sugar is in each serving?

13      A.    It says five grams.

14      Q.    Now, is that a lot of sugar?

15      A.    Well, I don't know.  They didn't give me the

16  percentage over here (indicating) so I don't know.

17      Q.    And why do you think that is?

18      A.    Because it's higher than 12 percent, it's

19  higher than a good percentage?

20      Q.    Let me try to help you.

21            MR. MARRON:  Yeah, I'd like to --

22  BY MR. BISH:

23      Q.    Let me try to help you out.

24            MR. MARRON:  -- instruct my client not to

25  engage in any speculation or conjecture.

1  BY MR. BISH:

2       Q.     Hold on a second.

3              I'm going to hand you --

4              MR. MARRON:  If you don't know, just say you

5  don't know.

6  BY MR. BISH:

7       Q.     I'm going to hand you what was previously

8  marked as Exhibit 6.  There you go.

9       A.     You guys are killing trees here.

10             MR. BISH:  Here you go.

11             MR. MARRON:  Thank you, sir.

12             MR. BISH:  Why don't you take your time and

13  read this while we change tapes real quick.

14             MR. MARRON:  We're off the record.

15             THE VIDEOGRAPHER:  This concludes media number

16  2, Volume I, in the deposition of Laura Rude-Barbato.

17  We're off the record at 3:07 p.m.

18             (Recess from 3:07 p.m. to 3:14 p.m.)

19             THE VIDEOGRAPHER:  This is the start of media

20  number 3, Volume I, in the deposition of Laura

21  Rude-Barbato.  We're on the record at 3:14 p.m.

22  BY MR. BISH:

23       Q.     Ms. Barbato, have you had a chance to review

24  the exhibit I handed you?  Yeah.

25       A.     Just the front page of it.

1    Q.    Why don't you go ahead and read the whole

2    thing.

3    A.    Do I have to read the whole thing or just --

4    Q.    No, you can review.  And let me know when you

5    want me to start asking questions.  I'm going to ask

6    questions on the first, the second, the fifth and sixth

7    page.

8    A.    Okay.  Go ahead and give me the questions.

9    Q.    So looking at the sample label for macaroni and

10   cheese, you see that?

11   A.    Yes.

12   Q.    Start's here with the serving size, right?

13   A.    Yes.

14   Q.    Now, when you're giving your kids food or

15   preparing meals, do you pay attention to the serving

16   size?

17   A.    No.

18   Q.    This says, number 2, check calories.  Do you

19   check the calories of the food you're giving your kids?

20   A.    Not generally, no.

21   Q.    And number 3, it says "limit these nutrients."

22         See that?

23   A.    Yes.

24   Q.    And you see number 4, it says, "get enough of

25   these nutrients."

1          You see that?

2     A.    Yes.

3     Q.    Okay.  On the right-hand side it says

4  "5 percent or less is low, 20 percent or more is high."

5          Do you see that?

6     A.    Yes.

7     Q.    Now, when we were looking at the bag of

8  Milton's, and we were looking at sugar, you noted that

9  sugar did not have a percentage, right?

10    A.    Right.

11    Q.    But saturated fat, total fat do have a

12 percentage, correct?

13    A.    Yes.

14    Q.    Okay.  And do those percentages make it easier

15 for you to have an appreciation for how much of the

16 nutrients or characteristic is in the product?

17         MR. MARRON:  Objection; form and lack of

18 foundation and incomplete hypothetical.

19 BY MR. BISH:

20    Q.    Are those percentages helpful to you?

21         MR. MARRON:  Same objection.

22         THE WITNESS:  I guess not because I have never

23 looked at it.

24 BY MR. BISH:

25    Q.    Okay.  I mean for foods generally, not just

1  this bread.  Does having those percentages on the

2  right-hand side help you understand what --

3      A.    I don't generally look at them, so I have to

4  say not to me, no.

5      Q.    Have you ever looked at the nutrition facts

6  panel for Cinnamon Toast Crunch?

7      A.    I don't think so.

8      Q.    When your kids eat Cinnamon Toast Crunch, what

9  serving size do they generally eat?

