**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron.marron@gmail.com*
MAGGIE REALIN (2632639)
*maggie.realin@yahoo.com*
B. SKYE RESENDES (278511)
*skye.esq@gmail.com*
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
JACK FITZGERALD (257370)
*jack@westonfirm.com*
MELANIE PERSINGER (275423)
*mel@westonfirm.com*
COURTLAND CREEKMORE (182018)
*courtland@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (480) 247-4553

**Class Counsel**

**WILSON SONSINI GOODRICH & ROSATI**
KEITH E. EGGLETON (159842)
COLLEEN BAL (167637)
DALE R. BISH (235390)
AMIR STEINHART (275037)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493 9300
Facsimile: (650) 565 5100

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FERRERO LITIGATION | Case No. 3:11-cv-00205-H-CAB<br>Pleading Type: Class Action<br><br>**NOTICE OF MOTION AND JOINT *EX PARTE* APPLICATION FOR AN ORDER (1) GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (2) CONFIRMING CERTIFICATION OF THE CLASS; (3) APPROVING CLASS NOTICE PLAN; AND (4) SETTING FINAL APPROVAL HEARING**<br><br>Judge: The Honorable Marilyn L. Huff |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Athena Hohenberg and Laura Rude-Barbato and Defendant Ferrero USA, Inc., will, and hereby do, respectfully jointly apply to the Court for an Order (i) Granting preliminary approval of Class Action Settlement; (ii) Confirming certification of the Class; (iii) Approving Class Notice plan; and (iv) Setting final approval hearing.

This Application is based on this Notice of Motion, Plaintiffs' accompanying Memorandum of Points and Authorities; the accompanying Declaration of Gregory S. Weston ("Weston Decl."); and all other pleadings and papers on file in this action.

DATED: January 19, 2012                                  Respectfully Submitted,

/s/ Gregory S. Weston                                    /s/Dale R. Bish
Gregory S. Weston                                        Dale R. Bish

**THE WESTON FIRM**                                      **WILSON SONSINI GOODRICH &**
GREGORY S. WESTON                                        **ROSATI**
JACK FITZGERALD                                          Professional Corporation
MELANIE PERSINGER                                        KEITH E. EGGLETON (159842)
COURTLAND CREEKMORE                                      COLLEEN BAL (167637)
1405 Morena Blvd., Suite 201                             DALE R. BISH (235390)
San Diego, CA 92110                                      AMIR STEINHART (275037)
Telephone:  619 798 2006                                 650 Page Mill Road
Facsimile:   480 247 4553                                Palo Alto, CA 94304
                                                         Telephone:     (650) 493 9300
**LAW OFFICES OF RONALD A.**                             Facsimile:     (650) 565 5100
**MARRON, APLC**
RONALD A. MARRON
MAGGIE REALIN                                            **Attorneys for Defendant Ferrero**
B. SKYE RESENDES
3636 4th Street, Suite 202
San Diego, CA 92103
Telephone:     619 696 9066
Facsimile:     619 564 6665

**Class Counsel**

2