Grenville Pridham (120695)
2522 Chambers Road, Suite 100
Tustin, CA   92780
(714) 486-5144
grenville@grenvillepridham.com
Counsel for Objectors Drey and Pridham

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FERRERO LITIGATION ) | Case No. 11-CV-205-H-KSC |
| ) | |
| ) | **AMENDED NOTICE OF APPEAL** |
| COURTNEY DREY and ANDREA ) | |
| PRIDHAM (Objectors)                ) | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that COURTNEY DREY and ANDREA PRIDHAM, objectors, in the above-named class-action case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final order entered in this action on the 9th day of July 2012 (Docket Entry 127) and all prior interlocutory orders entered in the case and related to preliminary or final approval of the class action settlement, orders approving attorneys' fees to class counsel, and the protective order entered.   Drey and Pridham also appeal from all interlocutory opinions and orders, which merge into the final approval and judgment.

Respectfully Submitted, this 7th day of August 2012.

/s/ *Grenville Pridham*
Grenville Pridham
2522 Chambers Road, Suite 100
Tustin, CA   92780
(714) 486-5144

grenville@grenvillepridham.com
Counsel for COURTNEY DREY and
ANDREA PRIDHAM, Objectors

**CERTIFICATE OF SERVICE BY ECF**

I hereby certify that on August 7, 2012, I caused the foregoing Notice of Appeal to be served via ECF noticing upon those counsel of record who are registered for electronic filing.

/s/ *Grenville Pridham*