```
 1                  UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF CALIFORNIA
 3
 4  HOHENBERG,                    ) Case No. 11CV0205-H-KSC
                                  )
 5         Plaintiff,             ) San Diego, California
                                  )
 6  vs.                           ) Monday,
                                  ) July 9, 2012
 7  FERRERO USA, INC.,            ) 10:30 a.m.
                                  )
 8         Defendant.             )
                                  )
 9
10        TRANSCRIPT OF FAIRNESS HEARING/MOTION HEARING
            BEFORE THE HONORABLE MARILYN L. HUFF
11                UNITED STATES DISTRICT JUDGE

12  APPEARANCES:

13  For the Plaintiff:         JOHN FITZGERALD, ESQ.
                               GREGORY WESTON, ESQ.
14                             The Weston Firm
                               1405 Morena Boulevard
15                             Suite 201
                               San Diego, California 92110
16                             (619) 798-2006

17                             RONALD MARRON, ESQ.
                               MAGGIE REALIN, ESQ.
18                             Law Offices of Ronald Marron
                               3636 4th Avenue, Suite 202
19                             San Diego, California 92101
                               (619) 696-9006
20
    For the Defendant:         DALE BISH, ESQ.
21                             Wilson, Sonsini, Goodrich &
                                 Rosati
22                             650 Page Mill Road
                               Palo Alto, California 94304
23                             (650) 804-4018

24

    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

```
                                                                    ii
 1  APPEARANCES: (Cont'd.)

 2  For the Objectors Courtney      GRENVILLE PRIDHAM, ESQ.
      Gray & Andrea Pridham:        2522 Chambers Road, Suite 100
 3                                  Tustin, California 92780
                                    (714) 486-5144
 4
    Court Recorder:                 Lynnette Lawrence
 5                                  United States District Court
                                    940 Front Street
 6                                  San Diego, California 92101

 7  Transcript ordered by:          MCKEAN EVANS, ESQ.

 8  Transcriber:                    L. L. Francisco
                                    Echo Reporting, Inc.
 9                                  6336 Greenwich Drive, Suite B
                                    San Diego, California 92122
10                                  (858) 453-7590

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                               1
 1      SAN DIEGO, CALIFORNIA, MONDAY, JULY 9, 2012  10:30 AM
 2                         --oOo--
 3     (Call to order of the Court.)
 4          THE CLERK:  Number 9 on calendar, 11CV0205,
 5  Hohenberg versus Ferrerro USA, Inc. for a Fairness Hearing
 6  and Motion Hearing.
 7          MR. FITZGERALD:  Good morning, your Honor, on
 8  behalf of Plaintiffs Jack Fitzgerald from the Weston Firm.
 9  With me is Gregory Weston.
10          MR. MARRON:  Ronald Marron for the Plaintiffs.
11          THE COURT:  Thank you.
12          MR. MARRON:  And Maggie Realin.
13          MR. BISH:  Good morning, your Honor, Dale Bish for
14  Ferrerro USA.
15          MR. PRIDHAM:  Good morning, your Honor, Grenville
16  Pridham representing objectors Courtney Gray and Andrea
17  Pridham.
18          THE COURT:  All right.  I have reviewed your
19  objections.  They filed opposition to your objections.  So
20  do you have anything else to add beyond what is in your
21  papers?
22          MR. PRIDHAM:  No.  I would emphasize the important
23  part is that they're -- what they're calling injunctive
24  relief really doesn't change the status quo.  They've just
25  changed the wording.  They're still leading -- giving the
```

1 misleading impression that somehow Utila is a healthy
2 breakfast food for children.
3          THE COURT:  So in this matter the Court declines
4 to adopt your position.  The Court will approve the
5 settlement.
6          MR. PRIDHAM:  Okay.
7          THE COURT:  And the Court will sign an order
8 approving the settlement and granting the Plaintiff's motion
9 for attorney's fees.
10         MR. PRIDHAM:  May I ask a question about the
11 adequacy of the settlement type?
12         THE COURT:  The Court will do it in a written
13 order.
14         MR. MARRON:  Thank you, your Honor.
15         MR. FITZGERALD:  Thank you, your Honor.
16         MR. BISH:  Thank you, your Honor.
17         MR. PRIDHAM:  Thank you, your Honor.
18     (Proceedings concluded.)
19
20
21
22
23
24
25

3

1       I certify that the foregoing is a correct
2  transcript to the best of my ability from the electronic
3  sound recording of the proceedings in the above-entitled
4  matter.
5  /s/ L.L. Francisco          8-27-12
   Transcriber                 Date
6
   FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
7
   /s/ L.L. Francisco
8  L. L. Francisco, President
   Echo Reporting, Inc.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25