**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
SKYE RESENDES (278511)
*skye@consumersadvocates.com*
3636 4th Avenue, Suite 202
San Diego, California 92103
Tel.: (619) 696-9006
Fax: (619) 564-6665

**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
JACK FITZGERALD (257370)
*jack@westonfirm.com*
MELANIE PERSINGER (275423)
*mel@westonfirm.com*
COURTLAND CREEKMORE (182018)
*courtland@westonfirm.com*
1405 Morena Blvd. Suite 201
San Diego, CA  92110
Tel.: (619) 798-2006
Fax: (480) 247-4553

*Counsel for Plaintiffs and the Certified Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE FERRERO LITIGATION | CASE NO. 11-cv-00205 H CAB<br>CLASS ACTION<br>Action Filed: February 1, 2011<br><br>**EX PARTE MOTION TO WITHDRAW MAGGIE REALIN AS COUNSEL OF RECORD**<br><br>Judge:     Hon. Marilyn L. Huff<br>Location:  Courtroom 13 |
|---|---|

1

1  PLEASE TAKE NOTICE that the Law Offices of Ronald A. Marron, APLC hereby moves, ex parte, to withdraw Maggie Realin as counsel of record for Plaintiffs and the Certified Class. Ms. Realin is no longer employed by Mr. Marron's firm, effective September 1, 2012. The Law Offices of Ronald A. Marron, APLC, through Ronald A. Marron as lead attorney, and Skye Resendes, and co-counsel at The Weston Firm continue to represent the Plaintiffs and the Certified Class.

DATED: August 31, 2012          Respectfully Submitted,

/s/ Ronald A. Marron
By: Ronald A. Marron
*ron@consumersadvocates.com*

2