**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 05 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FERRERO LITIGATION, | No. 12-56469 |
| | D.C. No. 3:11-cv-00205-H-KSC Southern District of California, San Diego |
| ATHENA HOHENBERG, individually and on behalf of all others similarly situated and LAURA RUDE-BARBATO, on behalf of herself and all others similarly situated, | |
| | ORDER |
| Plaintiffs - Appellees, | |
| COURTNEY DREY and ANDREA PRIDHAM, | |
| Objectors - Appellants, | |
| v. | |
| FERRERO USA, INC., a foreign corporation, | |
| Defendant - Appellee. | |

MF/Pro Se

| | |
|---|---|
| In re: FERRERO LITIGATION,<br><br>ATHENA HOHENBERG, individually and on behalf of all others similarly situated and LAURA RUDE-BARBATO, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs - Appellees,<br><br>MICHAEL E. HALE,<br><br>　　　　　Objector - Appellant,<br><br>　v.<br><br>FERRERO USA, INC., a foreign corporation,<br><br>　　　　　Defendant - Appellee. | No. 12-56478<br><br>D.C. No. 3:11-cv-00205-H-KSC<br>Southern District of California,<br>San Diego |

　　　The court sua sponte consolidates these appeals. Appeal Nos. 12-56469 and 12-56478 are consolidated.

　　　The briefing schedules established previously shall continue to govern these appeals.

　　　All parties on a side are encouraged to join in a single brief to the greatest extent practicable. *See* 9th Cir. R. 28-4.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Monica Fernandez
Motions Attorney/Deputy Clerk