**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
JACK FITZGERALD (257370)
*jack@westonfirm.com*
MELANIE PERSINGER (275423)
*mel@westonfirm.com*
COURTLAND CREEKMORE (182018)
*courtland@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:   (619) 798-2006
Facsimile:    (480) 247-4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
B. SKYE RESENDES (278511)
*skye@consumersadvocates.com*
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone:   (619) 696-9006
Facsimile:    (619) 564-6665

<u>**Class Counsel**</u>

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FERRERO LITIGATION | Case No. 3:11-cv-00205-H-KSC<br>Pleading Type: Class Action<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPEAL BOND**<br><br>Judge: The Honorable Marilyn L. Huff<br>Hearing: November 13, 2012<br>Time: 10:30 a.m.<br>Location: Courtroom 13 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 13, 2012 at 10:30 a.m. in Courtroom 13 of the United States District Courthouse for the Southern District of California, which is located at 940 Front St., San Diego, California 91201, Plaintiffs Athena Hohenberg and Laura Rude-Barbato will, and hereby do, respectfully move the Court for an Order imposing an appeal bond in the amount of $21,970.12 on objectors Michael Hale, Courtney Drey, and Andrea Pridham.

This motion is based on this Notice, Plaintiffs' supporting Memorandum of Points and Authorities, the accompanying Declarations of Jack Fitzgerald and Charlene Young, the pleadings and papers on file in this action, any replies in support of the motions, and on such oral and documentary evidence and argument as may be presented at the time of the hearing.

DATED: October 11, 2012               Respectfully Submitted,

/s/ Jack Fitzgerald
Jack Fitzgerald

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
MELANIE PERSINGER
COURTLAND CREEKMORE
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:    (619) 798 2006
Facsimile:     (480) 247 4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
B. SKYE RESENDES
3636 4th Street, Suite 202
San Diego, CA 92103
Telephone:    (619) 696 9006
Facsimile:     (619) 564 6665

**Class Counsel**