**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
JACK FITZGERALD (257370)
*jack@westonfirm.com*
MELANIE PERSINGER (275423)
*mel@westonfirm.com*
COURTLAND CREEKMORE (182018)
*courtland@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:    (619) 798-2006
Facsimile:    (480) 247-4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
B. SKYE RESENDES (278511)
*skye@consumersadvocates.com*
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone:    (619) 696-9006
Facsimile:    (619) 564-6665

**Class Counsel**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FERRERO LITIGATION | Case No. 11-cv-00205-H-KSC<br>Pleading Type: Class Action<br><br>**DECLARATION OF JACK FITZGERALD IN SUPPORT OF PLAINTIFFS' MOTION FOR APPEAL BOND**<br><br>Judge: The Honorable Marilyn L. Huff<br>Hearing: November 13, 2012<br>Time: 10:30 a.m.<br>Location: Courtroom 13 |

I, Jack Fitzgerald, declare::

1. I am a member in good standing of the State Bars of California and New York; and of the United States District Courts for the Northern, Central, and Southern Districts of California and the Southern and Eastern Districts of New York; and of the United States Court of Appeals for the Ninth Circuit. I am Class Counsel in the above-captioned action. I make this declaration in support of Plaintiffs' Motion for Appeal Bond.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a printout of The Law Office of Grenville Pridham's webpage listing Mr. Pridham as the firm's principal attorney.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a printout of the Bandas Law Firm's webpage.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Ninth Circuit Court of Appeals' August 30, 2012 Order directing Objector-Appellants to file a Mediation Questionnaire.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Ninth Circuit Court of Appeals' September 17, 2012 Order directing Objector-Appellants to file a Mediation Questionnaire.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Objector-Appellants Drey and Pridham's Ninth Circuit Court of Appeals Mediation Questionnaire dated September 24, 2012.

7. I estimate that the cost of preparing and filing the record and briefs and the cost of the reporter's transcript will be $15,000.

8. I received, from Rust Consulting, and have reviewed, the most recent claims data for this settlement. In California, 56,146 class members filed claims.

9. On October 11, 2012, I executed financial calculations involving the determination of interest on a sum of money. I made these calculations pursuant to 28 U.S.C. § 1961, which provides in pertinent part:

> Interest shall be allowed on any money judgment in a civil case recovered in district court . . . Such interest shall be calculated from the date of the entry of judgment, at a rate equal to the weekly 1-year constant maturity Treasury yield, as published by the Board of

1

*In re Ferrero Litigation,* Case No. 3:11-cv-00205-H-KSC
DECLARATION OF JACK FITZGERALD IN SUPPORT OF PLAINTIFFS' MOTION FOR APPEAL BOND

Governors of the Federal Reserve System for the calendar week preceding the date of the judgment.

10. The weekly average one-year constant maturity Treasury bond yield for the week preceding the judgment is that recorded as of July 9, 2012 as can be found at http://www.federalreserve.gov/releases/h15/20120716/. The judgment date for purposes of calculating the interest is July 9, 2012. The applicable interest rate is 0.20%.

11. The computation requires the application of the applicable interest rate of 0.20% to a Settlement Fund in the Amount of $419,076. The interest computation period is 20 months. This computation yields an interest amount of $1,396.92.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 11, 2012 in San Diego, California.

/s/ Jack Fitzgerald
Jack Fitzgerald

2

*In re Ferrero Litigation,* Case No. 3:11-cv-00205-H-KSC
DECLARATION OF JACK FITZGERALD IN SUPPORT OF PLAINTIFFS' MOTION FOR APPEAL BOND

| | |
|---|---|
| DATED: October 11, 2012 | Respectfully Submitted, |
| | /s/ Jack Fitzgerald |
| | Jack Fitzgerald |

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
MELANIE PERSINGER
COURTLAND CREEKMORE
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:     (619) 798 2006
Facsimile:      (480) 247 4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
B. SKYE RESENDES
3636 4th Street, Suite 202
San Diego, CA 92103
Telephone:     (619) 696 9006
Facsimile:      (619) 564 6665

**Class Counsel**

3

*In re Ferrero Litigation,* Case No. 3:11-cv-00205-H-KSC
DECLARATION OF JACK FITZGERALD IN SUPPORT OF PLAINTIFFS' MOTION FOR APPEAL BOND

# EXHIBIT 1

Case 3:11-cv-00205-H-KSC   Document 140-2   Filed 10/11/12   Page 6 of 18

# LAW OFFICE OF
# GRENVILLE PRIDHAM

Home Page | Debt Collection Abuse | Contact Us | About Us | Resources and Articles

## ABOUT GRENVILLE PRIDHAM



- Over 20 years of experience
- Licensed in California and Nevada
- Graduate of the University of Illinois, Champaign/Urbana
- Graduate of the University of San Diego School of Law
- Nevada Deputy Attorney General for over 10 years
- Member of NACA (National Association of Consumer Advocates)

The firm's principal attorney, Grenville Pridham, has been fighting for consumer rights for over 20 years.  Mr. Pridham is a member of the National Association of Consumer Advocates and was Deputy Attorney General for the State of Nevada for over 10 years, prosecuting securities, telemarketing and consumer fraud cases.  Mr. Pridham is a consumer advocate and primarily litigates in the areas of NASD arbitrations, Fair Debt Practice Act, Truth in Lending Act, Auto Fraud, and miscellaneous consumer protection statutes.

