**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
JACK FITZGERALD (257370)
*jack@westonfirm.com*
MELANIE PERSINGER (275423)
*mel@westonfirm.com*
COURTLAND CREEKMORE (182018)
*courtland@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:   (619) 798-2006
Facsimile:    (480) 247-4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
B. SKYE RESENDES (278511)
*skye@consumersadvocates.com*
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone:    (619) 696-9006
Facsimile:     (619) 564-6665

**Class Counsel**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FERRERO LITIGATION | Case No. 3:11-cv-00205-H-KSC<br>Pleading Type: Class Action<br><br>**DECLARATION OF CHARLENE YOUNG REGARDING ADDITIONAL CLAIMS ADMINISTRATION COSTS RESULTING FROM APPEAL**<br><br>Judge: The Honorable Marilyn L. Huff<br>Hearing: November 13, 2012<br>Time: 10:30 a.m.<br>Location: Courtroom 13 |

I, Charlene Young, declare:

1. I am a resident of the United States of America and am over the age of eighteen. I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust Consulting"), the professional settlement services provider that has been retained to serve as the Settlement Administrator for the above-referenced action. The facts set forth here are true of my own personal knowledge and I believe them to be true. If called as a witness, I could and would competently testify thereto.

2. A twenty four month delay in this matter will trigger additional and unanticipated administration costs which Rust Consulting estimates will total $5,573.80. The added expenses resulting from the delay fall into the following categories: (a) costs related to claimants' or class members' communications; and (b) costs of other technical and project support, including maintaining the settlement website and other records.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Palm Beach Gardens, Florida on October 10, 2012.

Charlene Young

1

*In re Ferrero Litigation,* Case No. 3:11-cv-00205-H-KSC
DECLARATION OF CHARLENE YOUNG IN SUPPORT OF MOTION FOR APPEAL BOND

| | |
|---|---|
| DATED: October 11, 2012 | Respectfully Submitted,<br><br>/s/ Jack Fitzgerald<br>Jack Fitzgerald<br><br>**THE WESTON FIRM**<br>GREGORY S. WESTON<br>JACK FITZGERALD<br>MELANIE PERSINGER<br>COURTLAND CREEKMORE<br>1405 Morena Blvd., Suite 201<br>San Diego, CA 92110<br>Telephone:    (619) 798 2006<br>Facsimile:     (480) 247 4553<br><br>**LAW OFFICES OF RONALD A. MARRON, APLC**<br>RONALD A. MARRON<br>B. SKYE RESENDES<br>3636 4th Street, Suite 202<br>San Diego, CA 92103<br>Telephone:    (619) 696 9006<br>Facsimile:     (619) 564 6665<br><br>**Class Counsel** |

2

*In re Ferrero Litigation,* Case No. 3:11-cv-00205-H-KSC
DECLARATION OF CHARLENE YOUNG IN SUPPORT OF MOTION FOR APPEAL BOND