10     A.    Probably a cup.

11     Q.    About one cup?

12     A.    Probably.  Maybe less.

13     Q.    Okay.  What about Fruit Loops -- I'm sorry,

14  Fruity Pebbles?

15     A.    Probably less than a cup.  ████ never finishes

16  a bowl of cereal.

17     Q.    Okay.  Now, if you look at page 5, see about a

18  quarter of the way down it says "dietary tradeoffs."

19          You see that paragraph?

20     A.    Oh, yeah.

21     Q.    (Reading:)

22              You can use the percent DV, which means

23          daily value, to help you make dietary tradeoffs

24          with other foods throughout the day.  You don't

25          have to give up your favorite food to eat a

Page 188

1          healthy diet.

2          Do you agree with that?

3     A.    Yes.

4     Q.    And as a mom, do you make dietary trade-offs

5  throughout the day for your kids?

6          MR. MARRON:  Objection.  Other than examples

7  she's given previously?

8          MR. BISH:  No.

9          THE WITNESS:  I don't know what you mean by

10  "tradeoffs."

11  BY MR. BISH:

12     Q.    Okay.  If your kids eat a lot of sugar, say,

13  for lunch, do you try to limit the amount of sugar they

14  have the rest of the day?

15     A.    Yes.

16     Q.    Okay.  That's a trade-off, right?  You

17  understand that?

18     A.    Okay.

19          MR. MARRON:  Objection; the form and incomplete

20  hypothetical.

21  BY MR. BISH:

22     Q.    Next sentence:

23              When a food you like is high in fat,

24          balance it with foods that are low in fat at

25          other times of the day.

1          You see that.

2     A.    Yes.

3          MR. MARRON:  Same objection.

4  BY MR. BISH:

5     Q.    Now, as a mom, is that what you do with your

6  kids?

7          MR. MARRON:  Same objection.

8          THE WITNESS:  I try to.

9  BY MR. BISH:

10    Q.    Now, this doesn't say anything about morning or

11 night, does it, just says other times of the day,

12 correct?

13    A.    Yes.

14    Q.    Do you have any -- when we talked about the

15 sources of nutrition that you looked at earlier, do any

16 of those sources say that it matters if the sugar is

17 consumed in the morning or afternoon or at night as a

18 dessert?

19    A.    Did they -- did I have -- have I read that

20 anywhere?

21    Q.    Yes.

22    A.    I don't know.

23    Q.    So that -- that decision is not based on any

24 science that you've seen, for example, that's just --

25    A.    No.

1      Q.     -- your decision?

2      A.     Yeah.

3      Q.     You just choose that?

4      A.     I mean, I don't -- I might have read it

5   somewhere.  I don't recall where.

6      Q.     But that's not why you do it, you don't do it

7   because of some science that you read?

8            MR. MARRON:  Objection --

9            THE WITNESS:  I don't know.  It could be

10  where --

11           MR. MARRON:  Argumentative.

12           THE WITNESS:  I don't know.

13  BY MR. BISH:

14     Q.     If you turn to the next page, page 6, about

15  halfway down it says "sugars."

16     A.     Uh-huh.

17     Q.     (Reading:)

18                No daily reference value has been

19             established for sugars because no

20             recommendations have been made for the total

21             amount to eat in a day.

22             See that?

23     A.     Yes.

24     Q.     Now, do you have a personal amount of sugar

25  that should be eaten in a day for your kids?

1          MR. MARRON:  Objection; calls for an expert

2    opinion and incomplete hypothetical.

3          THE WITNESS:  Ask me again.

4    BY MR. BISH:

5    Q.    Do you have a personal amount of sugar that you

6    believe your kids should eat in a day?

7    A.    I can say like the amount of sodas that I think

8    are too much with candy a day.  I wouldn't want -- you

9    know what I'm saying?  I wouldn't want my eight-year-old

10   to drink more than one soda in a day.  I wouldn't want

11   him to have more than one candy bar a day.

12   Q.    And when you say soda, what kind of sodas does

13   your eight-year-old have?