Mr. Pridham's experience prosecuting securities fraud has enabled him to handle NASD arbitrations for investors who may have been victimized by their stock broker.  Estate planning is an offshoot from his interest in financial fraud, which is the common denominator among the areas of law that Mr. Pridham practices. The primary goals of the estate planning process is helping persons avoid becoming a victim of a financial fraud either through education or performing due diligence for proposed investments while setting up clients' estates to pass smoothly to the intended beneficiaries.  Mr. Pridham's knowledge of the securities markets and investment principles is particularly helpful to clients who may have been given conflicting advice concerning the best investment vehicles to use in their estate planning.  Mr. Pridham approaches estate planning with a team concept, bringing all of a client's advisors together or including appropriate professionals to help design the client's plan.  Mr. Pridham also handles personal injury cases as his practice allows.

Mr. Pridham is passionate about the law and maintains the highest professional legal and ethics standards.  As a member of the bar associations of the California and Nevada, Mr. Pridham is admitted to practice in the state and federal courts of both jurisdictions.

Copyright 2008-2012. Law Office of Grenville Pridham. All rights reserved.



# EXHIBIT 2

A trial law firm for the injured

Call for a FREE Consultation  **(361) 698-5200**
**(866) 849-5200**

HOME   ABOUT US   ATTORNEYS & STAFF   PRACTICE AREAS   NEWS & INFO   CONTACT US

Like   Tweet   Share →

Home > About Our Texas Law Firm

# About Our Texas Law Firm



Offices in Corpus Christi, Helping People Throughout Texas and Nationwide. Our firm has secured a number of substantial recoveries for victims injured or killed in oil field accidents, trucking accidents, and as a result of defective products.

Led by Chris Bandas, the qualified attorneys at Bandas Law Firm apply the strength of experience, know-how and drive in an effort to protect the rights of their clients against deceptive insurance companies, oil companies and other corporations. The main goal of the attorneys at Bandas Law Firm is to protect the "little guys," or the plaintiffs who are injured or wronged at the hands of big businesses. Chris Bandas was rated by his peers in the Martindale-Hubbell publication for having an "exemplary reputation" – and he has the results to back it up. Chris has secured a number of substantial recoveries for victims injured or killed in oil field accidents, trucking accidents, and as a result of defective products.

## FREE Case Review
Fill out the form below.

First Name

Last Name

Phone Number

Email Address

Briefly Describe Your Case

Accept Terms ☑

Call for a FREE Consultation
**(361) 698-5200**
No Fee Without Recovery

### Fighting for the People of Texas

Most notably, Chris has secured impressive recoveries from oil industry giants on behalf of Texas landowners whose properties were polluted or contaminated because of leaking pipelines, improper chemical and solid waste disposal, or improper drilling practices. Based in Corpus Christi, Texas, the attorneys at Bandas Law Firm are exceedingly familiar with Texas laws governing oil companies and the catastrophic consequences that can result from negligent procedures and unsafe practices. Chris Bandas has first-hand insight into the improper tactics of corporations, and can help you protect yourself, your rights and your land against the environmental contamination caused by negligent companies.

### Protecting You from Insurance Companies

Another impropriety affecting injured victims in Texas is the dishonest actions of some insurance claims adjusters, who sometimes prey on car accident victims in need of financial help. Too often, insurance companies reject personal injury claims or pay out an amount far below what victims are entitled to, in an attempt to save the company money. This type of deceptive practice is exactly what Bandas Law Firm is taking action against – big businesses using their considerable budget and resources to take advantage of the little guy.

### Business and Contract Law in Texas

Chris Bandas has also used his experience in litigating many different types of legal issues in Texas to stand up for small businesses and individuals, enforcing contracts and protecting trade secrets, patents and intellectual property. The knowledgeable attorneys at Bandas Law Firm know how difficult it can be for some individuals and businesses to stand up against well-funded corporations, which is why the Corpus Christi firm represents all plaintiffs on a contingency fee basis. In other words, your attorney will represent you with no money down, and will not collect any payment unless you win or settle your case.