14   A.    Any kind of soda.

15   Q.    Does your eight-year-old ever have a Coca-Cola?

16   A.    I don't know Coca-Cola.  Probably, yeah.

17   Q.    Any idea how much sugar is in a Coca-Cola?

18   A.    No.

19   Q.    Doesn't matter?

20   A.    Well, I assume there's a lot.  I know there's a

21   lot.  They never told me there wasn't.  They never gave

22   me the impression it was good for my son to drink.

23   Q.    Okay.

24   A.    In fact, I know it's not good for him.

25   Q.    So my question was:  Do you have a personal

1    amount of sugar that you believe your kids should eat in

2    a day?

3         A.    I tried to answer that in the aspect that I

4    don't think -- if he had more than one soda a day, I

5    wouldn't be happy with that.  If he had a soda during a

6    day, would not let him have another one.  If he had a

7    candy bar during the day, would not let him have another

8    one that day.  If he had a serving of ice cream that day,

9    he would not get another one that evening.

10        Q.    Okay.

11        A.    So I can't tell you like in amounts of sugar,

12   but I can tell you in servings of snacks, sugary snacks,

13   what I would consider to be too much.  If I know that he

14   had a bowl of Fruity Pebbles for breakfast and an orange,

15   and milk and juice, I would hope that -- I would like his

16   lunch to be a little bit more nutritious.  Knowing that

17   he had that cereal this morning, I would like to see him

18   have a healthier lunch.

19        Q.    And that's something you can control, correct?

20        A.    Sometimes.  But sometimes he eats breakfast and

21   lunch at school.  And sometimes I go to work at 3:30 in

22   the morning, I don't get home till 2:00 in the afternoon.

23   So sometimes I have control over it.  There's a large

24   period of their lives where I did have a lot of control

25   over it.  Since I've opened my own business, not as much.

1    Q.   Okay.  So I'm going to try this again.  The FDA

2  has not established a daily amount of sugar that should

3  be eaten in a day; they haven't taken a position one way

4  or the other on it, right?

5    A.   Right.

6        MR. MARRON:  Objection; misstates the record

7  and assumes facts not in evidence, and calls for an

8  expert opinion.

9        MR. BISH:  Okay.  Done --

10       MR. MARRON:  I think so.

11       MR. BISH:  -- Ron?  Okay.

12  BY MR. BISH:

13    Q.   As far as I know, the FDA has not established

14  an amount.  And I'm reading from the FDA's website, "no

15  daily reference value has been established for sugars."

16        Do you have any reason to believe otherwise?

17    A.   That they've -- that they've made --

18    Q.   That they've set some number of sugar --

19    A.   I have no reason to believe that they have, no.

20    Q.   They haven't.  Have you?

21    A.   I just told you what mine were.  I can't tell

22  you the amount of sugar it is.  I can tell you the amount

23  of servings of sugary snacks such as soda, Twinkies,

24  candy bars, cakes, cookies.  I know when I -- when he's

25  already had something like that, I wouldn't give him

Page 194

1   another one.

2        Q.    Okay.

3        A.    I wouldn't offer it as a choice to him.  If he

4   had a candy bar with his lunch on a field trip, I

5   wouldn't give him another candy bar when he came home.

6   He wouldn't have another candy bar that day.

7        Q.    Okay, great.

8              So now, looking at the bag of Milton's, you see

9   it says five grams of sugar?

10       A.    Yes.

11       Q.    You have no problem with your kids eating

12  Milton's at breakfast, correct?

13       A.    No.

14       Q.    In fact, you like it.

15       A.    This is the first time I've read this.  But --

16  I don't think that I would object to them having this for

17  breakfast even after having read this because the first

18  ingredient in it is flour.  And I don't see -- oh, wow.

19  Sugar is --

20             MR. MARRON:  Is there a question pending?

21             MR. BISH:  I'm letting her review what she

22  wants to review, Ron.

23             MR. MARRON:  Okay.

24             MR. BISH:  You pushing me?

25             MR. MARRON:  I'm just asking if there's a

1    question pending.