     

**Bandas Law Firm, P.C.**

500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78471

P: (361) 698-5200
F: (361) 698-5222

Home | About Us | Attorneys & Staff | Practice Areas | Contact Us | Site Map

Call for a FREE Consultation **(361) 698-5200**
**(866) 849-5200**

Copyright © 2012. All Rights Reserved

Corpus Christi Trial Attorneys Representing Victims of Negligence in Lawsuits.
Privacy Policy | Search Marketing by Reardon

# EXHIBIT 3

FILED

AUG 30 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: FERRERO LITIGATION, | No. 12-56469 |
| ATHENA HOHENBERG, individually and on behalf of all others similarly situated and LAURA RUDE-BARBATO, on behalf of herself and all others similarly situated, | D.C. No. 3:11-cv-00205-H-KSC Southern District of California, San Diego |
| Plaintiffs - Appellees, | ORDER |
| COURTNEY DREY and ANDREA PRIDHAM, | |
| Objectors - Appellants, | |
| v. | |
| FERRERO USA, INC., a foreign corporation, | |
| Defendant - Appellee. | |

The Court of Appeals' records do not indicate that appellants have filed a Mediation Questionnaire in accordance with Circuit Rule 3-4.

Within seven (7) days of the filing of this order, appellants shall: (a) file a Mediation Questionnaire (available on the court's website, www.ca9.uscourts.gov); (b) dismiss the appeal voluntarily pursuant to Fed. R. App. P. 42(b); or (c) show

cause in writing why this appeal should not be dismissed pursuant to Ninth Cir. R. 42-1. Failure to comply with this order will result in dismissal pursuant to Ninth Cir. R. 42-1.

        FOR THE COURT:

        By: Elisa P. Monterola
        Deputy Clerk

em/mediation

# EXHIBIT 4

FILED

SEP 17 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: FERRERO LITIGATION, | No. 12-56469 |
| | D.C. No. 3:11-cv-00205-H-KSC<br>Southern District of California,<br>San Diego |
| ATHENA HOHENBERG, individually and on behalf of all others similarly situated and LAURA RUDE-BARBATO, on behalf of herself and all others similarly situated, | |
| Plaintiffs - Appellees, | ORDER |
| COURTNEY DREY and ANDREA PRIDHAM, | |
| Objectors - Appellants, | |
| v. | |
| FERRERO USA, INC., a foreign corporation, | |
| Defendant - Appellee. | |

Appellants have failed to file a Mediation Questionnaire in accordance with the court's order of August 30, 2012. Within seven (7) days of the filing date of this order, appellants shall file a Mediation Questionnaire (available on the court's website, www.ca9.uscourts.gov) or a motion to dismiss the appeal voluntarily

under Fed. R. App. P. 42(b), or shall show cause in writing why this appeal should not be dismissed.

Failure to comply with this order will result in dismissal. <u>See</u> Ninth Cir. R. 42-1.

                           FOR THE COURT:

                           By: Elisa P. Monterola
                           Deputy Clerk

em/mediation

# EXHIBIT 5

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

## MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 12-56469 |
| District Court/Agency Case Number(s): | 11-CV-205-H-KSC |
| District Court/Agency Location: | Southern District of California |
| Case Name: | Hohenberg and Rude-Barbato v. Ferrero USA, Inc. |
| If District Court, docket entry number(s) of order(s) appealed from: | 127 |
| Name of party/parties submitting this form: | COURTNEY DREY and ANDREA PRIDHAM |

Please briefly describe the dispute that gave rise to this lawsuit.

The Appellant-Objectors objected to the Class Action Settlement Agreement because class counsel caved in on the claim that Nutella was deceptively marketed as nutritious; class counsel engaged in a conflict of interest that provided them 77.9% of the settlement package deal; the notice of the fee application was defective; and the settlement agreement plainly failed to comply with the governing authority set forth by the Ninth Circuit in Mercury Interactive and Bluetooth.

Briefly describe the result below and the main issues on appeal.

Whether it is appropriate for a District Court to grant injunctive relief affirming that Nutella can "Turn a balanced breakfast into a tasty one."
Whether Appointed Class Counsel met the adequacy standards.
Whether class counsel's fee award that constitutes 77.9% OF THE PACKAGE DEAL violates a benchmark of 25% set forth in the 9th Circuit Precedent in Bluetooth.
Whether notice of Class Counsel's fee request failed to comply with the plain language of FRCP 23 and the governing authority set forth by the Ninth Circuit in Mercury Interactive and Bluetooth.

Describe any proceedings remaining below or any related proceedings in other tribunals.

There is a parallel nationwide class action in IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF NEW JERSEY, Glover v. FERRERO USA, INC., ; In re: NUTELLA MARKETING AND SALES PRACTICES LITIGATION, Civil Action No. 3:11-cv-01086-FLW-DEA

| |
|---|
| Provide any other thoughts you would like to bring to the attention of the mediator. |
| Mercury Interactive Corp. Sec. Litig. v. Mercury Interactive Corp., 618 F.3d 988 (9th Cir. Cal. 2010) and In re Bluetooth Headset Prods. Liab. Litig., 654 F.3d 935, 948 (9th Cir. Cal. 2011) provide the relevant holdings explaining why the settlement agreement, as approved, does not comply with law. |

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

| Signature | s/ Grenville Pridham |
|---|---|

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

| Counsel for | COURTNEY DREY and ANDREA PRIDHAM |
|---|---|

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.