2    BY MR. BISH:

3        Q.    So my question is:  Are you okay with five

4    grams of sugar at breakfast?

5            MR. MARRON:  Objection; calls for an expert

6    opinion.

7            THE WITNESS:  If you would show me what a gram

8    was maybe I could give you a better --

9            MR. MARRON:  Yeah, and an incomplete

10   hypothetical.  What type of sugar, for instance.

11           MR. BISH:  Let's -- okay.  Let's object to

12   form, Ron.  I've asked a number of times.  Knock it off.

13       Q.    Is five grams too much at breakfast?

14       A.    I don't know.

15       Q.    Okay.  Is ten grams too much at breakfast?

16       A.    I don't know.

17       Q.    Is 20 grams too much at breakfast?

18       A.    I don't know.

19       Q.    Is 30 grams too much at breakfast?

20       A.    I don't know what a gram is.  I don't know.

21       Q.    No position?

22       A.    No position.

23       Q.    Okay, thanks.

24           MR. BISH:  Let's go off the record and see if

25   we can wrap up here.

1            THE VIDEOGRAPHER:  Okay.  All agreed to go off

2    the record, we're off the record at 3:26 p.m.

3            (Recess from 3:26 p.m. to 3:28 p.m.)

4            THE VIDEOGRAPHER:  We're back on record at

5    3:28 p.m.

6            MR. BISH:  Ms. Barbato, on behalf of my client,

7    I'd like to thank you for your time today.

8            THE WITNESS:  Thank you.

9            MR. BISH:  I've enjoyed it.

10            THE WITNESS:  I'm sure you have.

11            MR. MARRON:  Thank you very much.  I guess

12    we're done.

13            THE VIDEOGRAPHER:  This concludes media

14    number 3 of 3, Volume I, in the deposition of Laura

15    Rude-Barbato.  We're off the record at 3:29 p.m.

16            (The document referred to was marked by

17            the CSR as Deposition Exhibit 13 for

18            identification and attached to the

19            deposition transcript hereto.)

20             (Deposition concluded at 3:29 p.m.)

21                     *   *   *

22

23

24

25

1          DECLARATION UNDER PENALTY OF PERJURY

2

3          I, LAURA RUDE-BARBATO, do hereby certify under

4   penalty of perjury that I have read the foregoing

5   transcript of my deposition taken September 30, 2011;

6   that I have made such corrections as appear noted herein,

7   in ink, initialed by me; that my testimony as contained

8   herein, as corrected, is true and correct.

9

10         DATED this _____ day of _____,

11  2011, at _____, California.

12

13

14

15

16

17

18

19

20                 _____

21                          LAURA RUDE-BARBATO

22

23

24

25

Page 198

```
 1   STATE OF CALIFORNIA          )
                                  ) ss.
 2   COUNTY OF LOS ANGELES        )

 3

 4          I, NIKKI ROY, Certified Shorthand Reporter,

 5   certificate number 3052, for the State of California,

 6   hereby certify:

 7          The foregoing proceedings were taken before me

 8   at the time and place therein set forth, at which time

 9   the deponent was placed under oath by me;

10          The testimony of the deponent and all objections

11   at the time of the examination were recorded

12   stenographically by me and were thereafter transcribed;

13          The foregoing transcript is a true and correct

14   transcript of my shorthand notes so taken;

15          I further certify that I am neither counsel for

16   nor related to any party to said action nor in any way

17   interested in the outcome thereof.

18          In witness whereof I have hereunto subscribed my

19   name 3rd day of October, 2011.

20

21                    _____

22

23

24

25
```

Page 199

```
 1                    CORRECTION LIST

 2

 3     PAGE/LINE      FROM              TO

 4     _____    _____

 5     _____    _____

 6     _____    _____

 7     _____    _____

 8     _____    _____

 9     _____    _____

10     _____    _____

11     _____    _____

12     _____    _____

13     _____    _____

14     _____    _____

15     _____    _____

16     _____    _____

17     _____    _____

18     _____    _____

19     _____    _____

20     _____    _____

21     _____    _____

22     _____    _____

23     _____    _____

24     _____    _____

25     _____
```